RECEIVED
DEC 2 9 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
ATTORNEYS AT LAW

ONE ATLANTIC STREET
STAMFORD, CT 06901

35 MASON STREET
GREENWICH, CT 06830
TELEPHONE: (203) 622-4100

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321

50 MAIN STREET
10th FLOOR
WHITE PLAINS, NY 10606
TELEPHONE: (914) 684-0090

WWW.DMOC.COM

SERVICE BY FACSIMILE NOT ACCEPTED

**MATTHEW C. WAGNER**
Admitted in CT, NY, MA and DC
CT Direct Dial: 203-569-1195
mwagner@dmoc.com

Reply to: Stamford Office

MEMO ENDORSED
pg. 2

28 December 2010

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 12/30/10 |

BY FEDERAL EXPRESS
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

Re: *Archie Comic Publications, Inc. v. Kenneth W. Penders II*
Case No.: 10-8858 (SDNY)(RMB)

Dear Judge Berman,

We represent the plaintiff, Archie Comic Publications, Inc. ("Archie") in the above named matter. We write to request an adjournment of the Rule 16 Conference that is presently scheduled for January 6, 2011, at 9:00 AM.

As described in the statement of facts in the Complaint and attached exhibits, Archie and the defendant, Kenneth W. Penders II, have engaged in a lengthy correspondence through their respective counsels in an attempt to settle this matter without resort to litigation. The lack of progress in these discussions led us to file this suit on November 23, 2010 in the Southern District of New York. Further dialogue after suit was filed has failed to result in resolution of this dispute. We asked counsel for Mr. Penders whether he would accept service on behalf of his client, but we have not received any answer to this request.

As a result, we engaged a process server to formally serve Mr. Penders at his last known address: 4526 Coldwater Canyon Avenue #303, Studio City, California 91604. As of today, our server has not yet been able to effect personal service on Mr. Penders, though our efforts are continuing. In light of this, we request that the Rule 16 Conference be adjourned until a time after process has been served on the defendant. If this request is granted, we will then coordinate with Mr. Penders's counsel after service has been made to re-schedule the Rule 16 conference with the Court.

In compliance with Your Honor's Individual Practices 1.E we provide the following information with this request for adjournment:

1) Original date of Rule 16 Conference: January 6, 2011
2) Number of previous requests for adjournment or extension of time: None
3) Disposition of previous requests: N/A
4) Consent of Adversary: Adversary cannot consent because service of process has not yet been effected, as described above.

Thank you for your consideration.

Very truly yours,

Matthew C. Wagner

MCW:
Enc.:

Cc: Archie Comic Publications, Inc. (via email)
Cc: Michael Lovitz, Esq. (counsel for Defendant Penders) (via Federal Express)

The conference on 1/6/11 is adjourned to 2/8/11 at 9:00 a.m.

SO ORDERED:
Date: 12/30/10

Richard M. Berman

Richard M. Berman, U.S.D.J.