UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHIE COMIC PUBLICATIONS, INC.,

                Plaintiff,

  -against-

KENNETH W. PENDERS, II,
p/k/a/ KEN PENDERS,

                Defendant.

Case No. 10-cv-8858 (RMB)

**Electronically Filed**

---

**NOTICE OF DEFENDANT'S MOTION TO DISMISS
COMPLAINT FOR LACK OF PERSONAL JURISDICTION,
OR IN THE ALTERNATIVE TO TRANSFER PROCEEDINGS**

PLEASE TAKE NOTICE THAT defendant Kenneth W. Penders II ("Penders") by undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2), will move for an order dismissing the Complaint for lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE THAT, in the alternative, Penders by undersigned counsel and pursuant to 28 U.S.C. § 1404 will move to transfer venue of the above-captioned action to the United States District Court for the Central District of California.

Penders bases this motion upon this Notice of Motion, the accompanying Memorandum of Law, and the declaration of Kenneth Penders filed concurrently with this motion.

Dated: February 8, 2011　　　　　　　　　LYSAGHT, LYSAGHT & ERTEL LLP

New York, New York

By　*[signature]*
Michael R. Ertel (ME-7146)
230 Park Avenue, Tenth Floor
New York, NY 10169
Tel:　(212) 808-3004
Fax:　(212) 808-3020
mertel@lysaghtlaw.com

*Attorneys for Defendant Kenneth W. Penders, II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2011, a copy of the foregoing Motion to Dismiss Complaint for Lack of Personal Jurisdiction, or in the Alternative to Transfer Proceedings, the Memorandum in support, the Declaration of Kenneth Penders, and the proposed Order, were sent via first-class mail to:

>Matthew C. Wagner
>Diserio Martin O'Connor & Castiglioni LLP
>50 Main Street, Suite 1000
>White Plains, NY 10606

Counsel for Plaintiff

_____