UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCHIE COMIC PUBLICATIONS, INC.,

Plaintiff,

-against-

KENNETH W. PENDERS, II,
p/k/a/ KEN PENDERS,

Defendant.

Case No. 10-cv-8858 (RMB)

**Electronically Filed**

**[PROPOSED] ORDER TO DISMISS**

Before the Court is Defendant Kenneth W. Penders's Motion to Dismiss Plaintiff Archie Comic Publications, Inc.'s Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Transfer under 28 U.S.C. § 1404. Having reviewed the motion and related briefing, the Court finds good cause exists to grant the motion.

Accordingly, it is **ORDERED** that Defendant Kenneth W. Penders's Motion to Dismiss Plaintiff Archie Comic Publications, Inc.'s Complaint for Lack of Subject Matter Jurisdiction is **GRANTED**, and Plaintiff's complaint is hereby dismissed.

**DONE AND ORDERED** this _____ day of ______________________, 2011.

________________________________