UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br>Plaintiff,<br>-against-<br>KENNETH W. PENDERS, II, p/k/a/ KEN PENDERS,<br>Defendant. | Case No. 10-cv-8858 (RMB)<br>**Electronically Filed** |

## [PROPOSED] ORDER TO TRANSFER

Before the Court is Defendant Kenneth W. Penders's Motion to Dismiss Plaintiff Archie Comic Publications, Inc.'s Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Transfer under 28 U.S.C. § 1404. Having reviewed the motion and related briefing, the Court finds good cause exists to grant the motion.

Accordingly, it is **ORDERED** that Defendant Kenneth W. Penders's Motion to Transfer under 28 U.S.C. §1404 is GRANTED, and this matter is hereby transferred to the United States District Court for the Central District of California.

**DONE AND ORDERED** this _____ day of ________________, 2011.

______________________________