# Exhibit A

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| ALBANO | JOHN | 461 CITADEL DRIVE | Altamonte Springs | FL | 32714-4021 | |
| ALGASE | SARA | 107 AUGUST LN | LANDSDALE | PA | 19446 | |
| AMASH | JIM | 2205 MELOINE LN | GREENSBORO | NC | 27407 | |
| ANIMAGINATION INC | ART MAWHINNEY | 30911LAWN DRIVE | WATERFORD | WI | 53185 | |
| ANTUNES | CARLOS | 85-12 LITTLE NECK PKWY | FLORAL PARK | NY | | |
| AUSTIN | TERRY | 15 RISELEY LN | WOODSTOCK | NY | 12498 | |
| AVCRAFT ART SERVICE | VICTOR GORELICK | 24 RAY PL APT 3-2 | SCARDALE | | | |
| AXER/ JEFF AZIZ | INDUSTRIES | 248 21ST AVE SE | ALBANY | OR | 97322 | |
| BATES | BENJAMIN | 333 SW 5TH AVE SUITE 500 | PORTLAND | OR | 97204 | |
| BEDELL | GARY | 731 E WALNUT ST APT 5 | SPRINGFIELD | MO | 65806 | |
| BENDER | HOWARD | 515 BUXTON RD | TOMS RIVER | NJ | 8755 | |
| BEST | DAWN | 108 E.PENN STREET | MUNEY | PA | 17756 | |
| BIGLEY | AL | 700 Clarence Secrest Rd | Monroe | NC | 28110 | |
| BOLDMAN | CRAIG | 780 LAUREL AVE 2ND FL | HAMILTON | | | |
| BOLLING | ROBERT | 4116 PINE CONE TERR | NORTH PORT | FL | 34286 | |
| BONNET | FRANCIS | 4083 MAYWOOD DR | SEAFORD | NY | 11783 | |
| BRANCH | JEFFREY | 5938 IRVING ST | PHILADELPHIA | PA | 19139 | |
| BREYFOGLE | NORM | 500 W SHARON AVE APT 20 | HOUGHTON | MI | 49931 | |
| BROWN | ELMAN | 99 ROBERTS RD | NOTTINGHAM | PA | 19362 | |
| BRYANT | RICK | 39 NORTH 1ST STREET #2 | BANGOR | PA | 18013 | |
| ACREDALE MEDIA/BUCHHOLZ | HAROLD | 9 BACK AVE | RYE | NY | 10580 | |
| BULLOCK | MIKE | 14880 W AMELIA AVE | GOODYEAR | AZ | 85338 | |
| BURCHETT | RICK | 753 CLARK AVE | WEBSTER GROVES | MO | 63119 | |
| BUSCEMA | SILVO (SAL) | 13797 CHARISMATIC WAY | GAINSEVILLE | VA | 20155 | |
| BUTLER | STEVEN | 182 LOWELL PIERCE RD | LUCEDALE | MS | 39452 | |
| CAMPBELL | T | 201 WEST 21ST ST APT 449 | NORFOLK | VA | 23517 | |
| CARUSO | AARON | 111 MONROE DR | PIEDMONT | SC | 29673 | |
| CASTIGLIA | PAUL | 95 North Spring Street | Bloomfield | NJ | 07003 | |
| CHACON | ROMY | 1139 6TH AVE | OAKLAND | | | |
| CHIANG | JANICE | 27 PARK DR | WOODSTOCK | NY | 12498 | |
| CHU | THOMAS | 144-15 41ST AVE APT #111 | FLUSHING | NY | 11355 | |
| CIBOS | LINDSAY | 216 Afton Square, Unit 206 | Altamonte Springs | FL | 32714 | |
| CLARK | LEONARD | 140 MANCHESTER ST | GLEN ROCK | PA | 17327 | |
| COLON | ERNIE | 11 COVE RD | HUNTINGTON | NY | 11743 | |
| COOL | ANNA MARIA | PO BOX 157 | GARFIELD | KS | 67529 | |
| COPLEY | JACK | 195 LA PAZ DR | KISSIMMEE | FL | 34743 | |
| COSTANZA | JOHN | 115 FLANDERS-DRAKES TOWN RD | FLANDERS | NY | 07836 | |
| CROSBY | GREG | 13525 N. VALLEYHEART DR. | SHERMAN OAKS | CA | 91423 | |
| CUNNINGHAM | SCOTT | 896 STERLING PL | BROOKLYN | NY | 11216 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| D'AGOSTINO | JON | 161 BENZ ST | ANSONIA | CT | 06401 | |
| DAVIS | DAN | 5596 MILLER RD | CELINA | OH | 45822 | |
| DAVIDSON | TERESA R | PO BOX 8013 | GREENSBORO | NC | 27419 | |
| DECARLO | DAN | 137 ANDERSON AVE | SCARSDALE | NY | 10583 | |
| DECARLO | MICHAEL | 813 STRATFORD AVE | STRATFORD | CT | 06497 | |
| DE FALCO | THOMAS | 3045 SHORE DR | MERRICK | NY | 11566-5204 | |
| DECESARE | ANGELO | 280 1ST AVE #10D | NEW YORK | | | |
| DELIZ | RENAE | 18 KILLDEER RD | CAPE ELIZABETH | ME | 04107 | |
| DEL RIO | TANIA | 1212 Morningside Way | VENICE | CA | 90291 | |
| DENSON | ABIGAIL | 32 PIERREPONT STREET #3R | BROOKLYN | NY | 11201 | |
| DILLON | RAY | 18 KILLDEER RD | CAPE ELIZABETH | ME | 04107-1604 | |
| DIXON | CHARLES | 16854 IVY LAKE DR | ODESSA | FL | 33556 | |
| DOONEY | MICHAEL | 4 NORTH ST | WILLIAMSBURG | MA | 1096 | |
| DORAN | COLLEEN | 37 DEER RUN LANE | SHIPMAN | VA | 22971 | |
| DOWNER | STEPHEN | 2520 Daisy St | Bozeman | MT | 59718 | |
| EDKIN | JOSEPH | 911 W CHURCH ST | ELMIRA | NY | 14905 | |
| EHRBAR | GREG | 9090 FLORIBUNDA DR | ORLANDO | FL | 32818 | |
| EISMAN | MINDY | PO BOX 495 | PT ARENA | CA | 95468 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| ELLIOT | RANDALL | 7502 PARCELL RD | AUBURN | NY | 13021 | |
| ESPOSITO | MICHAEL | 10 PENN DRIVE | DIX HILLS | NY | 11746 | |
| FELICIANO | DAVID | 116 PETTIT DR | MERIDEN | CT | 06541 | |
| FELIX | PHILIP | 90 HORSESHOE BEND RD | FRENCHTOWN | NJ | 08825 | |
| FIDLER | CHAD | 5108 W TIMBERVUE CT | PEORIA | IL | 61615 | |
| FISHER | JANE | 100 DALY BLVD #1808 | OCEANSIDE | NY | 11572 | |
| FLYNN | IAN | 5012 SARDIS RD APT B | CHARLOTTE | NC | 28270 | |
| FREEMAN | GEORGE | 34-272 COCKBURN STREET | WINNIPEG | MANITOBA | R3M 2R4 | |
| FRY | JAMES | 21 ST JAMES PL APT 19F | BROOKLYN | NY | 11205 | |
| GALLAGHER | MICHAEL | 187 EAST WARD ST | HIGHTSTOWN | | | |
| GALVAN | WILLIAM | 1171 WEST 650 SOUTH | LEHI | UT | 84043 | |
| GIELLA | JOE | 191 MORRIS DR | EAST MEADOW | NY | 11554 | |
| GLADIR | GEORGE | Box 4220 (2039 AVE OF THE TREES) | CARLSBAD | CA | 92008 | |
| STAN GOLDBERG, INC. | | 162-41 Powells Cove Blvd 2P | BEECHHURST | NY | 11357 | |
| GOLLIGHTLY | HOLLY | 1 IDLEWOOD DR | BRODHEADSVILLE | PA | 18322 | |
| GOLLIHER | WILLIAM | 1658 GIBB SHOALS RD | GREER | SC | 29650 | |
| GRAY | JONATHAN | 77 SOUTH MUNN AVE APT B3 | E ORANGE | NJ | 07013 | |
| GREENE | SANFORD | 306 BERRYRIDGE CIR | COLUMBIA | SC | 29229 | |
| GREENLEE | AMBER | 21645 INDIANA ST | WILDOMAR | | | |
| GROSSMAN | BARRY | 86 MINUTEMAN CIRCLE | ALLENTOWN | NJ | 08501 | |
| GOLEBIEWSKI | STEVEN | 86 CRESTWOOD BLVD | FARMINGDALE | | | |
| GUSTOVICH | MICHAEL | 6703 THEOTA AVE | PARMA | OH | 44129 | |
| GRIFFITH | JONITA | 30-44 48TH ST R BASEMENT | ASTORIA | NY | 11103 | |
| HAMERSKY | MICHAEL | P O BOX 130653 | CARLSBAD | CA | 92013 | |
| HARRIS | JACK | 788 PINE SHORE RD | TOMS RIVER | NJ | 08753 | |
| HAYNES | HUGH | 2413 RYAN DR | INDIANAPOLIS | IN | 46220 | |
| HENDERSON | CHRISTOPHER-JOHN J | 1379 W. 7TH STREET | BROOKLYN | NY | 11204 | |
| HERMS | WILLIAM MATTHEW | 20900 FM 1093 Apt 7205 | RICHMOND | TX | 77407 | |
| HERRING | MATT | 40 WHITE OAK RD | SPRINGFIELD | MA | 01128 | |
| HILL | JONATHAN | 953 DAFFODIL STREET | FOUNTAIN | CO | 80817 | |
| HOLGUIN | JESUS GIL | Aldebaran 51 Col. Prados de Cooacan | Mexico City | DF | | |
| HORN | GREG | 5953 ASTURIAN TRAIL | LAKE WORTH | FL | 33449 | |
| HUTCHINSON | DAVID | 2626 Babcock Rd #2303 | SAN ANTONIO | TX | 78229 | |
| HUNZEKER | BEN | PCS 477 BOX 747 | FPO AP 96306-9998 | | 96306-9998 | |
| JACOBSON | SID | 11636 MONTANA AVE #101 | LOS ANGELES | CA | 90049 | |
| JENSEN | JASON | 3103 51ST AVE | GREELEY | CO | 80634-8769 | |
| JERALDS | SCOTT | 25457 VIA PACIFICA | VALENCIA | CA | 91355 | |
| JFA WRITERS, INC. - Albano | JOHN | 461 CITADEL DRIVE | Altamonte Springs | FL | 32714-4021 | |
| KAMINSKI | PAUL | 267 FRIENDSHIP RD | CRANBURY | NJ | 08512 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| KAPLAN | ARIE | 2802 46TH ST 2ND FL | ASTORIA | NY | 11103 | |
| KENNEDY | PATRICK | 3811 FERDINAND PL #39 | CINCINNATI | OH | 45209 | |
| KENNEDY | TIMOTHY | 3811 FERDINAND PL #39 | CINCINNATI | OH | 45209 | |
| KIRSCH | TJ | 1078 BEST RD | EAST GREENBUSH | NY | 12061 | |
| HOLGUIN | JESUS GIL | Aldebaran 51 Col. Prados de Cooacan | MEXICO | DF | 04810 | |
| KUNKEL | MIKE | 1962 FERNDALE PL | THOUSAND OAKS | CA | 91360 | |
| KUPPERBERG | PAUL | 245 UNQUOWA RD #107 | FAIRFIELD | CT | 06824 | |
| LAGRACE | GISELE | 370 SAMUEL-EDEY ST | GATINEAU | QC | J9J 2J4 | |
| LASH | BATTON | 4657 CAJON WAY | SAN DIEGO | CA | 92115 | |
| LAPICK | RUDOLPH | 214 CONCORD RD | YONKERS | NY | 10710 | |
| LERVOLD | ERIC | 3847 ALDRICH AVE NORTH | MINNEAPOLIS | MN | 55412 | |
| LEVIN (ALGASE) | SARA | 107 AUGUST LN | LANDSDALE | | | |
| LEVINS | TIMOTHY | 1178 OLD FORT RD | MIDLAND | ON | L4R 4K3 | |
| LIE | CHRISTIAWAN | 101 W OGLETHORPE AVE APT 402 | SAVANNAH | GA | 31401 | |
| LIFSON | HAL | 269 SOUTH BEVERLY DR #1101 | BEVERLY HILLS | CA | 90212 | |
| LIM | RON | 7652 MARINA COVE DR | SACREMENTO | CA | 95901 | |
| LINDSEY | REX | 5402 SADDLE HORN AVE | COLORADO SPRINGS | CO | 80915 | |
| LOCKMAN | VIC | 233 ROGUE RIVER HWY # 360 | GRAND PASS | OR | 97527 | |
| LOWE | JOHN | 208 E 48TH ST | SAVANNAH | GA | 31405 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| LUCIANO | ROBERT | 5 CLINTON PL APT 4B | NEW ROCHELLE | NY | 10801 | |
| LYNCH | PHILIP | 57 WILLOW PARK RD | GLASSNEVIN | DUBLIN | IRELAND | |
| LYON | ARTHUR | 3629 S BAINBRIDGE DR | BLOOMINGTON | IN | 47401 | |
| MANAK | DAVID | 1193 LAUREL WOOD RD | POTTSTOWN | | | |
| MARTIN | GARY | 3516 NE 45TH AVE | PORTLAND | OR | 97213 | |
| MCRAE | SCOTT | 309 AVENUE D | MATAMORAS | PA | 18336 | |
| MCLACHLAN | DUNCAN | 1329 PINES BROOK RD | WALTON | | | |
| | | 143 Buena Vista Ave Apt 3F | YONKERS | NY | 10701 | |
| MCDERMOTT | MARY KAY | 1 ERNEL DR | RIVERSIDE | CT | 06878 | |
| MCDONOUGH | JAMES | 40 ACTON RD | BRIDGEPORT | CT | 06606 | |
| MCKENNA | MARK | 64 GREEN MEADOW RD | FLORIDA | NY | 10921 | |
| MCNABB | MARK | 136 NEW JERSEY AVE | LAKE HOPATCONG | NJ | 07849 | |
| MILGROM | AL | 2 OLD FARM RD | ROSLYN HTS | NY | 11577 | |
| MILLET | JASON | 5331 N WINTHROP AVE UNIT 3 | CHICAGO | IL | 60640 | |
| MOEDE | JADE | 96 SOUTH MAIN STREET | LODI | NJ | 07644 | |
| MORELLI | JACK | P O BOX 207 | CHICHESTER | NY | 12416 | |
| MORRIGLIO | JOSEPH | 1560 PELHAM PKWY SO | BRONX | NY | 10461 | |
| MUNZ | KAREN | 412 MUNRO AVE APT 4E | MAMARONECK | NY | | |
| MURPHEY | SEAN | 145 W. CLINTON STREET | DOVER | NJ | 07801 | |
| NAKROSIS | DANIEL | 21 HAMILTON AVE | KEARNY | NJ | 07032 | |
| NICKERSON | ALBERT | 33 JAMES RD | MONROE | NY | 10950 | |
| NOVICK | JERRY A. | 456 ARNOLD AVE | W.BABYLON | NY | 11704 | |
| OFFENBERGER | RIK | 12973 SADDLEBACK PL | CHINO | CA | 91710 | |
| OLIVERAS | SANTIAGO | 112-31 75TH AVE #3 | FOREST HILLS | NY | 11375 | |
| ORZECHOWSKI | TOM | 9425 N RICHMOND AVE | PORTLAND | OR | 97203 | |
| ORTEGA | NELSON | 86-27 231ST STREET | BELLROSE | NY | 11427 | |
| ORTIZ | KIMBERLY | 1342 ROUTE 6 | CARMEL | NY | 10512 | |
| OSWALD | STEPHEN | 305 LINKS DRIVE W | OCEANSIDE | NY | | |
| OWSLEY | PATRICK S. | 11618 MOORPARK ST #206 | STUDIO CITY | CA | 91602 | |
| PACHECO | JORGE | 808 4TH STREET #103 | SANTA MONICA | CA | 90403 | |
| PARENT | DANIEL | 3780 SUNRISE LAKE | MILFORD | PA | 18337 | |
| PATYK | ADAM | 7550 HURON STREET | TAYLOR | MI | 48180 | |
| POWELL | JEFF | 103 16TH STREET #1 | BROOKLYN | NY | 11215 | |
| PELLERITO | MICHAEL | 11 SOMERSET DR | YONKERS | NY | 10710 | |
| PELLOWSKI | MIKE | PO BOX 776 | MANVILLE | | | |
| | | 212 DUKES PARKWAY E | HILLSBOROUGH | NJ | 08844 | |
| PENA | ROSARIO | 1100 TELLER AVE #4-H | BRONX | NY | 10456 | |
| PENDERS | KEN | 39869 LONGLEAF ST | TEMECULA | CA | 92591 | |
| | | 31458 SEMINOLE STREET | TEMECULA | CA | 92592 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| | | 43688 CALABRO STREET | TEMECULA | CA | 92592 | |
| | | 1144 OLIVER STREET | N.TONAWANDA | NY | 14120 | |
| PEPPERS | JAMAL | 9 FOX TERRACE | BRONX | NY | 10469 | |
| PEPOY | ANDREW | 2320 W FARWELL 1E | CHICAGO | IL | 60645 | |
| PINTO | GABRIEL | 1165 RIVER RD | TEANECK | NJ | 07666 | |
| POPE | ROBERT W | 3545 KINGSBORO RD NE | ATLANTA | GA | 30319 | |
| POWELL | JEFF | 103 16TH ST #3 | BROOKLYN | | | |
| RAY | JOSUA | 604 ROLLINGS HILLS DR | SILOAM SPRINGS | AR | 72761 | |
| | | P.O. BOX 1512 | SILOAM SPRINGS | AR | 72761 | |
| REDIVO | FABIO | 399 WEST ST | NEW YORK | NY | 10014 | |
| ROBINSON | JASON | 2960 SW 22ND AVE #804 | DELRAY BEACH | FL | 33445 | |
| ROOT | TOM | T Root C/0 Shadow Animination | Los Angeles | CA | 90038 | |
| ROSE | JOHN | 95 LAUREL ST | HARRISONBURG | VA | 22801 | |
| ROTANTE | JAMIE LEE | 10 SHIPMAN AVE - GROUND FL | YONKERS | NY | 10704 | |
| ROWNTREE | SARA | PO BOX 137 | THORNWOOD | NY | 10594 | |
| ROZAKIS | BOB | 62 SUNSET AVE | FARMINGDALE | NY | 11735 | |
| RUIZ | FERNANDO | 168 DEGRAY ST | NORTH HALEDON | NJ | 07508 | |
| RUBINSTEIN | JOSEF | 24101 DEL MONTE DR #422 | VALENCIA | CA | 91355 | |
| RYAN | CHRISTOPHER | 508 WINDSOR RD | NEW MILDFOD | NJ | 07646 | |
| SAVIUK | ALEXANDER | 6113 PALMAS DR | PORT ORANGE | FL | 32127 | |
| SCARPELLI | HENRY | 9 NORMALEE RD | STATEN ISLAND | NY | 10305 | |
| SCOTT | GREGORY | BOX #15 4 ST PAULS AVENUE | STATEN ISLAND | NY | 10301 | |
| SEGURA | ALEX | 77 PAYSON AVE APT 1 | NEW YORK | NY | 10034 | |
| SELIG | KEN | 582 HANOVER AVE | STATEN ISLAND | NY | | |
| SHEEHY | PHILIP | 4202 21ST AVE | ASTORIA | NY | 11105 | |
| SHOOP | MARLIN | 1605 COVER AVE | APEX | NC | 27502 | |
| SHUKLA | PARAAG | 815 SOUTH 18TH STREET #501 | ARLINGTON | VA | 22202 | |
| SHULTZ | JEFF | 190 MOUNTAIN RD | FLANDERS | NJ | 07836 | |
| SIMMONS | ALEX | 3959 SAXON AVE | BRONX | ny | 10463 | |
| SLATE | BARBARA | 413 COUNTRY ROUTE 22 | HUDSON | | | |
| SMITH | HAROLD | BOX 863510 | RIDGEWOOD | | | |
| SMITH | ROBERT | 18912 SE 265 ST | COVINGTON | WA | 98042 | |
| SMITH | TIMOTHY | 546A LA GURADIA PI 3R | NEW YORK | NY | 10012 | |
| SMITH | THOMAS | 372 MATCHAPONIX RD | JAMESBURG | NJ | 08831 | |
| SMITH | TOD | 5 OAK HILL RD | ROCKY HILL | CT | 06067 | |
| SPAZIANTE PROD | PATRICK | 3234 LUCERNE ST | BRONX | NY | 10456 | |
| SLATE | BARBARA | 413 COUNTRY ROUTE 22 | HUDSON | NY | 12534 | |
| SLOTT | DANIEL | 201 E. 25TH STREET #12J | NEW YORK | NY | 10010 | |
| STANLEY | EVAN ELIZABETH | 111 PONDEROSA DR | SANTA CRUZ | CA | 95060 | |

| LAST NAME | FIRST NAME | ADDRESS on contract | CITY on contract | STATE on CONTRACT | ZIP | |
|---|---|---|---|---|---|---|
| STATON | JOE | 83 W CHESTNUT ST | KINGSTON | | | |
| STREJLAU | ALLISON | 38 SMITH ST | HICKSVILLE | NY | 11801 | |
| SNIDER | JESSE BLAZE | 5 KATE COURT | PORT JEFFERSON | NY | 11777 | |
| TAKASHIMA | MISAKO | 1014 PARK PL #2D | BROOKLYN | NY | 11213 | |
| TAYLOR | DEXTER | 1201 12TH WAY | WEST PALM BEACH | | | |
| TAYLOR | RICHARD | 3954 TERRACE STREET | PHILADELPHIA | PA | 19128 | |
| THOMAS | CHAD | 312 LAKEFRONT CT | MCKINNEY | TX | 75071 | |
| TORRES | J | 139 BAYCLIFFE DR | WHITBY | ON | L1P 1V5 | |
| VALENTI | CARLOS | 2717 ARROW HWY #121 | LA VERNE | | | |
| VOZZO | STEPHANIE | 210 5TH AVE NE #304 | ST CLOUD | MN | 56304 | |
| USLAN | MICHAEL | 333 CHESTMONT RD | CEDARGROVE | NJ | 07009 | |
| WALTRIP | JASON | 8734 BARHAMSVILLE RD | TOANO | | | |
| WATKINS | MICHAEL | 50 FOXTREE DR APT #9 | MARTINSVILLE | | | |
| WATKINS | TODD A. | 207 MESEROLE ST 1ST FLOOR | BROOKLYN | | | |
| WEBB | KATHLEEN | 396 21ST AVE CT | E MILTON | | | |
| WELLS | DAWN | 4616 LEDGE AVE | TOLUCA LAKE | | | |
| WHITE | TYRA | 4201 KINKEAD AVE APT 8 | FORT SMITH | | | |
| WHITMORE | GLENN A. | 40 GARDEN COURT | SUCCASUNNA | | | |
| WHIGHAM | RODNEY E. | PO BOX 2853 | CUMMING | | | |
| WILLIAMS | PATRICK | 7824 S KILPATRICK AVE | CHICAGO | | | |
| WILLIAMS | VICKIE | 646 WILDER RD | PELHAM | | | |
| WOODRUFF | PATRICK | 21 CARLTON RD | METUCHEN | | | |
| WORKMAN | JOHN | 39 W JACK ST | HAZLET | | | |
| YARDLEY | TRACY | 608 TRADEWINDS LOOP | RINCON | | | |
| YOSHIDA | WILLIAM | 44 SYCAMORE DR | WALDWICK | | | |
| ZALME | RONALD | 936 COUNTY RD | NEWTON | | | |