# EXHIBIT A

I, AMBER GREENLEE, declare under penalty of perjury:

1) I am located at 21645 Indiana Street, Wildomar, CA 92595. I make this declaration in support of Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction Or In The Alternative To Transfer Proceedings.

2) I first met Ken Penders and his domestic partner Bernadette Shahin personally sometime in December of 2001 in Temecula, CA, while I was holding a part-time retail job at the local mall.

3) I was recruited by Ken Penders sometime during 2003 to assist with coloring the artwork he was preparing for a presentation to SEGA concerning an animated film project he was developing with Larry Houston, who was responsible for the FOX Network animated series X-MEN.

4) I was later recommended by Ken to Archie SONIC editor Mike Pellerito sometime during 2004 for some work as a freelance colorist.

5) I completed an assignment, coloring an illustration Ken had rendered which was published in SONIC THE HEDGEHOG issue #145. I was accredited for this work on the last page of this issue.

6) I never signed any work-for-hire contract with regards to the work I performed for Archie Comics.

7) I communicated with editor Mike Pellerito solely by phone and e-mail.

8) I never submitted a formal Archie voucher for my work to anyone at Archie Comics.

9) I was paid by Archie Comics with a handwritten check.

10) Despite assurances from Mike Pellerito with regards to future work, I never heard back from him again.

I, Amber Greenlee, declare under penalty of perjury, that the foregoing is true and correct. Executed on March 7, 2011.

[signature] 3/7/11