# EXHIBIT B

I, SCOTT G. SHAW!, declare under penalty of perjury:

1. I reside and work at 4907 Kester Avenue, Sherman Oaks, California, 91403.

2. I've written and drawn comic books for over forty years. I've also worked extensively in animation, advertising and toy design. Over that time, I've freelanced for such comic book publishers as DC, Marvel, Dark Horse, Bongo, Wildstorm, Topps, Kitchen Sink, Harvey, Ape Entertainment, Pacific, Slave Labor Graphics, Archie and many others.

3. In 1992, I was approached by Archie Comics editor Paul Castiglia to illustrate the company's upcoming licensed mini-series, **SONIC THE HEDGEHOG**. I agreed to his offer, and drew the cover and interior stories of the first issue (No. 0). I was the very first artist hired to work on the series.

4. Unlike my experience with every other publisher I've submitted work to, I never received any contract or other agreement between Archie, Sega and myself.

5. A portion of this comic was reprinted extensively several times for promotional purposes. I was never paid for or even notified of these reprintings.

6. After the first issue (No. 0), the editorship of **SONIC THE HEDGEHOG** shifted to Archie Comics editor Daryl Edelman. I drew the covers for **SONIC THE HEDGEHOG** Nos. 1, 2 and 3 and the interiors for Nos. I and 2.

7. These works have been reprinted several times since their initial printing. I was never paid for or even notified of these reprintings.

8. I also never received any contract or other agreement between Archie, Sega and myself with regards to the work I submitted for these issues.

9. I later conceived and drew a pinup for **SONIC THE HEDGEHOG** No. 50 (the ongoing series). I was asked to do this by Archie Comics' **SONIC** editor Justin Gabrie. This pinup has been reprinted at least once. I was never paid for or even notified of these reprintings.

10. Just as with all previous work I performed for the company, I never received any contract or other agreement between Archie, Sega and myself.

11. I also wrote and drew a "Tails" story for the **SONIC THE HEDGEHOG: IN YOUR FACE SPECIAL** No. 1 (1995). I was asked to do this by Archie Comics' **SONIC** editor Scott Fulop. I don't know if it has been reprinted or not. I never received any contract or other agreement between Archie, Sega and myself with regards to this work.

12. In additional to my work on **SONIC THE HEDGEHOG**. I've also worked on two stories for Archie's **BETTY AND VERONICA** (inking Bob Bolling's pencil art) and on five issues of Archie's **THE MIGHTY MUTANIMALS** (inking Mike Kazaleh's -- and to a lesser extent, Garrett Ho's -- pencil art).

13. I also never received any contract from Archie to the work I was hired to do by Victor Gorelick.

14. I am physically disabled due to diabetes-related damage to my legs and feet, making long plane flights detrimental to my health. I am unable to testify in any court outside my immediate area.

15. On three different dates, I've emailed Victor Gorelick and asked if he could supply me with copies of any contracts or agreements I'd signed with Archie Comics. He has, to date, never responded to any of my requests.

16. I am currently In the process of registering my ownership of all of the materials mentioned in this declaration.

17. I have never had any professional or social interaction with Michael Pellerito and consider his remarks about my reliability to be unfounded and extremely injurious to my professional reputation.

I, SCOTT G. SHAW!, declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2011.

SCOTT G. SHAW!