RECEIVED
MAR 25 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
ATTORNEYS AT LAW

... MASON STREET
GREENWICH, CT 06830
TELEPHONE: (203) 622-4100

ONE ATLANTIC STREET
STAMFORD, CT 06901

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321

WWW.DMOC.COM

50 MAIN STREET
10th FLOOR
WHITE PLAINS, NY 10606
TELEPHONE: (914) 684-0090

SERVICE BY FACSIMILE NOT ACCEPTED

**MATTHEW C. WAGNER**
Admitted in CT, NY, MA and DC
CT Direct Dial: 203-569-1195
mwagner@dmoc.com

MEMO ENDORSED
pg. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/11

Reply to: Stamford Office

24 March 2011

BY FEDERAL EXPRESS
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

Re: *Archie Comic Publications v. Kenneth W. Penders II*
Case No.: 10-8858 (SDNY)(RMB)

Dear Judge Berman,

On February 8, 2011, Your Honor scheduled a Status Conference in this matter for June 7, 2011, at 9:00 AM. I regret to inform the Court that my oldest daughter's fifth grade graduation has been scheduled for that same day. I have consulted counsel for Defendant, and they have graciously consented to adjourn and reschedule the conference. I therefore ask the Court to adjourn and reschedule the conference at a date and time convenient for the court. If granted, I would coordinate with counsel and Your Chambers to find a suitable time and date.

Pursuant to your Individual Practices 1(E), I provide the following information:

(1) the original date of the conference is June 6, 2011;
(2) this is the first request for adjournment of this date;
(3) not applicable;
(4) counsel for Defendant Penders has consented to this request; and
(5) the requested adjournment does not affect any other scheduled dates.

Thank you for your consideration.

Very truly yours,

[signature]

Matthew C. Wagner

Cc: Archie Comic Publications, Inc. (via email)
Cc: Michael Ertel (via email)

Parties to advise the court (by letter) of an earlier new date.

SO ORDERED:
Date: 3/25/11

Richard M. Berman

Richard M. Berman, U.S.D.J.