USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 4/7/11

# DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP

ATTORNEYS AT LAW

**MEMO ENDORSED**

35 MASON STREET
GREENWICH, CT 06830
TELEPHONE: (203) 622-4100

ONE ATLANTIC STREET
STAMFORD, CT 06901

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321

50 MAIN STREET
10th FLOOR
WHITE PLAINS, NY 10606
TELEPHONE: (914) 684-0090

WWW.DMOC.COM

SERVICE BY FACSIMILE NOT ACCEPTED

MATTHEW C. WAGNER
Admitted in CT, NY, MA and DC
CT Direct Dial: 203-569-1195
mwagner@dmoc.com

Reply to: Stamford Office

RECEIVED
APR 07 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

A settlement conference with principals is scheduled for 6/2/11 at 9:30 a.m.

6 April 2011

SO ORDERED:
Date: 4/7/11 Richard M. Berman
Richard M. Berman, U.S.D.J.

BY FEDERAL EXPRESS
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

Re: *Archie Comic Publications, Inc. v. Kenneth W. Penders II*
Case No.: 10-8858 (SDNY)(RMB)

Dear Judge Berman,

We represent the plaintiff, Archie Comic Publications, Inc. ("Archie") in the above referenced matter. On March 25, 2011 Your Honor adjourned the conference then-scheduled for June 7, 2011 (D.E. 21), and granted the parties leave to reschedule for an earlier date. After consultation with counsel for defendant, and Your Honor's Law Clerk (Stefan), the parties respectfully request that the conference be rescheduled on either June 2 or June 6, 2011.

Thank you for your consideration.

Very truly yours,

Matthew C. Wagner

MCW:

Cc: Archie Comic Publications, Inc. (via email)
Cc: Michael Lovitz, Esq. (counsel for Defendant Penders) (via email)