# EXHIBIT 1

Type of Work: Visual Material

Registration Number / Date:
VA0001716943 / 2009-02-19

Application Title: SONIC THE HEDGEHOG #17 Cover text.

Title: SONIC THE HEDGEHOG #17 Cover text SONIC THE HEDGEHOG in GORILLA WARFARE OR "THE APES OF WRATH" Parts I and II PRINCESS SALLY in FIRST STAR I SEE TONIGHT! Princess Sally's Crusade Part 1.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 17, December 1994, p. Cover, 1-8, 13-21, 24-27

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1994-09-06

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Citizenship: United States. Authorship: Text. I contributed only the text to the cover and stories.
Mike Kanterovich; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Artwork.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, (323) 932-8441, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken
Kanterovich, Mike

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716934 / 2009-02-19

Application Title: SONIC THE HEDGEHOG #18 Cover Text SONIC THE HEDGEHOG in WEDDING BELL BLUES! PRINCESS SALLY in IN THE STILL OF

THE NIGHT Princess Sally's Crusade Part 2.

Title: SONIC THE HEDGEHOG #18 Cover Text SONIC THE HEDGEHOG in WEDDING BELL BLUES! PRINCESS SALLY in IN THE STILL OF THE NIGHT Princess Sally's Crusade Part 2.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 18, p. Cover, 1-6, 10-17, 24-29

Description: Comic books, 2c.

Copyright Claimant: Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication: 1994-11-29

Nation of First Publication: United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text. I contributed only the text to the cover and stories.
Mike Kanterovich, 1961- ; Citizenship: United States. Authorship: Text.

Pre-existing Material: Artwork.

Rights and Permissions: Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names:
Penders, Ken
Kanterovich, Mike

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001716897 / 2009-02-19

Application Title: PRINCESS SALLY and SONIC THE HEDGEHOG in THE QUEST Princess Sally's Crusade: Conclusion.

Title: PRINCESS SALLY and SONIC THE HEDGEHOG in THE QUEST Princess Sally's Crusade: Conclusion.

Appears in: SONIC THE HEDGEHOG IN YOUR FACE SPECIAL, vol. 1, no. 1, 1995, p. 2-7, 10-15, 18-27

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1994-10-31

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States.
Authorship: Text.
Mike Kanterovich, 1961- ; Citizenship: United States.
Authorship: Text.

Pre-existing Material:
Text, Artwork. I did not contribute any material in this publication beyond the text of the one story claimed.

Basis of Claim: Text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717502 / 2010-05-05

Application Title: SONIC THE HEDGEHOG #16 Cover Text.

Title: SONIC THE HEDGEHOG #16 Cover Text SONIC THE HEDGEHOG in SONIC UNDER GLASS Parts I & II SONIC THE HEDGEHOG THE MAN FROM H.E.D.G.E.H.O.G.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: By written agreement.

Date of Creation: 1994

Date of Publication:
1994-09-20

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.
Mike Kanterovich, 1961- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the cover and 2 stories listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717511 / 2010-05-05

Application Title: SONIC THE HEDGEHOG in "DO-IT-YOURSELF" SONIC.

Title: SONIC THE HEDGEHOG in "DO-IT-YOURSELF" SONIC SONIC THE HEDGEHOG "GIRLS JUST WANNA HAVE FUN!".

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: By written agreement.

Date of Creation: 1993

Date of Publication:
1994-07-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.
Mike Kanterovich, 1961- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the 2 stories listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716867 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in NIGHT OF 1000 SONICS.

Title: SONIC THE HEDGEHOG in NIGHT OF 1000 SONICS.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 19, February 1995, p. 1-6, 8-13, 16-20, 22-24, 26-29

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1994-11-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States.
Authorship: Text.
Mike Kanterovich, 1961- ; Citizenship: United States.
Authorship: Text.

Pre-existing Material:
Artwork. I did not contribute any material in this publication beyond the text of the one story claimed.

Basis of Claim: Text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001709769 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in THIS ISLAND HEDGEHOG.

Title: SONIC THE HEDGEHOG in THIS ISLAND HEDGEHOG.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 13, August 1994, p. 1-5, 7-13

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1994-06-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text.
Mike Kanterovich, 1961- ; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Text, Artwork. I did not contribute any material in this publication beyond the text of the one story claimed.

Basis of Claim: Text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717508 / 2010-05-05

Application Title: SONIC THE HEDGEHOG "WHAT'S THE BIG IDEA?".

Title: SONIC THE HEDGEHOG "WHAT'S THE BIG IDEA?".

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: By written agreement.

Date of Creation: 1994

Date of Publication:
1994-08-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.
Mike Kanterovich, 1961- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716881 / 2009-02-19

Application Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 1.

Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 1.

Appears in: PRINCESS SALLY, vol. 1, no. 1, April 1995, p. 1-9, 12-18, 22-29

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1995-01-31

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created the text to the story and nothing else.
Mike Kanterovich, 1961- ; Domicile: United States; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim the text to the story and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726429 / 2010-07-09

Application Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 2.

Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 2.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1994

Date of Publication:
1995-02-28

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, co-author of story art (uncredited layouts)

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, co-author of story art (uncredited layouts)

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001729235 / 2010-06-25

Application Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 3.

Title: PRINCESS SALLY - DEADLIEST OF THE SPECIES - Part 3.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1994

Date of Publication:
1995-03-28

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, co-author of story art (uncredited layouts)

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, co-author of story art (uncredited layouts)

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716882 / 2009-02-19

Application Title: KNUCKLES' CHAOTIX in THE CHAOS EFFECT.

Title: KNUCKLES' CHAOTIX in THE CHAOS EFFECT THE CHAOTIX in TAG! YOU'RE "IT!" SONIC'S FRIENDLY NEMESIS KNUCKLES in THE HUNT IS ON.

Appears in: SONIC THE HEDGEHOG PRESENTS KNUCKLES' CHAOTIX SPECIAL, vol. 1, no. 1, January 1996, p. 2-9, 12-17, 19-29, 31, 33-37

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1995

Date of Publication:
1995-11-14

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text, 2-dimensional artwork. I contributed the artwork to the story THE HUNT IS ON.
Mike Kanterovich, 1961- ; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Artwork. Cover art, artwork to THE CHAOS EFFECT and TAG! YOU'RE "IT!".

Basis of Claim: Text, 2-dimensional artwork. Text for all 3 stories and art for THE HUNT IS ON.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

Kanterovich, Mike, 1961-

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717500 / 2010-05-05

Application Title: A PRINCESS SALLY ADVENTURE "DEADLIEST OF THE SPECIES" Prologue.

Title: A PRINCESS SALLY ADVENTURE "DEADLIEST OF THE SPECIES" Prologue SONIC THE HEDGEHOG "DYNAMIC DUO" Coloring Page Text.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: By written agreement.

Date of Creation: 1994

Date of Publication:
1995-01-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.
Mike Kanterovich, 1961- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716899 / 2009-02-19

Application Title: SONIC & KNUCKLES in PANIC IN THE SKY.

Title: SONIC & KNUCKLES in PANIC IN THE SKY SONIC'S FRIENDLY NEMESIS KNUCKLES in FIRE DRILL SONIC'S FRIENDLY NEMESIS KNUCKLES in LORD OF THE FLOATING ISLAND.

Appears in: SONIC & KNUCKLES SPECIAL, vol. 1, no. 1, August 1995, p. 2-15, 18-29, 32-39, 42-46

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1995-05-19

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text, 2-dimensional artwork. I contributed the artwork to the story FIRE DRILL.
Mike Kanterovich, 1961- ; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Artwork. Cover art, artwork to PANIC IN THE SKY and LORD OF THE FLOATING ISLAND.

Basis of Claim: Text, 2-dimensional artwork. Text for all 3 stories and art for FIRE DRILL.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717531 / 2010-05-05

Application Title: SONIC THE HEDGEHOG #27 Cover Text and Art.

Title: SONIC THE HEDGEHOG #27 Cover Text and Art SONIC THE HEDGEHOG A SCRAMBLED HEDGEHOG Parts I, II, III & IV.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1995-08-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States;
Citizenship: United States. Authorship: text, 2-D
artwork.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art
to the cover as well as the text only to the story
listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717497 / 2010-05-05

Application Title: SONIC THE HEDGEHOG #28 Cover Text.

Title: SONIC THE HEDGEHOG #28 Cover Text SONIC THE HEDGEHOG
SATURDAY NIGHT'S ALRIGHT FOR A FIGHT! Parts I, II & III.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1995-09-26

Nation of First Publication:

United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the cover and story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717499 / 2010-05-05

Application Title: SONIC THE HEDGEHOG 3 PHASES OF E.V.E.

Title: SONIC THE HEDGEHOG 3 PHASES OF E.V.E.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1994

Date of Publication:
1995-02-21

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716856 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in A ROBOT RIDES THE RAILS.

Title: SONIC THE HEDGEHOG in A ROBOT RIDES THE RAILS SONIC'S FRIENDLY NEMESIS KNUCKLES in LOST... AND FOUND!

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 31, February 1996, p. 1-5, 7-11, 13-21

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1995

Date of Publication:
1995-12-05

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text, 2-dimensional artwork.
Mike Kanterovich, 1961- ; Citizenship: United States. Authorship: Text.

Pre-existing Material:
Text, Artwork. ROTOR in TUNDRA ROAD Part 1.

Basis of Claim: Text, 2-dimensional artwork.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716868 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in WHEN HEDGEHOGS COLLIDE!

Title: SONIC THE HEDGEHOG in WHEN HEDGEHOGS COLLIDE!

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 24, July 1995, p. 1-6, 8-12, 14-17, 20-27, 29

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- , Transfer: Written agreement.

Date of Creation: 1994

Date of Publication:
1995-05-09

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States.
Authorship: Text.
Mike Kanterovich, 1961- ; Citizenship: United States.
Authorship: Text.

Pre-existing Material:
Artwork. I did not contribute any material in this publication beyond the text of the one story claimed.

Basis of Claim: Text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Kanterovich, Mike, 1961-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717498 / 2010-05-05

Application Title: SONIC THE HEDGEHOG THE RETURN Parts I, II & III.

Title: SONIC THE HEDGEHOG THE RETURN Parts I, II & III.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1994

Date of Publication:
1995-03-28

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001709908 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in FIRST CONTACT.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in FIRST CONTACT.

Appears in: SONIC THE HEDGEHOG TRIPLE TROUBLE SPECIAL, vol. 1, no. 1, October 1995, p. 38-45 (8 page story)

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1995-08-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text, 2-dimensional artwork.

Pre-existing Material:
Text, Artwork. I did not contribute material in this publication beyond the text and art of the one story claimed.

Basis of Claim: Text, 2-dimensional artwork. I claim the text and art for FIRST CONTACT and no other material published in this issue.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717538 / 2010-05-05

Application Title: "...AND ONE SHALL SAVE HIM!".

Title: "...AND ONE SHALL SAVE HIM!".

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1996-12-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726508 / 2010-07-09

Application Title: BETTY in ONE GIRL'S TREASURE.

Title: BETTY in ONE GIRL'S TREASURE.

ISSN: 10649395

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1996-08-20

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Doug Crane, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726432 / 2010-07-09

Application Title: JUGHEAD in WORKING IN STEREO.

Title: JUGHEAD in WORKING IN STEREO.

ISSN: 10615482

Description: Book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1996-11-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Rex Lindsey, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717516 / 2010-05-05

Application Title: KNUCKLES' CHAOTIX in "PRISONERS!".

Title: KNUCKLES' CHAOTIX in "PRISONERS!".

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1995

Date of Publication:
1996-01-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719845 / 2010-06-01

Application Title: KNUCKLES QUEST 3: A LAND OF DARK, A KNIGHT OF VIRTUE!

Title: KNUCKLES QUEST 3: A LAND OF DARK, A KNIGHT OF VIRTUE!

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1996-01-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, Author of complete story art.

Pre-existing Material:
text, 2-D artwork, Story by Scott Fulop (AKA Kent Taylor) as well as any material not mentioned in this claim.

Basis of Claim: 2-D artwork, Author of complete story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717534 / 2010-05-05

Application Title: SONIC THE HEDGEHOG "BEDTIME TAILS!".

Title: SONIC THE HEDGEHOG "BEDTIME TAILS!" FREEDOM FIGHTERS COVER PIN-UP BAT-SONIC COVER PIN-UP.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, Transfer: By written agreement.

Date of Creation: 1995

Date of Publication:
1996-06-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.
Mike Kanterovich; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art only to the story and pin-ups listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken
Kanterovich, Mike

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716912 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in BLACK AND BLUE AND RED ALL OVER.

Title: SONIC THE HEDGEHOG in BLACK AND BLUE AND RED ALL OVER.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 44, March 1997, p. 1-6, 8-15, 18-19, 21-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1996-12-10

Nation of First Publication:

United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover and story art (uncredited), Author of story text.

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Manny Galan, as well as any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover and story art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716916 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in HEART OF DARKNESS SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part III.

Title: SONIC THE HEDGEHOG in HEART OF DARKNESS SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part III.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 36, July 1996, p. 1-6, 8-12, 15-19, 21-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-04-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States;

Citizenship: United States. Authorship: Text, 2-Dimensional artwork. I created the text to both stories, and art to "A SENSE OF HISTORY.".

Pre-existing Material: Text, Artwork.

Basis of Claim: Text, 2-dimensional artwork. I claim the text to both stories listed and art to "A SENSE OF HISTORY" and nothing beyond that.

Rights and Permissions: Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001716919 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in THE DREAM ZONE.

Title: SONIC THE HEDGEHOG in THE DREAM ZONE.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 43, February 1997, p. 1-6, 8-10, 12-19, 21-28

Description: Comic book, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 1996

Date of Publication: 1996-11-12

Nation of First Publication: United States

Authorship on Application: Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. Co-author of story art (uncredited), Author of story text.

Pre-existing Material: Text, Artwork. Cover art by Pat Spaziante, story art by Manny Galan and Steven Butler, as well as any material not mentioned in this claim.

Basis of Claim: Co-author of story art (uncredited layout script pages), author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716947 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part 1.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part 1.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 34, May 1996, p. 20-27

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-01-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. I created the text and art to only the story listed.

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text, 2-dimensional artwork. I claim the text and art of the story listed and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716928 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part II.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part II.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 35, June 1996, p. 21-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-04-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-Dimensional artwork. I created the text and art to only the story listed.

Pre-existing Material:
Text, Artwork. I claim the text and art of the story listed and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:

VA0001716948 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in THE BIG PICTURE! SONIC THE HEDGEHOG in SONIC SHOT!

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in THE BIG PICTURE! SONIC THE HEDGEHOG in SONIC SHOT!

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 33, April 1996, p. 18-19, 21-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-02-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. I created the text and art to both stories listed.

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text, 2-dimensional artwork. I claim the text and art of the stories listed and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716906 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part One MAP OF THE FLOATING ISLAND.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part One MAP OF THE FLOATING ISLAND.

Appears in: SONIC'S FRIENDLY NEMESIS KNUCKLES, vol. 1, no. 1, July 1996, p. 1-9, 11-15, 18-21, 23-30

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-05-14

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created the text to the story and map and nothing else.

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim the text to the story and map and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716893 / 2010-04-26

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part Three.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part Three MAP OF ENERJAK'S CITADEL OF DARKNESS.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1995

Date of Publication:
1996-07-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story and map text, co-author of story and map art (uncredited)

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story and map art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story and map text, co-author of story and map art (uncredited)

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716892 / 2010-04-26

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part Two.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES - RITES OF PASSAGE! Part Two.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1995

Date of Publication:
1996-06-04

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story and map text, co-author of story and map art (uncredited)

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story and map art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story and map text, co-author of story and map art (uncredited)

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001737477 / 2010-05-03

Application Title: "Knuckles' Quest!".

Title: "In Every Kingdom There Must Exist A Little Chaos!" Part 1, Part 2 & Part 3.

Description: Photo prints.

Copyright Claimant:
Scott Drew Fulop, 1960- , Transfer: By written agreement.

Date of Creation: 1996

Date of Publication:
1996-09-03

Nation of First Publication:
United States

Authorship on Application:
Kent Taylor, pseud. of Scott Drew Fulop, 1960- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork.

Rights and Permissions:
Scott Drew Fulop, (914) 584-4357, (914) 315-6757, sfulop@aol.com

Copyright Note: C.O. correspondence.

Names: Fulop, Scott Drew, 1960-
Kent Taylor, pseud., 1960-
Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716905 / 2009-02-19

Application Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in FATHERS & SONS.

Title: SONIC'S FRIENDLY NEMESIS KNUCKLES in FATHERS & SONS.

Appears in: SUPER SONIC VS. HYPER KNUCKLES SPECIAL, vol. 1, no. 1, 1996, p. 38-45 (8 page story)

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1995

Date of Publication:
1996-02-06

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Citizenship: United States. Authorship: Text, 2-dimensional artwork.

Pre-existing Material:
Text, Artwork. I did not contribute material in this publication beyond the text and art of the one story claimed.

Basis of Claim: Text, 2-dimensional artwork. I claim the text and art for FATHERS & SONS and no other material published in this issue.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001737485 / 2010-05-03

Application Title: "Knuckles Quest 3: A Land of Dark, A Knight of Virtue!".

Title: "Knuckles Quest 3: A Land of Dark, A Knight of Virtue!".

Description: Photo prints.

Copyright Claimant:
Scott Drew Fulop, 1960- , Transfer: By written agreement.

Date of Creation: 1996

Date of Publication:
1997-01-07

Nation of First Publication:
United States

Authorship on Application:
Kent Taylor, pseud. of Scott Drew Fulop, 1960- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text.
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text.

Rights and Permissions:
Scott Drew Fulop, (914) 584-4357, (914) 315-6757, sfulop@aol.com

Copyright Note: C.O. correspondence.

Names: Fulop, Scott Drew, 1960-
Kent Taylor, pseud., 1960-
Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716945 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Five LOST PARADISE - Fallout.

Title: KNUCKLES THE ECHIDNA Book Five LOST PARADISE - Fallout.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 5, September 1997, p. 1-6, 8-16, 21-29

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1997-07-29

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created only the text to the story.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim only the text of the story and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716944 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Four LOST PARADISE - The Phantom City.

Title: KNUCKLES THE ECHIDNA Book Four LOST PARADISE - The Phantom City.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 4, August 2007, p. 1-6, 8-14, 18-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1997-06-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created only the text to the story.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim only the text for the story and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716946 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Six LOST PARADISE - Zero Hour... And Counting.

Title: KNUCKLES THE ECHIDNA Book Six LOST PARADISE - Zero Hour... And Counting.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 6, October 1997, p. 1-6, 8-15, 21-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-08-29

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created only the text to the story.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim only the text of the story and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726509 / 2010-07-09

Application Title: ARCHIE & FRIENDS in LUCKY STAR.

Title: ARCHIE & FRIENDS in LUCKY STAR.

ISSN: 1072-6624

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1997-01-21

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Stan Goldberg, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717397 / 2009-02-18

Application Title: ENDGAME - Part 1 of 4 - Taking The Fall.

Title: ENDGAME - Part 1 of 4 - Taking The Fall.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 47, June 1997, p. 1-6, 8-13, 15-19, 23-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1996

Date of Publication:
1997-03-01

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text. I created the text to the story and nothing else.

Pre-existing Material:
Text, Artwork.

Basis of Claim: Text. I claim the text to the story and nothing beyond that.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720516 / 2010-04-30

Application Title: ENDGAME - Part 2 of 4 - SONIC THE FUGITIVE.

Title: ENDGAME - Part 2 of 4 - SONIC THE FUGITIVE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.
Scott Fulop.

Date of Creation: 1996

Date of Publication:
1997-04-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover (uncredited), co-authorship of story text.
Kent Taylor, pseud. of Scott Fulop (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text, Co-authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, co-authorship of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names:
Penders, Ken
Fulop, Scott
Kent Taylor, pseud.

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720517 / 2010-04-30

Application Title: ENDGAME - Part 3 of 4 - ESCAPE FROM THE FLOATING ISLAND.

Title: ENDGAME - Part 3 of 4 - ESCAPE FROM THE FLOATING ISLAND.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.
Mike Gallagher.

Date of Creation: 1996

Date of Publication:
1997-05-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Co-authorship of story text.
Mike Gallagher; Domicile: United States; Citizenship: United States. Authorship: text, Co-authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Sam Maxwell, and any material not mentioned in this claim.

Basis of Claim: text, Co-authorship of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names:
Penders, Ken
Gallagher, Mike

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720514 / 2010-04-30

Application Title: ENDGAME - Part 4 of 4 - THE BIG GOODBYE.

Title: ENDGAME - Part 4 of 4 - THE BIG GOODBYE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.
Michael Gallagher.
Karl Bollers.
Scott Fulop.

Date of Creation: 1996

Date of Publication:
1997-06-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-author of cover art, co-author of story text, author of story pages 14 - 15 art.
Michael Gallagher; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of story pages 4 - 9.
Karl Bollers; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of story pages 10 - 15.
Kent Taylor, pseud. of Scott Fulop (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text, Co-author of story pages 16 - 21.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Pat Spaziante, Manny Galan, Nelson Ortega, Sam Maxwell, Dave Manak and Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art (Ken Penders), co-authorship of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken
Gallagher, Michael
Bollers, Karl
Fulop, Scott
Kent Taylor, pseud.

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716886 / 2009-02-18

Application Title: KNUCKLES THE DARK LEGION Book One ARMY OF DARKNESS.

Title: KNUCKLES THE DARK LEGION Book One ARMY OF DARKNESS.

Appears in: KNUCKLES THE DARK LEGION, vol. 1, no. 1, April 1997, p. 1-6, 8-13, 17-20, 22-29

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1996

Date of Publication:
1997-02-28

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of text and Kragok and Dark Legion Character Designs (Uncredited).

Pre-existing Material:
Text, Artwork. Cover art contributed by Patrick Spaziante, story art by Manny Galan and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, Kragok and Dark Legion uncredited character designs.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.
Regarding author information and new material included: Characters as such not registrable; registration based on deposited authorship describing, depicting, or embodying the characters. Authority Compendium II 202.02(l).

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716941 / 2009-02-18

Application Title: KNUCKLES THE DARK LEGION Book Three BLOOD IS THICKER.

Title: KNUCKLES THE DARK LEGION Book Three BLOOD IS THICKER.

Appears in: KNUCKLES THE DARK LEGION, vol. 1, no. 3, June 1997, p. 1-6, 8-13, 17-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1997-04-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. Co-author of cover art, author of entire story text.

Pre-existing Material:
Text, Artwork. Cover art by Patrick Spaziante, story art by Manny Galan and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, co-author of cover art (uncredited).

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716942 / 2009-02-18

Application Title: KNUCKLES THE DARK LEGION Book Two SINS OF THE FATHER.

Title: KNUCKLES THE DARK LEGION Book Two SINS OF THE FATHER.

Appears in: KNUCKLES THE DARK LEGION, vol. 1, no. 2, May 1997, p. 1-6, 8-13, 17-28

Description: Comic books, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 1996

Date of Publication: 1997-03-28

Nation of First Publication: United States

Authorship on Application: Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. Co-author of cover art, author of entire story text.

Pre-existing Material: Text, Artwork. Cover art contributed by Patrick Spaziante, story art by Manny Galan and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, co-author of cover art (uncredited).

Rights and Permissions: Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716940 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Eight DARK VENGEANCE - The Gauntlet.

Title: KNUCKLES THE ECHIDNA Book Eight DARK VENGEANCE - The Gauntlet.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 8, January 1998, p. 1-6, 9-12, 15-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-11-04

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante and Manny Galan, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716939 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Nine DARK VENGEANCE - Twilight Of The Titans.

Title: KNUCKLES THE ECHIDNA Book Nine DARK VENGEANCE - Twilight Of The Titans.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 9, February 1998, p. 1-6, 9-12, 15-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-12-09

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante and Manny Galan, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716917 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Seven DARK VENGEANCE - Deadly Homecoming.

Title: KNUCKLES THE ECHIDNA Book Seven DARK VENGEANCE - Deadly Homecoming.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 7, December 1997, p. 1-7, 10-12, 15-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-10-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante and Manny Galan, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716908 / 2009-02-19

Application Title: SONIC THE HEDGEHOG - COUNTDOWN TO ARMAGEDDON.

Title: SONIC THE HEDGEHOG - COUNTDOWN TO ARMAGEDDON KNUCKLES QUEST 4: A GOAT, A RAVEN AND A SWAN SONG!

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 46, May 1997, p. 1-6, 8-11, 15-20, 22-29

Description: Photocopied ccmic book.

Copyright Claimant:
Ken Penders, Transfer: Written agreement.

Date of Creation: 1996

Date of Publication:
1997-02-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-authorship of story art, authorship of story text.
Kent Taylor, pseud. of Scott Fulop (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: Text.

Alternative Title on Application:
SONIC THE HEDGEHOG

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Nelson Ortega and Manny Galan, and any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of story art, author of story text (uncredited script layouts).

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken
Kent Taylor
Fulop, Scott

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716936 / 2009-02-18

Application Title: SONIC THE HEDGEHOG in BRAVE NEW WORLD.

Title: SONIC THE HEDGEHOG in BRAVE NEW WORLD.

Appears in: SONIC SUPER SPECIAL BRAVE NEW WORLD, vol. 1, no. 2, November 1997, p. 1-8, 11-30, 33-46

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-09-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, Author of story text and art.

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, as well as any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text and art.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716918 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in THE LAST GAME CARTRIDGE HERO.

Title: SONIC THE HEDGEHOG in THE LAST GAME CARTRIDGE HERO.

Appears in: SONIC LIVE!, vol. 1, no. 1, October 1997, p. 1-4, 6-10, 12-20, 22-31

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1996

Date of Publication:
1997-08-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork, Photography. Author of cover text, art and photography, story text, art and photography.

Alternative Title on Application:
SONIC THE HEDGEHOG

Pre-existing Material:
Text, Artwork. Story text by Rich Koslowski and Kent Taylor, story art by Art Mawhinney and Pat Spaziante, and any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork, Photography. Author of cover text, art and photography, story text, art and photography.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717540 / 2010-05-05

Application Title: SONIC THE HEDGEHOG "UNFINISHED BUSINESS".

Title: SONIC THE HEDGEHOG "UNFINISHED BUSINESS".

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1997-12-23

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that. I do not claim co-authorship to the art of the story claimed as I did not create the initial pencil drawings.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001737480 / 2010-05-03

Application Title: "Battle Royal!" Battle Royal Part One, Battle Royal Part Two.

Title: "Battle Royal!" Battle Royal Part One, Battle Royal Part Two.

Description: Photo prints.

Copyright Claimant:
Scott Drew Fulop, 1960- , Transfer: By written agreement.

Date of Creation: 1997

Date of Publication:
1997-04-08

Nation of First Publication:
United States

Authorship on Application:
Kent Taylor, pseud. of Scott Drew Fulop, 1960- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text.
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text.

Rights and Permissions:
Scott Drew Fulop, 78 Henry Avenue, Harrison, NY, 10528, United States, (914) 584-4357, (914) 315-6757, sfulop@aol.com

Copyright Note: C.O. correspondence.

Names: Fulop, Scott Drew, 1960-
Kent Taylor, pseud., 1960-
Penders, Ken, 1958-

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716872 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Twelve THE FORGOTTEN TRIBE - Journey's End.

Title: KNUCKLES THE ECHIDNA Book Twelve THE FORGOTTEN TRIBE - Journey's End.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 12, May 1998, p. 1-6, 8-15, 18-24, 26-30

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-03-03

Nation of First Publication:
United States

Authorship on Application:

Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716861 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-One THE FORBIDDEN ZONE - Part 3 of 3 - THE MANY FACETS OF THE TRUTH.

Title: KNUCKLES THE ECHIDNA Book Twenty-One THE FORBIDDEN ZONE - Part 3 of 3 - THE MANY FACETS OF THE TRUTH.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-12-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716859 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty THE FORBIDDEN ZONE - Part 2 of 3 - ONCE UPON A TIME IN MOBOTROPOLIS.

Title: KNUCKLES THE ECHIDNA Book Twenty THE FORBIDDEN ZONE - Part 2 of 3 - ONCE UPON A TIME IN MOBOTROPOLIS.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-11-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716870 / 2009-02-18

Application Title: SONIC & KNUCKLES in FRIENDLY ROGUES & FOUL VILLAINS.

Title: SONIC & KNUCKLES in FRIENDLY ROGUES & FOUL VILLAINS TALES OF THE FREEDOM FIGHTERS starring KING ACORN in THE LIVING CROWN.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 58, May 1998, p. 1-6, 9-14, 18-29

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-02-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-authorship of cover art, authorship of story text (uncredited layout).

Alternative Title on Application:
SONIC THE HEDGEHOG

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Art Mawhinney and Manny Galan, and any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text (uncredited layout).

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716931 / 2009-02-18

Application Title: SONIC SUPER SPECIAL PARALLEL PARADIGM.

Title: SONIC SUPER SPECIAL PARALLEL PARADIGM.

Appears in: SONIC SUPER SPECIAL, vol. 1, no. 7, December 1998, p. 3-7, 10-15, 18-23, 26-48

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-10-29

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover and story art, author of story text.

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Jim Valentino, as well as any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover and story art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720518 / 2010-04-30

Application Title: SONIC SUPER SPECIAL SONIC 50 DIRECTOR'S CUT.

Title: SONIC SUPER SPECIAL SONIC 50 DIRECTOR'S CUT.

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.
Karl Bollers.
Scott Fulop.
Michael Gallagher.

Date of Creation: 1997

Date of Publication:
1998-07-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of complete story, co-author of text (see notes for which pages), author of art on pg 25 - 26.
Mike Gallagher; Domicile: United States; Citizenship: United States. Authorship: text, Co-author on pages 8 through 11, 14 and 15.
Karl Bollers; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of pages 16 - 17, 22, 24 - 26.
Kent Taylor, pseud. of Scott Fulop (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text, Co-author of pages 27 - 28.

Pre-existing Material:
text, 2-D artwork, See notes for full listing.

Basis of Claim: text, 2-D artwork, See notes for full listing.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names:
Penders, Ken
Gallagher, Mike
Bollers, Karl
Fulop, Scott
Kent Taylor, pseud.
Gallagher, Michael

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719843 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE.

Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 1998

Date of Publication: 1998-05-12

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material: text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001719847 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE Part 2 - SPY SCHOOL.

Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE Part 2 - SPY SCHOOL.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant: Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-06-09

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719850 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE - Part 4 - THE MISSION.

Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE - Part 4 - THE MISSION.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-08-11

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719848 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE - Part III.

Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE - Part III.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-07-21

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719852 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in SHADOWS IN THE DARK.

Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in SHADOWS IN THE DARK.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-11-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Sam Maxwell, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719855 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in SURVIVAL OF THE FITTEST.

Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in SURVIVAL OF THE FITTEST.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-12-15

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Sam Maxwell, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717542 / 2010-05-05

Application Title: TALES OF THE FREEDOM FIGHTERS presents PRINCESS SALLY in THE PEOPLE'S PRINCESS.

Title: TALES OF THE FREEDOM FIGHTERS presents PRINCESS SALLY in THE PEOPLE'S PRINCESS.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-03-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, I claim authorship of the text only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==========================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719844 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents PRINCESS SALLY in THE ULTIMATUM.

Title: TALES OF THE FREEDOM FIGHTERS presents PRINCESS SALLY in THE ULTIMATUM.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-04-21

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483,

kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719851 / 2010-06-01

Application Title: AMY ROSE and DULCY THE DRAGON in THE LIBRARY.

Title: AMY ROSE and DULCY THE DRAGON in THE LIBRARY.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-09-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726428 / 2010-07-09

Application Title: A FESTIVAL OF FANTASY.

Title: A FESTIVAL OF FANTASY.

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-09-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Dan DeCarlo and Pat Spaziante, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717530 / 2010-05-05

Application Title: KNUCKLES THE ECHIDNA Book Eighteen DEEP COVER - Part Two of Two - Debt of Honor.

Title: KNUCKLES THE ECHIDNA Book Eighteen DEEP COVER - Part Two of Two - Debt of Honor.

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-09-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:

text, 2-D artwork, Cover art by Pat Spaziante and Manny Galan, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716920 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Thirteen THE CHAOTIX CAPER - Part One of Three - The Chaotix in THE UNSUSPECTING.

Title: KNUCKLES THE ECHIDNA Book Thirteen THE CHAOTIX CAPER - Part One of Three - The Chaotix in THE UNSUSPECTING.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 13, June 1998, p. 1-6, 8-15, 18-24, 26-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-04-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. Co-author of cover art, author of entire story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art contributed by Patrick Spaziante, story art by Manny Galan and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, co-author of cover art (uncredited).

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716872 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Twelve THE FORGOTTEN TRIBE - Journey's End.

Title: KNUCKLES THE ECHIDNA Book Twelve THE FORGOTTEN TRIBE - Journey's End.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 12, May 1998, p. 1-6, 8-15, 18-24, 26-30

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-03-03

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716861 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-One THE FORBIDDEN ZONE - Part 3 of 3 - THE MANY FACETS OF THE TRUTH.

Title: KNUCKLES THE ECHIDNA Book Twenty-One THE FORBIDDEN ZONE - Part 3 of 3 - THE MANY FACETS OF THE TRUTH.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-12-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716859 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty THE FORBIDDEN ZONE - Part 2 of 3 - ONCE UPON A TIME IN MOBOTROPOLIS.

Title: KNUCKLES THE ECHIDNA Book Twenty THE FORBIDDEN ZONE - Part 2 of 3 - ONCE UPON A TIME IN MOBOTROPOLIS.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-11-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716870 / 2009-02-18

Application Title: SONIC & KNUCKLES in FRIENDLY ROGUES & FOUL VILLAINS.

Title: SONIC & KNUCKLES in FRIENDLY ROGUES & FOUL VILLAINS TALES OF THE FREEDOM FIGHTERS starring KING ACORN in THE LIVING CROWN.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 58, May 1998, p. 1-6, 9-14, 18-29

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1997

Date of Publication:
1998-02-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-authorship of cover art, authorship of story text (uncredited layout).

Alternative Title on Application:
SONIC THE HEDGEHOG

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Art Mawhinney and Manny Galan, and any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text (uncredited layout).

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716931 / 2009-02-18

Application Title: SONIC SUPER SPECIAL PARALLEL PARADIGM.

Title: SONIC SUPER SPECIAL PARALLEL PARADIGM.

Appears in: SONIC SUPER SPECIAL, vol. 1, no. 7, December 1998, p. 3-7, 10-15, 18-23, 26-48

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-10-29

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover and story art, author of story text.

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Jim Valentino, as well as any material not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover and story art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720518 / 2010-04-30

Application Title: SONIC SUPER SPECIAL SONIC 50 DIRECTOR'S CUT.

Title: SONIC SUPER SPECIAL SONIC 50 DIRECTOR'S CUT.

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.
Karl Bollers.
Scott Fulop.
Michael Gallagher.

Date of Creation: 1997

Date of Publication:
1998-07-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of complete story, co-author of text (see notes for which pages), author of art on pg 25 - 26.
Mike Gallagher; Domicile: United States; Citizenship: United States. Authorship: text, Co-author on pages 8 through 11, 14 and 15.
Karl Bollers; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of pages 16 - 17, 22, 24 - 26.

Kent Taylor, pseud. of Scott Fulop (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text, Co-author of pages 27 - 28.

Pre-existing Material:
text, 2-D artwork, See notes for full listing.

Basis of Claim: text, 2-D artwork, See notes for full listing.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken
Gallagher, Mike
Bollers, Karl
Fulop, Scott
Kent Taylor, pseud.
Gallagher, Michael

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719843 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE.

Title: TALES OF THE FREEDOM FIGHTERS presents GEOFFREY ST JOHN in ON HIS MAJESTY'S SECRET SERVICE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1998-05-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719864 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part 5 - FOR BETTER OR WORSE...

Title: TALES OF THE GREAT WAR - Part 5 - FOR BETTER OR WORSE...

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-09-14

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Chris Allan, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719865 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part 6 - WHAT REALLY HAPPENED.

Title: TALES OF THE GREAT WAR - Part 6 - WHAT REALLY HAPPENED.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-10-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Chris Allan, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719863 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part Four - ANOTHER POINT-OF-VIEW.

Title: TALES OF THE GREAT WAR - Part Four - ANOTHER POINT-OF-VIEW.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:

1999-08-17

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Chris Allan, and any material not mentioned in this claim.

Basis of Claim: Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719861 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part III - ENTER... ROBOTNIK.

Title: TALES OF THE GREAT WAR - Part III - ENTER... ROBOTNIK.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-06-15

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483,
kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716929 / 2009-02-18

Application Title: KNUCKLES Book Twenty-Five CHILDHOOD'S END.

Title: KNUCKLES Book Twenty-Five CHILDHOOD'S END.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 25, June 1998, p. 1-6, 8-15, 18-29

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-04-06

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Manny Galan, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716923 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Thirty KING OF THE HILL - Part One of Three - BAD TO THE BONE ESPIO THE CHAMELEON in HIDING IN PLAIN SIGHT.

Title: KNUCKLES THE ECHIDNA Book Thirty KING OF THE HILL - Part One of Three - BAD TO THE BONE ESPIO THE CHAMELEON in HIDING IN PLAIN SIGHT.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 30, November 1999, p. 1-6, 8-15, 18-26

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-09-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of text and art for the first story, authorship of text only for the second story.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Manny Galan, second story art by Colleen Doran, as well as any remaining contents not mentioned in this claim.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-

Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716884 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Thirty-One KING OF THE HILL - Part Two of Three - THE THRILL OF THE HUNT.

Title: KNUCKLES THE ECHIDNA Book Thirty-One KING OF THE HILL - Part Two of Three - THE THRILL OF THE HUNT.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-10-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Manny Galan, story art by Colleen Doran, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text, KING OF THE HILL art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716891 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Thirty-Two KING OF THE HILL - Part Three of Three - TO THE DEATH.

Title: KNUCKLES THE ECHIDNA Book Thirty-Two KING OF THE HILL - Part Three of Three - TO THE DEATH ESPIO THE CHAMELEON in THE WORST OF ENEMIES.

Description: Comic book, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 1999

Date of Publication: 1999-12-07

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text and art (first story) and story text (second story)

Pre-existing Material: text, 2-D artwork, Cover art by Manny Galan, story art by Colleen Doran, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text, KING OF THE HILL story and art.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001716866 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Eight THE FIRST DATE - Part Three of Three - IT COULD BE LOVE (I SHOULD HAVE KNOWN BETTER)

Title: KNUCKLES THE ECHIDNA Book Twenty-Eight THE FIRST DATE - Part Three of Three - IT COULD BE LOVE (I SHOULD HAVE KNOWN BETTER)

Description: Comic books, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-07-06

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Manny Galan, story art by Chris Allen, Manny Galan and Andrew Pepoy, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717460 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Four DARK ALLIANCE - Part Three of Three - PRIMARY EVIL.

Title: KNUCKLES THE ECHIDNA Book Twenty-Four DARK ALLIANCE - Part Three of Three - PRIMARY EVIL.

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-03-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United

States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Jim Valentino, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716926 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Nine MY SPECIAL FRIEND.

Title: KNUCKLES THE ECHIDNA Book Twenty-Nine MY SPECIAL FRIEND.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 29, October 1998, p. 1-7, 10-15, 17-26

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-08-03

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text, Artwork. Cover art by Manny Galan, story art by Art

Mawhinney, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716865 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Seven THE FIRST DATE - Part Two of Three - WHO WROTE THE BOOK OF LOVE ANYWAY?

Title: KNUCKLES THE ECHIDNA Book Twenty-Seven THE FIRST DATE - Part Two of Three - WHO WROTE THE BOOK OF LOVE ANYWAY?

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-06-08

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Manny Galan, story art by Chris Allen and Manny Galan, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483,

kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716857 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Six THE FIRST DATE - Part One of Three - SHE LOVES YOU... (and you know that can't be bad!) MIGHTY THE ARMADILLO in FRIEND IN NEED KNUCKLES PRO ART PIN-UP.

Title: KNUCKLES THE ECHIDNA Book Twenty-Six THE FIRST DATE - Part One of Three - SHE LOVES YOU... (and you know that can't be bad!) MIGHTY THE ARMADILLO in FRIEND IN NEED KNUCKLES PRO ART PIN-UP.

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 26, July 1999, p. 1-6, 8-15, 18-26, 31

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-05-04

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. Co-author of cover art, author of text for both stories, pin-up art.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text. Artwork. Cover art contributed by Patrick Spaziante, story art by Chris Allen and Manny Galan, as well as remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, co-author of cover art (uncredited), creator of original pro art pin-up.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

==========================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717467 / 2010-04-26

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Three DARK ALLIANCE - Part Two of Three - ELECTION NIGHT.

Title: KNUCKLES THE ECHIDNA Book Twenty-Three DARK ALLIANCE - Part Two of Three - ELECTION NIGHT.

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-02-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Co-authorship of cover, authorship of story text.

Pre-existing Material:
text, 2-D artwork, Cover art by Pat Spaziante, story art by Jim Valentino, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-authorship of cover art, complete story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716922 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA Book Twenty-Two DARK ALLIANCE - Part One Of Three - YOU SAY YOU WANT A REVOLUTION...

Title: KNUCKLES THE ECHIDNA Book Twenty-Two DARK ALLIANCE - Part One Of Three - YOU SAY YOU WANT A REVOLUTION...

Appears in: KNUCKLES THE ECHIDNA, vol. 1, no. 22, March 1999, p. 1-6, 8-15, 18-26

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-01-05

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. Co-author of cover art, author of entire story text.

Alternative Title on Application:
KNUCKLES THE DARK LEGION

Pre-existing Material:
Text. Artwork. Cover art contributed by Patrick Spaziante, story art by Jim Valentino and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of full story text, co-author of cover art (uncredited).

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726435 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in LANDFALL.

Title: KNUCKLES THE ECHIDNA in LANDFALL BIG THE CAT in SWALLOWING TROUBLE.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-12-21

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler and Jim Valentino, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719869 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA in THE CHAOS FACTOR.

Title: KNUCKLES THE ECHIDNA in THE CHAOS FACTOR.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:

Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-10-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler and Chris Allan, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716877 / 2009-02-18

Application Title: PRINCESS SALLY: ASCENSION HERSHEY: SOLO LUPE: FAMILY BUNNIE RABBOT: UPGRADE JULIE-SU: SHADOWS.

Title: PRINCESS SALLY: ASCENSION HERSHEY: SOLO LUPE: FAMILY BUNNIE RABBOT: UPGRADE JULIE-SU: SHADOWS.

Appears in: SONIC SUPER SPECIAL, vol. 1, no. 11, October 1999, p. 3-6, 8-23, 26-45

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-08-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, Author of story text, Author of HERSHEY: SOLO text and art.

Alternative Title on Application:
SONIC THE HEDGEHOG

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Jim Valentino, Colleen Doran, James Fry and Pat Spaziante, and any material not mentioned in this claim.

Basis of Claim: Co-author of cover art and author of story text, art on HERSHEY: SOLO.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001756700 / 2011-01-19

Application Title: TAILS & AMY ROSE - IN THE BEGINNING...

Title: TAILS & AMY ROSE - IN THE BEGINNING...

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 71, June 1999, p. 6-11

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 1998

Date of Publication:
1999-03-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text/poetry. Author of story text.

Pre-existing Material:
Text, Artwork. Cover art by Pat Spaziante, story art by Art Mawhinney and Steven Butler, story text by Karl Bollers.

Basis of Claim: Text. Author of story text.

Rights and Permissions:
Ken Penders, 12147 Woodley Avenue, Granada Hills, CA, 91344-2846, United States, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719857 / 2010-06-01

Application Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in WEATHERING THE STORM.

Title: TALES OF THE FREEDOM FIGHTERS presents LUPE AND THE WOLF PACK in WEATHERING THE STORM.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-01-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Sam Maxwell, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719858 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part 1 - THE SHOT HEARD 'ROUND THE WORLD.

Title: TALES OF THE GREAT WAR - Part 1 - THE SHOT HEARD 'ROUND THE WORLD.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1998

Date of Publication:
1999-04-20

Nation of First Publication:

United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719859 / 2010-06-01

Application Title: TALES OF THE GREAT WAR - Part 2 - THE BIG BAD ONE.

Title: TALES OF THE GREAT WAR - Part 2 - THE BIG BAD ONE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
1999-05-11

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726448 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in A MATTER OF SELF INTEREST.

Title: KNUCKLES THE ECHIDNA in A MATTER OF SELF INTEREST.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-09-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726436 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in ALL YOU NEED IS A BIT OF CHAOS.

Title: KNUCKLES THE ECHIDNA in ALL YOU NEED IS A BIT OF CHAOS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
2000-01-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726456 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in BAGGING THE BIG ONE.

Title: KNUCKLES THE ECHIDNA in BAGGING THE BIG ONE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-12-26

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story

text and art.

Pre-existing Material:
text, 2-D artwork, Any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of complete story text and artwork.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726450 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in BETWEEN A ROCK AND A HARD PLACE.

Title: KNUCKLES THE ECHIDNA in BETWEEN A ROCK AND A HARD PLACE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-10-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726438 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in DOOR TO THE PAST.

Title: KNUCKLES THE ECHIDNA in DOOR TO THE PAST E-102 in DOUBLE-CROSSED CIRCUITS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
2000-02-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler and Jim Valentino, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726451 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in HIRED GUNS.

Title: KNUCKLES THE ECHIDNA in HIRED GUNS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-10-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726446 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in PICKING UP THE PIECES.

Title: KNUCKLES THE ECHIDNA in PICKING UP THE PIECES.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-08-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:

text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726462 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in THE BEST LAID PLANS...

Title: KNUCKLES THE ECHIDNA in THE BEST LAID PLANS...

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-02-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716878 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA in THE BEST OF TIMES, THE WORST OF TIMES.

Title: KNUCKLES THE ECHIDNA in THE BEST OF TIMES, THE WORST OF TIMES.

Appears in: SONIC SUPER SPECIAL, vol. 1, no. 14, September 2000, p. 18-20, 22-32, 34-45

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2000

Date of Publication: 2000-07-11

Nation of First Publication: United States

Authorship on Application: Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of story text.

Pre-existing Material: Text, Artwork. Cover art by Pat Spaziante, story art by Steven Butler, as well as any remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Rights and Permissions: Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001716924 / 2009-02-18

Application Title: THE LOST ONES in THE HUNT BEGINS...

Title: THE LOST ONES in THE HUNT BEGINS...

Appears in: THE LOST ONES, vol. 1, no. 1, March 2000

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
2000-01-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Author of cover art, story text and art, supplementary features.

Pre-existing Material:
Text, Artwork. Interior back cover text and art.

Basis of Claim: Text, 2-dimensional artwork. Author of cover art, story text and art, supplementary features.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.
Regarding title information: On pages: Entire contents except for interior back cover text and art.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726433 / 2010-07-09

Application Title: SONIC & KNUCKLES in "TURNABOUT HEROES".

Title: SONIC & KNUCKLES in "TURNABOUT HEROES".

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.
Karl Bollers.

Date of Creation: 1998

Date of Publication:
2000-01-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of story text.
Karl Bollers; Domicile: United States; Citizenship: United States. Authorship: text, Co-author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by James Fry, and any material not mentioned in this claim.

Basis of Claim: text, Co-author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken
Bollers, Karl

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726454 / 2010-07-09

Application Title: SONIC THE HEDGEHOG - A SONIC SHUFFLE Tie-in - PREMONITION.

Title: SONIC THE HEDGEHOG - A SONIC SHUFFLE Tie-in - PREMONITION.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2000-11-28

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material

not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726444 / 2010-07-09

Application Title: SONIC THE HEDGEHOG in PERFECT CHAOS.

Title: SONIC THE HEDGEHOG in PERFECT CHAOS KNUCKLES THE ECHIDNA in BRIDGE OVER TROUBLED WATERS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 1999

Date of Publication:
2000-04-18

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text to PERFECT CHAOS, author of text and art to BRIDGE OVER TROUBLED WATERS.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text to PERFECT CHAOS, author of text and art to BRIDGE OVER TROUBLED WATERS.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719902 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA in REBOOT.

Title: KNUCKLES THE ECHIDNA in REBOOT.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2001-09-18

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, feature pages text and art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, all text and art not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, complete feature pages text and art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726474 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in THE CHOSEN ONE.

Title: KNUCKLES THE ECHIDNA in THE CHOSEN ONE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2001-04-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726480 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in TO THE BRINK.

Title: KNUCKLES THE ECHIDNA in TO THE BRINK.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2001-05-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United

States. Authorship: text, Author of story text.

Pre-existing Material: text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions: Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

==================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001717514 / 2010-05-05

Application Title: KNUCKLES THE ECHIDNA in WHAT COMES AROUND GOES AROUND.

Title: KNUCKLES THE ECHIDNA in WHAT COMES AROUND GOES AROUND.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2001

Date of Publication: 2001-06-26

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.

Pre-existing Material: text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art only to the story listed on my claim and nothing beyond that.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726468 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in WHEN DESTINY CALLS.

Title: KNUCKLES THE ECHIDNA in WHEN DESTINY CALLS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2000

Date of Publication:
2001-03-20

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717546 / 2010-05-05

Application Title: KNUCKLES THE ECHIDNA "WELCOME TO THE DARK SIDE!".

Title: KNUCKLES THE ECHIDNA "WELCOME TO THE DARK SIDE!".

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2001-07-24

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726487 / 2010-07-09

Application Title: SEGA DATA FILE: SNIVELY.

Title: SEGA DATA FILE: SNIVELY SEGA DATA FILE: DIMITRI.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2001-01-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of feature text and artwork.

Pre-existing Material:
text, 2-D artwork, Any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of feature text and artwork.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719903 / 2010-06-01

Application Title: SEGA DATE FILE: 3 KNOTHOLE VILLAGE.

Title: SEGA DATE FILE: 3 KNOTHOLE VILLAGE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2001-10-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text and co-author of story art, author of complete feature pages text and art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, all text and art not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Co-author of story art, author of story text, complete feature pages text and art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726482 / 2010-07-09

Application Title: SONIC THE HEDGEHOG presents WHEN SHADOW AWAKES.

Title: SONIC THE HEDGEHOG presents WHEN SHADOW AWAKES.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2001-06-19

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719908 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part One.

Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part One.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2002-03-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726492 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER MID-LOGUE: THE LESSON.

Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER MID-LOGUE: THE LESSON.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2002-11-19

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719906 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part One.

Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part One.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2002-09-10

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text and co-author of story art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text and co-author of story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726497 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Three.

Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Three.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2002-12-17

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, co-author of story art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, co-author of story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726490 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Two.

Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Two.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2002-10-15

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Citizenship: United States. Authorship: text,

2-D artwork, Author of story text, co-author of story art.

Pre-existing Material: text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, co-author of story art.

Rights and Permissions: Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001716910 / 2009-02-18

Application Title: KNUCKLES THE ECHIDNA - REUNIFICATION - Part 1 SEGA DATA FILE: 7 STATION SQUARE.

Title: KNUCKLES THE ECHIDNA - REUNIFICATION - Part 1 SEGA DATA FILE: 7 STATION SQUARE.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 106, April 2002, p. 20-21, 23-28

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2001

Date of Publication: 2002-02-05

Nation of First Publication: United States

Authorship on Application: Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, author of story text.

Pre-existing Material: Text, Artwork. Story art by Dawn Best, as well as remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Author of story and text for STATION SQUARE, author of story text and co-author of art for REUNIFICATION Part 1.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken, 1958-
Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720250 / 2010-04-30

Application Title: KNUCKLES THE ECHIDNA - REUNIFICATION Part 3.

Title: KNUCKLES THE ECHIDNA - REUNIFICATION Part 3.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2002-03-05

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of text and feature pages art, co-author of story art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, feature pages text and art, co-author of story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720247 / 2010-04-30

Application Title: KNUCKLES THE ECHIDNA - REUNIFICATION Part II.

Title: KNUCKLES THE ECHIDNA - REUNIFICATION Part II.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2002-02-05

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of text and feature pages art, co-author of story art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Feature pages and story text, feature pages art, co-author of story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720252 / 2010-04-30

Application Title: KNUCKLES THE ECHIDNA - REUNIFICATION The Conclusion.

Title: KNUCKLES THE ECHIDNA - REUNIFICATION The Conclusion.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2002-04-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of text and feature pages art, co-author of story art.

Pre-existing Material:
text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, feature pages text and art, co-author of story art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

===============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719904 / 2010-06-01

Application Title: SEGA DATA FILE: SONIC THE HEDGEHOG.

Title: SEGA DATA FILE: SONIC THE HEDGEHOG.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2001

Date of Publication:
2002-07-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United

States. Authorship: text, 2-D artwork, Author of text and feature pages art.

Pre-existing Material: text, 2-D artwork, All text and art not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of complete feature pages text and art.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001719907 / 2010-06-01

Application Title: JULIE-SU and MIGHTY THE ARMADILLO in THOSE WERE THE DAYS.

Title: JULIE-SU and MIGHTY THE ARMADILLO in THOSE WERE THE DAYS.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant: Ken Penders.

Date of Creation: 2002

Date of Publication: 2003-02-11

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material: text, 2-D artwork, Story art by Dawn Best, all text and art not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719927 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Four.

Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Four.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2003-06-17

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

==================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719924 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Three.

Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Three.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2003-05-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001721214 / 2010-06-01

Application Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Two.

Title: KNUCKLES THE ECHIDNA - AFTERLIFE Part Two JULIE-SU and VECTOR THE CROCODILE in WHEN THERE WAS ONLY ONE GUARDIAN.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2002

Date of Publication:
2003-04-15

Nation of First Publication:
United States

Authorship on Application:

Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material: text, 2-D artwork, Story art by Art Mawhinney and Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, Author of complete story text to AFTERLIFE Part Two and WHEN THERE WAS ONLY ONE GUARDIAN.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001726499 / 2010-07-09

Application Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Four.

Title: KNUCKLES THE ECHIDNA in ULTIMATE POWER Part Four.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2002

Date of Publication: 2003-01-14

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, co-author of story art.

Pre-existing Material: text, 2-D artwork, Story art by Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text, co-author of story art.

Rights and Permissions: Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001717388 / 2009-02-18

Application Title: MOBIUS: 25 YEARS LATER - Prologue.

Title: MOBIUS: 25 YEARS LATER - Prologue.

Appears in: SONIC THE HEDGEHOG, vol. 1, no. 131, March 2004, p. 16, 17-21, 23-28

Description: Comic books, 2c.

Copyright Claimant:
Ken Penders, 1958- .

Date of Creation: 2003

Date of Publication:
2003-12-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders, 1958- ; Domicile: United States; Citizenship: United States. Authorship: Text, 2-dimensional artwork. Co-author of cover art, also author of Pg 16 text and art, full text of story.

Pre-existing Material:
Text, Artwork. Cover art contributed by Patrick Spaziante, story art by Steven Butler and remaining contents not mentioned in this claim.

Basis of Claim: Text, 2-dimensional artwork. Page 16 Title page text and art, text to M:25YL story, and co-authorship of cover art.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

==============================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720227 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - A DIFFERENCE OF OPINION.

Title: MOBIUS: 25 YEARS LATER - A DIFFERENCE OF OPINION.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-08-17

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720232 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - DEALING WITH THE DEVIL.

Title: MOBIUS: 25 YEARS LATER - DEALING WITH THE DEVIL.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2004-03-30

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001716938 / 2010-04-23

Application Title: MOBIUS 25 YEARS LATER - FATHER'S DAY Chapters One and Two.

Title: MOBIUS 25 YEARS LATER - FATHER'S DAY Chapters One and Two.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-11-23

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork.

Pre-existing Material:
text, 2-D artwork.

Basis of Claim: text, 2-D artwork, I claim authorship of the text and art

only to the story listed on my claim and nothing beyond that.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720175 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - GIRL TALK.

Title: MOBIUS: 25 YEARS LATER - GIRL TALK.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2004-04-27

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720164 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - IN TRANSIT.

Title: MOBIUS: 25 YEARS LATER - IN TRANSIT.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2004-03-02

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720211 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - MIDNIGHT IN THE GARDEN.

Title: MOBIUS: 25 YEARS LATER - MIDNIGHT IN THE GARDEN.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:

2004-02-03

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720188 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - MOMENT OF TRUTH.

Title: MOBIUS: 25 YEARS LATER - MOMENT OF TRUTH.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-10-12

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483,
kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720222 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - MY DINNER WITH SONIC.

Title: MOBIUS: 25 YEARS LATER - MY DINNER WITH SONIC.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-06-22

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Copyright Note: C.O. correspondence.

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720183 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - SCENARIO.

Title: MOBIUS: 25 YEARS LATER - SCENARIO.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-09-14

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720225 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - SLUMBER PARTY.

Title: MOBIUS: 25 YEARS LATER - SLUMBER PARTY.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-07-20

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720192 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - THE DIE IS CAST.

Title: MOBIUS: 25 YEARS LATER - THE DIE IS CAST.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-12-07

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720217 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - THE UNVEILING.

Title: MOBIUS: 25 YEARS LATER - THE UNVEILING.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2004-01-06

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001720178 / 2010-04-30

Application Title: MOBIUS: 25 YEARS LATER - TROUBLE IN PARADISE.

Title: MOBIUS: 25 YEARS LATER - TROUBLE IN PARADISE.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2003

Date of Publication:
2004-05-25

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719940 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in HERO TO ZERO IN NO TIME AT ALL.

Title: SONIC THE HEDGEHOG in HERO TO ZERO IN NO TIME AT ALL.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-06-15

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any

material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719939 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Four: ARMAGEDDON.

Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Four: ARMAGEDDON.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-05-11

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719938 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Three: GENESIS.

Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Three: GENESIS.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-04-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler and Tim Smith 3, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719936 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Two: IGNITION.

Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN Part Two: IGNITION.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2004-03-16

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726504 / 2010-07-09

Application Title: DOCTOR ROBOTNIK in ENGAGE!

Title: DOCTOR ROBOTNIK in ENGAGE! SONIC THE HEDGEHOG in SONIC'S ANGELS.

ISSN: 10705090

Description: Comic book, 1c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2005-08-23

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United

States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by James Fry, Jon Gray and Al Bigley, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719934 / 2010-06-01

Application Title: Frontispiece: SHADOW.

Title: Frontispiece: SHADOW.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2004

Date of Publication:
2005-01-18

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text, frontispiece text and art.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim and Dawn Best, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text, complete frontispiece pages text and art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719941 / 2010-06-01

Application Title: SHADOW in LABORATORY ZERO.

Title: SHADOW in LABORATORY ZERO.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2005-12-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

=================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726501 / 2010-07-09

Application Title: SONIC THE HEDGEHOG in CHAOS EMERALDS ARE FOREVER.

Title: SONIC THE HEDGEHOG in CHAOS EMERALDS ARE FOREVER.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2005-07-19

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Art Mawhinney, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726506 / 2010-07-09

Application Title: SONIC THE HEDGEHOG in LINE OF SUCCESSION Part One.

Title: SONIC THE HEDGEHOG in LINE OF SUCCESSION Part One.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2005-11-15

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:

text, 2-D artwork, Story art by James Fry, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001726507 / 2010-07-09

Application Title: SONIC THE HEDGEHOG in LINE OF SUCCESSION Part Two.

Title: SONIC THE HEDGEHOG in LINE OF SUCCESSION Part Two.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2005-12-13

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by James Fry, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719935 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN - Part One: PROTOTYPE.

Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN - Part One: PROTOTYPE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2004

Date of Publication: 2005-02-15

Nation of First Publication: United States

Authorship on Application: Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material: text, 2-D artwork, Story art by Steven Butler, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions: Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date: VA0001726505 / 2010-07-09

Application Title: MORE THAN MEETS THE EYE.

Title: MORE THAN MEETS THE EYE.

ISSN: 10705090

Description: Photocopied comic book.

Copyright Claimant: Ken Penders.

Date of Creation: 2005

Date of Publication:
2006-09-19

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of story text and artwork.

Pre-existing Material:
text, 2-D artwork, Any and all material not mentioned in this claim.

Basis of Claim: text, 2-D artwork, Author of story text and artwork.

Rights and Permissions:
Ken Penders, (310) 927-9497, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719933 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in SYSTEM REBOOT.

Title: SONIC THE HEDGEHOG in SYSTEM REBOOT.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2006-02-14

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, 2-D artwork, Author of first story text, author of second story text and art.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of SYSTEM REBOOT text, author of INSIDIOUS text and art.

Rights and Permissions:
Ken Penders, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

Registration Number / Date:
VA0001719931 / 2010-06-01

Application Title: SONIC THE HEDGEHOG in SYSTEM RECONFIGURATION.

Title: SONIC THE HEDGEHOG in SYSTEM RECONFIGURATION.

ISSN: 10705090

Description: Comic book, 2c.

Copyright Claimant:
Ken Penders.

Date of Creation: 2005

Date of Publication:
2006-01-17

Nation of First Publication:
United States

Authorship on Application:
Ken Penders; Domicile: United States; Citizenship: United States. Authorship: text, Author of story text.

Pre-existing Material:
text, 2-D artwork, Story art by Ron Lim, and any material not mentioned in this claim.

Basis of Claim: text, Author of story text.

Rights and Permissions:
Ken Penders, 4526 Coldwater Canyon Avenue, #303, Studio City, CA, 91604-1066, United States, (310) 927-9497, (323) 632-9483, kenpenders@kenpenders.com

Names: Penders, Ken

================================================================================

Type of Work: Visual Material

```
Registration Number / Date:
                   VAu001025414 / 2009-02-19

Application Title: SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

Title:             SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!
                      SONIC THE HEDGEHOG will never BEAT THE CLOCK! SONIC THE
                      HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!".

Description:       Script layout.

Copyright Claimant:
                   Ken Penders.

Date of Creation:  1993

Authorship on Application:
                   Ken Penders; Citizenship: United States. Authorship: Text,
                      2-Dimensional artwork.  I contributed the text and
                      layout art to all 3 stories.

Rights and Permissions:
                   Ken Penders, 4526 Coldwater Canyon Avenue #303, Studio
                      City, CA, 91604-1066, United States,
                      kenpenders@kenpenders.com

Copyright Note:    C.O. correspondence.

Names:             Penders, Ken

================================================================================
```