# EXHIBIT 2

Unpublished & unpaid-for SONIC Stories

A DAY IN THE LIFE OF DR. ROBOTNIK

Story approved by SEGA and taken to full script with layouts. Later was not used and a substitute script was requested.)

Unpaid-for SONIC Outlines

I, ROBOTNIK
THE ULTIMATE SWATBOT (approved by SEGA)
SITTING DUCKS, MOVING HEDGEHOGS (approved by SEGA)
THE LEGEND
RETURN TO THE FLOATING ISLAND (approved by SEGA)
TOO MANY CROOKS! (approved by SEGA)
WHERE NO HEDGEHOG HAS GONE BEFORE
CHUCK AMOK! (approved by SEGA)
YOU OUGHTTA BE IN PICTURES
SLAM JAMMIN' SONIC with cover layout
DOWN THE DRAIN

The above outlines were submitted to ACP for approval to take to full script. Although several were approved by SEGA, none ever went beyond the outline stage and so no payment was ever received.

Uncompensated SONIC story layouts

SONIC #11
- THE GOOD, THE BAD AND THE HEDGEHOG! (originally submitted as DOCTOR SONIC)
- BEAT THE CLOCK!
- FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

SONIC #13
- Cover script/layout (unused)
- THIS ISLAND HEDGEHOG!

SONIC #14
- "DO-IT-YOURSELF" SONIC
- GIRLS JUST WANNA HAVE FUN! (originally submitted as GIRLS NIGHT OUT)

SONIC #15
- WHAT'S THE BIG IDEA?

SONIC #16
- Cover layout
- SONIC UNDER GLASS (originally submitted as PRODUCT REPLACEMENT OR "AND THEN THERE WAS ONE")
- THE MAN FROM H.E.D.G.E.H.O.G.

SONIC #17
- Cover layout
- GORILLA WARFARE OR "THE APES OF WRATH"
- PRINCESS SALLY in FIRST STAR I SEE TONIGHT

SONIC #18
- Cover layout
- WEDDING BELL BLUES!
- PRINCESS SALLY in IN THE STILL OF THE NIGHT

SONIC #19
- Cover layout
- NIGHT OF 1000 SONICS

SONIC #20
- PRINCESS SALLY "DEADLIEST OF THE SPECIES" Prologue
- SONIC THE HEDGEHOG "DYNAMIC DUO" Coloring Page

SONIC #21
- Cover layout
- 3 PHASES OF E.V.E.

SONIC #22
- Cover layout
- THE RETURN

SONIC #24
- Cover layout
- WHEN HEDGEHOGS COLLIDE! (originally submitted as WAR OF THE WORLDS)

SONIC #27
- A SCRAMBLED HEDGEHOG (originally submitted as NOT FEELING QUITE HIMSELF TODAY)

SONIC #28
- Cover layout
- SATURDAY NIGHT'S ALRIGHT FOR A FIGHT!

SONIC #30
- 2-page KNUCKLES' CHAOTIX Sneak Preview

SONIC #36
- HEART OF DARKNESS

SONIC #41
- "...AND ONE SHALL SAVE HIM!"

SONIC #42
- KNUCKLES' QUEST Part 1

SONIC #43
- THE DREAM ZONE

SONIC #44
- BLACK AND BLUE AND RED ALL OVER

SONIC #46
- COUNTDOWN TO ARMAGEDDON!
- KNUCKLES' QUEST 4: A GOAT, A RAVEN AND A SWAN SONG!

SONIC #47
- Cover layout

SONIC #48
- Cover layout

SONIC #49
- Cover layout

SONIC #50
- Cover layout

PRINCESS SALLY #1
- DEADLIEST OF THE SPECIES Part 1

PRINCESS SALLY #2
- DEADLIEST OF THE SPECIES Part 1 2

PRINCESS SALLY #3
- DEADLIEST OF THE SPECIES Conclusion

SONIC'S FRIENDLY NEMESIS KNUCKLES #1
- RITE OF PASSAGE Part 1

SONIC'S FRIENDLY NEMESIS KNUCKLES #2
- RITE OF PASSAGE Part 2

SONIC'S FRIENDLY NEMESIS KNUCKLES #3
- RITE OF PASSAGE Conclusion

SONIC IN YOUR FACE SPECIAL #1
- THE QUEST

SONIC & KNUCKLES SPECIAL #1
- PANIC IN THE SKY
- LORD OF THE FLOATING ISLAND

SONIC THE HEDGEHOG PRESENTS KNUCKLES' CHAOTIX SPECIAL #1
- THE CHAOS EFFECT
- TAG! YOU'RE "IT!"

The above listed stories were all submitted in page layout form as directed to by the respective editors.

ARCHIE Unpublished Stories

BETTY in SERVICE WITH A SMILE
ARCHIE in UNFRIENDLY SKIES
ARCHIE in A SOUND SLEEP

The above three stories were submitted to Victor Gorelick, and for which payment was never received.