# EXHIBIT 3

# CHARACTERS AND CONCEPTS AUTHORED BY PENDERS

**CHARACTERS:**

1. AARON - creation covered by Registration # VA 1-716-929
2. ABBY THE KOALA – creation covered by Registration # VA 1-720-175
3. AERIAL – creation covered by Registration # VA 1-719-855
4. AMADEUS PROWER – creation covered by Registration # VA 1-719-863
5. ANTI-KNUCKLES – creation covered by Registration # VA 1-716-912
6. ARAKKIS – creation covered by Registration # VA 1-716-889
7. ARCHIMEDES – creation covered by Registration # VA 1-716-899, VA 1-709-908, VA 1-716-856, VA 1-716-882 and VA 1-716-906
8. ARGYLE – creation covered by Registration # VA 1-720-217
9. ARLO THE ARMADILLO – creation covered by Registration # VA 1-716-881
10. ATHENA – creation covered by Registration # VA 1-719-855
11. AURORA – creation covered by Registration # VA 1-719-908 and VA 1-721-214
12. BERNADETTE (BERNIE) THE HEDGEHOG – creation covered by Registration # VA 1-716-936, VA 1-719-863, VA 1-719-864 and VA 1-719-865
13. BLACKJACK – creation covered by Registration # VA 1-716-920
14. CANUS – creation covered by Registration # VA 1-719-852
15. CATWEAZLE – creation covered by Registration # VA 1-709-908
16. CHIEF MAGISTRATE – creation covered by Registration # VA 1-716-928
17. CHRISTOPHELES – creation covered by Registration # VA 1-716-942
18. COBAR – creation covered by Registration # VA 1-720-217
19. COCOA – creation covered by Registration # VA 1-719-863
20. COLIN KINTOBOR – creation covered by Registration # VA 1-719-863

21. CONSTABLE REMINGTON - creation covered by Registration # VA 1-716-944, VA 1-716-945 and VA 1-717-460

22. COUNCILOR RITA-LI – creation covered by Registration # VA 1-726-448

23. CRYSTAL-LA – creation covered by Registration # VA 1-716-890

24. DARK LEGION, THE – creation covered by Registration # VA 1-716-866

25. DEMI-NA – creation covered by Registration # VA 1-720-217

26. DEO VOLENTE – creation covered by Registration # VA 1-716-917

27. DIABLO – creation covered by Registration # VA 1-719-852

28. DIMITRI – creation covered by Registration # VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-922 and VA 1-717-388

29. DOCTOR QUACK – creation covered by Registration # VA 1-716-919

30. DOWNTOWN EBONY HARE – creation covered by Registration # VA 1-716-920

31. DRAGO – creation covered by Registration # VA 1-716-908

32. DYLAN THE PORCUPINE – creation covered by Registration # VA 1-716-881

33. DYNAMAC-3000 – creation covered by Registration # VA 1-716-856

34. EDMUND – creation covered by Registration # VA 1-716-928

35. ENERJAK – creation covered by Registration # VA 1-716-928, VA 1-716-916, VA 1-716-906 and VA 1-716-893

36. E.V.E. – creation covered by Registration # VA 1-717-499

37. EVIL SONIC – creation covered by Registration # VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501

38. FIELD COMMANDER RAT – creation covered by Registration # VA 1-716-946

39. FLOREN-CA – creation covered by Registration # VA 1-716-877

40. FUTURE KNUCKLES – creation covered by Registration # VA 1-716-929 and VA 1-717-388

41. GALA-NA – creation covered by Registration # VA 1-716-872 and VA 1-726-448

42. GENERAL D'COOLETTE – creation covered by Registration # VA 1-716-908 and VA 1-716-870

43. GENERAL VON STRYKER – creation covered by Registration # VA 1-716-945

44. GEOFFREY ST. JOHN – creation covered by Registration # VA 1-717-500

45. GERBIL – creation covered by Registration # VA 1-716-945

46. GREEN KNUCKLES – creation covered by Registration # VA 1-726-450

47. HAMLIN THE PIG – creation covered by Registration # VA 1-716-881

48. HARLAN - creation covered by Registration # VA 1-716-929

49. HARRY THE DINGO CABBY – creation covered by Registration # VA 1-716-920 and VA 1-717-388

50. HAWKING – creation covered by Registration # VA 1-716-944 and VA 1-716-945

51. HERSHEY THE CAT – creation covered by Registration # VA 1-717-397

52. ISAAC – creation covered by Registration # VA 1-719-935

53. JAKER – creation covered by Registration # VA 1-717-388

54. JANELLE-LI – creation covered by Registration # VA 1-716-890

55. JENNA-LU – creation covered by Registration # VA 1-716-914

56. JEREMIAH – creation covered by Registration # VA 1-719-859

57. JORDAN - creation covered by Registration # VA 1-716-929

58. JORDANN – creation covered by Registration # VA 1-716-947 and VA 1-716-889

59. JULIE-SU – creation covered by Registration # VA 1-716-944 and VA 1-716-877

60. JULAYLA – creation covered by Registration # VA 1-716-934

61. JULES THE HEDGEHOG – creation covered by Registration # VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864 and VA 1-719-865

62. KAYLA-LA – creation covered by Registration # VA 1-716-947 and VA 1-716-889

63. KICKS-A-LOT – creation covered by Registration # VA 1-717-531

64. KING ALEXANDER – creation covered by Registration # VA 1-719-938

65. KING GONG – creation covered by Registration # VA 1-716-943

66. KING THEODORE – creation covered by Registration # VA 1-719-858

67. KIRBY – creation covered by Registration # VA 1-719-851

68. KOMI-KO – creation covered by Registration # VA 1-716-878

69. KRAGOK – creation covered by Registration # VA 1-716-866

70. LARA-LE – creation covered by Registration # VA 1-716-944 and VA 1-716-945

71. LARA-SU – creation covered by Registration # VA 1-716-910 and VA 1-717-388

72. LEETA – creation covered by Registration # VA 1-719-852

73. LIEN-DA – creation covered by Registration # VA 1-716-922 and VA 1-716-877

74. LT. FLEMING – creation covered by Registration # VA 1-717-397 and VA 1-719-843

75. LT. SMILEY – creation covered by Registration # VA 1-719-848

76. LOBO – creation covered by Registration # VA 1-719-852 and VA 1-716-877

77. LOCKE – creation covered by Registration # VA 1-716-948, VA 1-716-905, VA 1-716-944 and VA 1-716-938

78. LUGER – creation covered by Registration # VA 1-716-877

79. LYCO – creation covered by Registration # VA 1-719-852

80. MACE – creation covered by Registration # VA 1-720-250 and VA 1-720-217

81. MARCOS – creation covered by Registration # VA 1-716-877

82. MARIA – creation covered by Registration # VA 1-716-877

83. MARI-AN – creation covered by Registration # VA 1-716-890

84. MARI-SU – creation covered by Registration # VA 1-716-877

85. MATTHIAS - creation covered by Registration # VA 1-716-945 and 1-716-878

86. MELLO THE BEE – creation covered by Registration # VA 1-716-920

87. MENNIKER – creation covered by Registration # VA 1-716-886, VA 1-716-941 and VA 1-716-929

88. MERIN-DA – creation covered by Registration # VA 1-716-877

89. MOONWATCHER - creation covered by Registration # VA 1-716-929

90. MORITORI REX – creation covered by Registration # VA 1-716-858, VA 1-716-877 and 1-716-878

91. MR. PERRIWINKLE – creation covered by Registration # VA 1-717-388

92. MYKOL – creation covered by Registration # VA 1-726-451

93. ORB-BOTS – creation covered by Registration # VA 1-716-881

94. PALADIN – creation covered by Registration # VA 1-719-858

95. PENELOPE PLATYPUS – creation covered by Registration # VA 1-716-881

96. PRINCE ELIAS – creation covered by Registration # VA 1-719-850, VA 1-716-930, VA 1-716-859 and VA 1-726-507

97. PRINCE EMERSON – creation covered by Registration # VA 1-719-858

98. QUEEN ALICIA – creation covered by Registration # VA 1-719-844, VA 1-719-850, VA 1-716-930 and VA 1-716-861

99. REMBRANDT - creation covered by Registration # VA 1-716-929

100. RENFIELD T. RODENT – creation covered by Registration # VA 1-716-882

101. REVERSE FREEDOM FIGHTERS (Evil Sally, Evil Tails, Evil Rotor and Evil Antoine) – creation covered by Registration # VAu 1-025-414, VA 1-716-868, VA 1-719-940 and VA 1-726-501

102. REYNARD – creation covered by Registration # VA 1-719-852

103. RIKI-LE – creation covered by Registration # VA 1-717-388

104. ROB O'THE HEDGE – creation covered by Registration # VA 1-716-890 and VA 1-716-870

105. ROBO-ROBOTNIK – creation covered by Registration # VA 1-716-867 and VA 1-717-498

106. RUTAN – creation covered by Registration # VA 1-717-388

107. SABRE – creation covered by Registration # VA 1-716-944, VA 1-716-945, VA 1-716-890

108. SAFRON BEE – creation covered by Registration # VA 1-716-913

109. SALMA-LI – creation covered by Registration # VA 1-720-211 and VA 1-720-164

110. SEMPER FIDELIS – creation covered by Registration # VA 1-716-914

111. SLEUTH DAWGGY-DAWG – creation covered by Registration # VA 1-717-531

112. SHERMAN THE WALRUS

113. SIMON – creation covered by Registration # VA 1-716-877

114. SOJOURNER – creation covered by Registration # VA 1-716-914

115. SONJA-RA – creation covered by Registration # VA 1-716-858

116. SPECTRE – creation covered by Registration # VA 1-716-914

117. STEPPENWOLF – creation covered by Registration # VA 1-716-886

118. TERI-LU – creation covered by Registration # VA 1-716-889

119. THUNDERHAWK – creation covered by Registration # VA 1-716-914

120. TOBOR – creation covered by Registration # VA 1-716-914 and VA 1-716-858

121. VONI-CA – creation covered by Registration # VA 1-716-858

122. WYNMACHER – creation covered by Registration # VA 1-716-946

123. YANAR – creation covered by Registration # VA 1-716-889

**CONCEPTS, WORLDS AND UNIVERSES CREATED BY PENDERS**

1. ALBION – creation covered by Registration # VA 1-716-890 and VA 1-716-872

2. ATLANTINOPOLIS – creation covered by Registration # VA 1-716-912

3. AURORIUM – creation covered by Registration # VA 1-716-889

4. BROTHERHOOD OF THE GUARDIANS VA – creation covered by Registration # 1-716-905, VA 1-716-916, VA 1-716-942, VA 1-716-929

5. CHAOS SYPHON – creation covered by Registration # VA 1-716-928

6. COSMIC INTERSTATE – creation covered by Registration # VAu 1-025-414

7. DEVIL'S GULAG – creation covered by Registration # VA 1-716-936

8. DINGO SOCIETY – creation covered by Registration # VA 1-716-945

9. ECHIDNAOPOLIS – creation covered by Registration # VA 1-716-947

10. ECHIDNA SOCIETY – creation covered by Registration # VA 1-716-947

11. E.S.T. (Echidna Security Trooper) – creation covered by Registration # VA 1-716-944 and VA 1-716-945

12. FIRE-ANT SOCIETY – creation covered by Registration # VA 1-716-916, VA 1-716-892, VA 1-716-886 AND VA 1-716-942

13. THE FORBIDDEN ZONE – creation covered by Registration # VA 1-716-905

14. GRAND CONSERVATORY– creation covered by Registration # VA 1-716-856, VA 1-716-916 and VA 1-716-906

15. HAVEN – creation covered by Registration # VA 1-716-948, VA 1-716-942, VA 1-716-914, VA 1-716-929

16. HIS MAJESTY'S SECRET SERVICE – creation covered by Registration # VA 1-719-843

17. LEMON SUNDROP DANDELION – creation covered by Registration # VA 1-716-920

18. THE LIBRARY – creation covered by Registration # VA 1-719-851

19. MOBIUS: 25 YEARS LATER – creation covered by Registration # VA 1-716-897, VA 1-717-498 and VA 1-717-388

20. MOUNT FATE – creation covered by Registration # VA 1-716-948, VA 1-716-947, VA 1-716-916 and VA 1-716-906

21. NEKRONOPOLIS – creation covered by Registration # VA 1-716-892

22. OVERLANDERS – creation covered by Registration # VA 1-720-514

23. SANDCRAWLERS – creation covered by Registration # VA 1-716-892

24. SOURCE OF ALL – creation covered by Registration # VA 1-716-870

25. STREAKING PASHAS – creation covered by Registration # VA 1-716-942 and VA 1-716-858

26. TALES OF THE FREEDOM FIGHTERS – creation covered by Registration # VA 1-716-870, VA 1-719-843

27. TALES OF THE GREAT WAR – creation covered by Registration # VA 1-719-858, VA 1-719-859, VA 1-719-861, VA 1-719-863, VA 1-719-864 and VA 1-719-865

28. TWILIGHT ZONE – creation covered by Registration # VA 1-716-886

29. ULTIMATE ANNIHILATOR – creation covered by Registration # VA 1-720-514 and VA 1-720-518

30. ZOOT CHUTE – creation covered by Registration # VA 1-716-905, VA 1-716-928