# EXHIBIT 4

**REPRINT MATERIAL INFRINGING PENDERS' COPYRIGHT REGISTRATIONS**

1. SONIC THE HEDGEHOG ARCHIVES VOLUME 3 [May 2007]
Infringes on the following registration(s):

- Registration # VAu 1-025-414, which covers the following stories, art and characters from SONIC THE HEDGEHOG #11, June 1994 (released March 1994):
  - SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!
  - SONIC THE HEDGEHOG Will Never BEAT THE CLOCK!
  - SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

2. SONIC THE HEDGEHOG ARCHIVES VOLUME 4 [June 2007]
Infringes on the following registration(s):

- Registration # VA 1-709-769, which covers the following stories, art and/or characters from SONIC THE HEDGEHOG #13, August 1994 (released May 1994):
  - SONIC THE HEDGEHOG in THIS ISLAND HEDGEHOG!

- Registration # VA 1-717-511, which covers the following stories, art and characters from SONIC THE HEDGEHOG #14, September 1994 (released June 1994):
  - SONIC THE HEDGEHOG in "GIRLS JUST WANNA HAVE FUN!"

- Registration # VA 1-717-508, which covers the following stories, art and/or characters from SONIC THE HEDGEHOG #15, October 1994 (released July 1994):
  - SONIC THE HEDGEHOG in "WHAT'S THE BIG IDEA?"

- Registration # VA 1-717-502, which covers the following stories, art and characters from SONIC THE HEDGEHOG #16, November 1994 (released August 1994):
  - SONIC THE HEDGEHOG #16 Cover text
  - SONIC THE HEDGEHOG in SONIC UNDER GLASS Parts I & II
  - SONIC THE HEDGEHOG in THE MAN FROM H.E.D.G.E.H.O.G.

3. SONIC THE HEDGEHOG ARCHIVES VOLUME 5 [September 2007]
Infringes on the following registration(s):

- Registration # VA 1-716-943, which covers the following stories, art and characters from SONIC THE HEDGEHOG #17, December 1994 (released

September 1994):
- SONIC THE HEDGEHOG #17 Cover text
- SONIC THE HEDGEHOG in GORILLA WARFARE OR "THE APES OF WRATH" Parts I & II
- PRINCESS SALLY in FIRST STAR I SEE TONIGHT! Princess Sally's Crusade Part 1

- Registration # VA 1-716-934, which covers the following stories, art and characters from SONIC THE HEDGEHOG #18, January 1995 (released October 1994):
  - SONIC THE HEDGEHOG #18 Cover text
  - SONIC THE HEDGEHOG in WEDDING BELL BLUES!
  - PRINCESS SALLY in IN THE STILL OF THE NIGHT Princess Sally's Crusade Part 2

- Registration # VA 1-716-867, which covers the following stories, art and characters from SONIC THE HEDGEHOG #19, February 1995 (released November 1994):
  - SONIC THE HEDGEHOG in NIGHT OF 1000 SONICS

- Registration # VA 1-717-500, which covers the following stories, art and characters from SONIC THE HEDGEHOG #20, March 1995 (released December 1994):
  - A PRINCESS SALLY ADVENTURE "DEADLIEST OF THE SPECIES" Prologue
  - SONIC THE HEDGEHOG "DYNAMIC DUO" Coloring Page Text

4. SONIC THE HEDGEHOG ARCHIVES VOLUME 6 [October 2007]
Infringes on the following registration(s):

- Registration # VA 1-717-499
  Which covers the following stories, art and characters from
  SONIC THE HEDGEHOG #21, April 1995 issue, released in January 1995
  SONIC THE HEDGEHOG 3 PHASES OF E.V.E.

- Registration # VA 1-717-498, which covers the following stories, art and characters from SONIC THE HEDGEHOG #22, May 1995 (released February 1995):
  - SONIC THE HEDGEHOG THE RETURN Parts I, II & III

- Registration # VA 1-716-868, which covers the following stories, art and characters from SONIC THE HEDGEHOG #24, July 1995 (released April 1995):
  - SONIC THE HEDGEHOG in WHEN HEDGEHOGS COLLIDE!

5. SONIC THE HEDGEHOG ARCHIVES VOLUME 7 [June 2008]
Infringes on the following registration(s):

- Registration # VA 1-717-531, which covers the following stories, art and characters from SONIC THE HEDGEHOG #27, October 1995 (released July 1995):
  - SONIC THE HEDGEHOG #27 Cover Text and Art
  - SONIC THE HEDGEHOG A SCRAMBLED HEDGEHOG Parts I - IV

- Registration # VA 1-717-497, which covers the following stories, art and characters from SONIC THE HEDGEHOG #28, November 1995 (released August 1995):
  - SONIC THE HEDGEHOG #28 Cover Text
  - SONIC THE HEDGEHOG SATURDAY NIGHT'S ALRIGHT FOR A FIGHT! Parts I, II & III

6. SONIC THE HEDGEHOG ARCHIVES VOLUME 8 [July 2008]
Infringes on the following registration(s):

- Registration # VA 1-716-856, which covers the following stories, art and characters from SONIC THE HEDGEHOG #31, February 1996 (released November 1995):
  - SONIC THE HEDGEHOG in A ROBOT RIDES THE RAILS
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in LOST… AND FOUND!

- Registration # VA 1-717-498, which covers the following stories, art and characters from SONIC THE HEDGEHOG #32, March 1996 issue, released in December 1995
  - KNUCKLES' CHAOTIX in "PRISONERS!"

7. SONIC THE HEDGEHOG ARCHIVES VOLUME 9 [October 2008]
Infringes on the following registration(s):

- Registration # VA 1-716-948, which covers the following stories, art and characters from SONIC THE HEDGEHOG #33, April 1996 issue, released in January 1996
  - SONIC THE HEDGEHOG in SONIC SHOT!

- Registration # VA 1-716-947, which covers the following stories, art and characters from SONIC THE HEDGEHOG #34, May 1996 issue (released February 1996):
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part I

- Registration # VA 1-716-928, which covers the following stories, art and characters from SONIC THE HEDGEHOG #35, June 1996 issue (released March 1996):
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part II

- Registration # VA 1-716-916, which covers the following stories, art and characters from SONIC THE HEDGEHOG #36, July 1996 issue (released April 1996):
  - SONIC THE HEDGEHOG in HEART OF DARKNESS
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in A SENSE OF HISTORY Part III

8. SONIC THE HEDGEHOG ARCHIVES VOLUME 10 [March 2009]
Infringes on the following registration(s):

- Registration # VA 1-717-534, which covers the following stories, art and characters from SONIC THE HEDGEHOG #38, September 1996 (released June 1996):
  - SONIC THE HEDGEHOG "BEDTIME TAILS!"
  - FREEDOM FIGHTERS COVER PIN-UP
  - BAT-SONIC COVER PIN-UP

9. SONIC THE HEDGEHOG ARCHIVES VOLUME 11 [August 2009]
Infringes on the following registration(s):

- Registration # VA 1-717-538, which covers the following stories, art and characters from SONIC THE HEDGEHOG #41, December 1996 (released September 1996):
  - SONIC THE HEDGEHOG in "…AND ONE SHALL SAVE HIM!"

- Registration # VA 1-716-919. which covers the following stories, art and characters from SONIC THE HEDGEHOG #43, February 1997 (released October 1996):
  - SONIC THE HEDGEHOG in THE DREAM ZONE

- Registration # VA 1-716-912, which covers the following stories, art and characters from SONIC THE HEDGEHOG #44, March 1997 (released December 1996):
  - SONIC THE HEDGEHOG in BLACK AND BLUE AND RED ALL OVER

10. SONIC THE HEDGEHOG ARCHIVES VOLUME 12 [January 2010]
Infringes on the following registration(s):

- Registration # VA 1-719-845, which covers the following story art from SONIC THE HEDGEHOG #45, April 1997 (released January 1997):
    - KNUCKLES QUEST 3: A LAND OF DARK, A KNIGHT OF VIRTUE!

- Registration # VA 1-716-908, which covers the following stories, art and characters from SONIC THE HEDGEHOG #46, May 1997 (released February 1997):
    - SONIC THE HEDGEHOG – COUNTDOWN TO ARMAGEDDON
    - KNUCKLES QUEST 4 : A GOAT, A RAVEN AND A SWAN SONG!

- Registration # VA 1-717-397, which covers the following stories, art and characters from SONIC THE HEDGEHOG #47, June 1997 (released March 1997):
    - ENDGAME – Part 1 of 4 – Taking The Fall

- Registration # VA 1-720-516, which covers the following stories, art and characters from SONIC THE HEDGEHOG #48, July 1997 (released April 1997):
    - ENDGAME – Part 2 of 4 – SONIC THE FUGITIVE

11. SONIC THE HEDGEHOG ARCHIVES VOLUME 13 [July 2010]
Infringes on the following registration(s):

- Registration # VA 1-720-517, which covers the following stories and characters from SONIC THE HEDGEHOG #49, August 1997 (released May 1997):
    - ENDGAME – Part 3 of 4 – ESCAPE FROM THE FLOATING ISLAND

- Registration # VA 1-720-514, which covers the following stories, art and characters from SONIC THE HEDGEHOG #50, September 1997 (released June 1997):
    - ENDGAME – Part 4 of 4 – THE BIG GOODBYE

- Registration # VA 1-720-518, which covers the following stories, art and characters from SONIC SUPER SPECIAL #6, October 1998 (released July 1998):
    - SONIC SUPER SPECIAL SONIC 50 DIRECTOR’S CUT

12. SONIC THE HEDGEHOG ARCHIVES VOLUME 14 [December 2010]
Infringes on the following registration(s):

- Registration # VA 1-717-540, which covers the following stories and characters from SONIC THE HEDGEHOG #53, December 1997 (released September 1997):
    - SONIC THE HEDGEHOG “UNFINISHED BUSINESS!"

13. SONIC SELECT VOLUME 1 [April 30, 2008]
Infringes on the following registration(s):

- Registration # VA 1-716-897, which covers the following stories, art and characters from SONIC THE HEDGEHOG IN YOUR FACE SPECIAL, 1995 (released October 1994):
  - PRINCESS SALLY and SONIC THE HEDGEHOG in THE QUEST Princess Sally's Crusade: Conclusion

- Registration # VA 1-716-899, which covers the following stories, art and characters from SONIC & KNUCKLES SPECIAL #1, August 1995 (released May 1995):
  - SONIC & KNUCKLES in PANIC IN THE SKY
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in FIRE DRILL
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in LORD OF THE FLOATING ISLAND

- Registration # VA 1-709-908, which covers the following stories, art and characters from SONIC THE HEDGEHOG TRIPLE TROUBLE SPECIAL #1, October 1995 (released August 1995):
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in FIRST CONTACT

14. SONIC SELECT VOLUME 2 [November 19, 2008]
Infringes on the following registration(s):

- Registration # VA 1-716-882, which covers the following stories, art and characters from SONIC THE HEDGEHOG PRESENTS KNUCKLES' CHAOTIX SPECIAL #1, January 1996 (released November 1995):
  - KNUCKLES' CHAOTIX in THE CHAOS EFFECT
  - THE CHAOTIX in TAG! YOU'RE "IT!"
  - SONIC'S FRIENDY NEMESIS KNUCKLES in THE HUNT IS ON

- Registration # VA 1-716-905, which covers the following stories, art and characters from SUPER SONIC VS. HYPER SPECIAL #1, 1996 (released February 1996):
  - SONIC'S FRIENDLY NEMESIS KNUCKLES in FATHERS & SONS

15. SONIC SELECT VOLUME 3 [January 18, 2011]
Infringes on the following registration(s):

- Registration # VA 1-716-936, which covers the following stories, art and characters from SONIC SUPER SPECIAL BRAVE NEW WORLD, November 1997 (released September 1997):
  - SONIC THE HEDGEHOG in BRAVE NEW WORLD

**DIGITAL MEDIA INFRINGING PENDERS' COPYRIGHT REGISTRATIONS**

**Digitally Available through iTunes and other digital platforms on or after December 31, 2009.**

16. SONIC #11 – Infringes on the following registration(s):

- Registration # VAu 1-025-414, which covers the following stories, art and characters from SONIC THE HEDGEHOG #11, June 1994 (released March 1994):
  - SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!
  - SONIC THE HEDGEHOG Will Never BEAT THE CLOCK!
  - SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

17. SONIC #100 – Infringes on the following registration(s):

- Registration # VA 1-717-546, which covers the following stories, art and characters from SONIC THE HEDGEHOG #100, October 2001 (released July 2001):
  - KNUCKLES THE ECHIDNA "WELCOME TO THE DARK SIDE!"

18. SONIC #101 – Infringes on the following registration(s):

- Registration # VA 1-719-902, which covers the following stories, art and characters from SONIC THE HEDGEHOG #101, November 2001 (released August 2001):
  - KNUCKLES THE ECHIDNA in REBOOT
  - SEGA DATA FILE: 1 - PRINCESS SALLY
  - SEGA DATA FILE: 2 - THE FLOATING ISLAND

19. SONIC #102 – Infringes on the following registration(s):

- Registration # VA 1-719-903, which covers the following stories, art and characters from SONIC THE HEDGEHOG #100, December 2001 (released September 2001):
  - SEGA DATA FILE: 3 - KNOTHOLE VILLAGE
  - KNUCKLES in LIFE'S REALITIES
  - SEGA DATA FILE: 4 - JULIE-SU

20. SONIC #105 – Infringes on the following registration(s):

- Registration # VA 1-726-487, which covers the following stories, art and characters from SONIC THE HEDGEHOG #105, March 2002 issue (released

December 2001):
- SEGA DATA FILE: SNIVELY
- SEGA DATA FILE: DIMITRI

21. SONIC #106 – Infringes on the following registration(s):

- Registration # VA 1-716-910, which covers the following stories, art and characters from SONIC THE HEDGEHOG #106, April 2002 issue (released January 2002):
  - KNUCKLES THE ECHIDNA – REUNIFICATION – Part 1
  - SEGA DATA FILE: 7 STATION SQUARE

22. SONIC #108 – Infringes on the following registration(s):

- Registration # VA 1-720-250, which covers the following stories, art and characters from SONIC THE HEDGEHOG #108, May 2002 issue (released February 2002):
  - KNUCKLES THE ECHIDNA – REUNIFICATION Part 3
  - SONIC THE HEDGEHOG CROSSWORD PUZZLE
  - KNUCKLES THE ECHIDNA FAMILY TREE

23. SONIC #109 – Infringes on the following registration(s):

- Registration # VA 1-720-252, which covers the following stories, art and characters from SONIC THE HEDGEHOG #109, June 2002 issue (released March 2002):
  - KNUCKLES THE ECHIDNA – REUNIFICATION The Conclusion
  - SEGA DATA FILE: 9 – DR. ROBOTNIK
  - SEGA DATA FILE: 10 – DR. ROBOTNIK II

24. SONIC #112 – Infringes on the following registration(s):

- Registration # VA 1-719-904, which covers the following stories, art and characters from SONIC THE HEDGEHOG #112, September 2002 issue (released June 2002):
  - SEGA DATA FILE: SONIC THE HEDGEHOG
  - SEGA DATA FILE: KNUCKLES THE ECHIDNA
  - SEGA DATA FILE: TAILS
  - SEGA DATA FILE: AMY ROSE
  - SEGA DATA FILE: BROTHERHOOD OF THE GUARDIANS

25. SONIC #114 – Infringes on the following registration(s):

- Registration # VA 1-719-906, which covers the following stories, art and

characters from SONIC THE HEDGEHOG #114, November 2002 issue (released August 2002):
- KNUCKLES THE ECHIDNA in ULTIMATE POWER Part One

26. SONIC #115 – available digitally through the iTunes store
Infringes on the following registration(s):

- Registration # VA 1-719-906, which covers the following stories, art and characters from SONIC THE HEDGEHOG #115, November 2002 issue (released August 2002):
  - KNUCKLES THE ECHIDNA in ULTIMATE POWER Part One

27. SONIC #132 – Infringes on the following registration(s):

- Registration # VA 1-720-217, which covers the following stories, art and characters from SONIC THE HEDGEHOG #132, March 2004 issue (released January 2004):
  - MOBIUS: 25 YEARS LATER – THE UNVEILING

28. SONIC #133 – Infringes on the following registration(s):

- Registration # VA 1-720-211, which covers the following stories, art and characters from SONIC THE HEDGEHOG #133, April 2004 issue (released February 2004):
  - MOBIUS: 25 YEARS LATER – MIDNIGHT IN THE GARDEN

29. SONIC #134 – Infringes on the following registration(s):

- Registration # VA 1-720-164, which covers the following stories, art and characters from SONIC THE HEDGEHOG #134, May 2004 issue (released March 2004):
  - MOBIUS: 25 YEARS LATER – IN TRANSIT

30. SONIC #135 – Infringes on the following registration(s):

- Registration # VA 1-720-232, which covers the following stories, art and characters from SONIC THE HEDGEHOG #135, June 2004 issue (released April 2004):
  - MOBIUS: 25 YEARS LATER – DEALING WITH THE DEVIL

31. SONIC #136 – Infringes on the following registration(s):

- Registration # VA 1-720-175, which covers the following stories, art and characters from SONIC THE HEDGEHOG #136, July 2004 issue (released

May 2004):
- MOBIUS: 25 YEARS LATER – GIRL TALK

32. SONIC #137 – Infringes on the following registration(s):

- Registration # VA 1-720-178, which covers the following stories, art and characters from SONIC THE HEDGEHOG #137, August 2004 issue (released June 2004):
  - MOBIUS: 25 YEARS LATER – TROUBLE IN PARADISE

33. SONIC #138 – Infringes on the following registration(s):

- Registration # VA 1-720-222, which covers the following stories, art and characters from SONIC THE HEDGEHOG #138, September 2004 issue (released July 2004):
  - MOBIUS: 25 YEARS LATER – MY DINNER WITH SONIC

34. SONIC #139 – Infringes on the following registration(s):

- Registration # VA 1-720-225, which covers the following stories, art and characters from SONIC THE HEDGEHOG #139, October 2004 issue (released August 2004):
  - MOBIUS: 25 YEARS LATER – SLUMBER PARTY

35. SONIC #140 – Infringes on the following registration(s):

- Registration # VA 1-720-227, which covers the following stories, art and characters from SONIC THE HEDGEHOG #140, November 2004 issue (released September 2004):
  MOBIUS: 25 YEARS LATER – A DIFFERENCE OF OPINION

36. SONIC #141 – Infringes on the following registration(s):

- Registration # VA 1-720-183, which covers the following stories, art and characters from SONIC THE HEDGEHOG #141, December 2004 issue (released October 2004):
  - MOBIUS: 25 YEARS LATER – SCENARIO

37. SONIC #142 – Infringes on the following registration(s):

- Registration # VA 1-720-188, which covers the following stories, art and characters from SONIC THE HEDGEHOG #142, January 2005 issue (released November 2004):
  - MOBIUS: 25 YEARS LATER – MOMENT OF TRUTH

38. SONIC #143 – Infringes on the following registration(s):

- Registration # VA 1-716-938, which covers the following stories, art and characters from SONIC THE HEDGEHOG #143, February 2005 issue (released December 2004):
  - MOBIUS: 25 YEARS LATER – FATHER'S DAY Chapters One and Two

39. SONIC #144 – Infringes on the following registration(s):

- Registration # VA 1-720-192, which covers the following stories, art and characters from SONIC THE HEDGEHOG #144, February 2005 issue (released December 2004):
  - MOBIUS: 25 YEARS LATER – THE DIE IS CAST

40. SONIC #145 – Infringes on the following registration(s):

- Registration # VA 1-719-934, which covers the following stories, art and characters from SONIC THE HEDGEHOG #145, March 2005 issue (released January 2005):
  - Frontispiece: SHADOW
  - SHADOWS OF HOPE
  - SONIC THE HEDGEHOG in HARBINGER

41. SONIC #146 – Infringes on the following registration(s):

- Registration # VA 1-719-935, which covers the following stories, art and characters from SONIC THE HEDGEHOG #146, April 2005 issue (released February 2005):
  - SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN – Part One: PROTOTYPE

42. SONIC #147 – Infringes on the following registration(s):

- Registration # VA 1-719-936, which covers the following stories, art and characters from SONIC THE HEDGEHOG #147, May 2005 issue (released March 2005):
  - SONIC THE HEDGEHOG in THE GOOD, THE BAD & THE UNKNOWN – Part Two: IGNITION

**DERIVATIVE WORKS INFRINGING PENDERS' COPYRIGHT REGISTRATIONS**
[Available in print and/or digital formats]

43. SONIC THE HEDGEHOG #182 – Published January 2008
Infringes on the following registration(s):
VA 1-716-928, VA 1-716-916, VA 1-716-906, VA 1-716-893, VA 1-716-944, VA 1-716-877, VA 1-716-948, VA 1-716-905, VA 1-716-938, VA 1-716-872, VA 1-726-448, VA 1-716-890, VA 1-716-872, VA 1-716-945, VA 1-716-866, VA 1-716-947, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Enerjak, Julie-Su, Locke, Gala-Na, Albion, Constable Remington, the Dark Legion, Echidnaopolis, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

44. SONIC THE HEDGEHOG #183 – Published February 2008
Infringes on the following registration(s):
VA 1-716-928, VA 1-716-916, VA 1-716-906, VA 1-716-893, VA 1-716-944, VA 1-716-877, VA 1-716-948, VA 1-716-905, VA 1-716-938, VA 1-716-899, VA 1-709-908, VA 1-716-856, VA 1-716-882, VA 1-717-531, VA 1-716-908, VA 1-716-922, VA 1-716-866, VA 1-717-388, VA 1-716-941, VA 1-716-886, VA 1-716-929, VA 1-716-945, 1-716-878, VA 1-716-914, VA 1-716-858, VA 1-716-890, VAu 1-025-414, VA 1-716- 867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Enerjak, Julie-Su, Locke, Archimedes, Sleuth Dawggy-Dawg, Drago, Evil Sonic, Reverse Freedom Fighters, Lien-Da, the Dark Legion, Kragok, Dimitri, Edmund, Menniker, Steppenwolf, Moonwatcher, Rembrandt, Harlan, Matthias, Hawking, Tobor, Spectre, Thunderhawk, Constable Remington, Janelle-Li, Sabre, Aaron, Jordan, Sojourner, Moritori Rex, Luger and the Twilight Zone and the stories BLOOD IS THICKER, NIGHT OF 1000 SONICS, WHEN HEDGEHOGS COLLIDE!, A SENSE OF HISTORY Part I, A SENSE OF HISTORY Part III, RITES OF PASSAGE Part III and KNUCKLES THE DARK: BLOOD IS THICKER.

45. SONIC THE HEDGEHOG #184 – Published March 2008
Infringes on the following registration(s):
VA 1-716-928, VA 1-716-916, VA 1-716-906, VA 1-716-944, VA 1-716-948, VA 1-716-905, VA 1-716-944, VA 1-716-899, VA 1-709-908, VA 1-716-856, VA 1-716-882, VA 1-716-906, VA 1-717-531, VA 1-716-908, VA 1-716-922, VA 1-716-877, VA 1-716-866, VA 1-716-877, VA 1-716-928, VA 1-716-906, VA 1-717-388, VA 1-716-928, VA 1-716-906, VA 1-716-922, VA 1-717-388, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Enerjak, Julie-Su, Locke,

Archimedes, Slueth Dawggy-Dawg, Drago, Evil Sonic, Reverse Freedom Fighters, Lien-Da, the Dark Legion, Kragok, Dimitri, Albion and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

46. SONIC THE HEDGEHOG #185 – Published April 2008
Infringes on the following registration(s):
VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501 and VA 1-726-480
Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS, WHEN HEDGEHOGS COLLIDE! And TO THE BRINK

47. SONIC THE HEDGEHOG #186 – Published May 2008
Infringes on the following registration(s):
VA 1-716-866, VA 1-716-944, VA 1-716-945, VA 1-717-460, VA 1-716-946, VA 1-720-250, VA 1-720-217, VA 1-709-908, VA 1-716-928, VA 1-716-916, VA 1-716-906, VA 1-716-890, VA 1-716-947, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of the Dark Legion, Constable Remington, Lara-Le . Wynmacher, Mace, General Von Stryker, Catweazle, Enerjak, Julie-Su, Albion, Echidnaopolis, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

48. SONIC THE HEDGEHOG #187 – Published June 2008
Infringes on the following registration(s):
VA 1-717-500, VA 1-717-531 and VA 1-716-908
Which registrations cover the characters of Geoffrey St. John and Slueth Dawggy-Dawg

49. SONIC THE HEDGEHOG #188 – Published July 2008
Infringes on the following registration(s):
VA 1-716-908, VA 1-717-500, VA 1-717-531, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Drago, Geoffrey St. John, Slueth Dawggy-Dawg, Evil Sonic and Reverse Freedom Fighters

50. SONIC THE HEDGEHOG #189 – Published August 2008
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-928, VA 1-716-922, VA 1-716-877, VA 1-717-388, VA 1-716-866, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Julie-Su, Dimitri, Lien-Da, the Dark Legion, Evil Sonic and Reverse Freedom Fighters

51. SONIC THE HEDGEHOG #190 – Published September 2008
Infringes on the following registration(s):

VA 1-716-944, VA 1-716-928, VA 1-716-922, VA 1-717-388, VA 1-716-866, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501

Which registrations cover the characters of Julie-Su, Dimitri, Lien-Da, the Dark Legion, Evil Sonic and Reverse Freedom Fighters

52. SONIC THE HEDGEHOG #191 – Published October 2008
Infringes on the following registration(s):

VA 1-716-944, VA 1-716-881, VA 1-716-899, VA 1-709-908, VA 1-716-882, VA 1-716-906, VA 1-716-866, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501

Which registrations cover the characters of Julie-Su, Hamlin, Archimedes, the Dark Legion, Evil Sonic and Reverse Freedom Fighters

53. SONIC THE HEDGEHOG #192 – Published November 2008
Infringes on the following registration(s):

VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865, VA 1-716-928, VA 1-716-922, VA 1-717-388, VA 1-716-922 and VA 1-716-866

Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters, Jules the Hedgehog, Bernadette (Bernie) the Hedgehog, Dimitri, Lien-Da and the Dark Legion

54. SONIC THE HEDGEHOG #193 – Published December 2008
Infringes on the following registration(s):

VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501

Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters and Anti-Knuckles

55. SONIC THE HEDGEHOG #194 – Published January 2009
Infringes on the following registration(s):

VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-890, VA 1-716-870, VA 1-716-922 and VA 1-716-866

Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters, Rob O'the Hedge, Mari-An, Lien-Da and the Dark Legion

56. SONIC THE HEDGEHOG #195 – Published February 2009
Infringes on the following registration(s):

VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-

719-865, VA 1-716-890 and VA 1-716-870

Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters, Jules the Hedgehog, Bernadette (Bernie) the Hedgehog, Rob O'the Hedge and Mari-An

57. SONIC THE HEDGEHOG #196 – Published March 2009

Infringes on the following registration(s):

VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-890 and VA 1-716-870

Which registrations cover the characters of Evil Sonic, Reverse Freedom Fighters and Rob O'the Hedge

58. SONIC THE HEDGEHOG #197 – Published April 2009

Infringes on the following registration(s):

VA 1-716-881, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864 and VA 1-719-865

Which registrations cover the characters of Hamlin, Prince Elias, Evil Sonic, Jules the Hedgehog, Bernadette (Bernie) the Hedgehog

59. SONIC THE HEDGEHOG #198 – Published May 2009

Infringes on the following registration(s):

VA 1-716-944, VA 1-716-928, VA 1-716-922, VA 1-716-877, VA 1-717-388 and VA 1-716-866

Which registrations cover the characters of Julie-Su, Dimitri, Lien-Da and the Dark Legion

60. SONIC THE HEDGEHOG #199 – Published June 2009

Infringes on the following registration(s):

VA 1-717-500, VA 1-716-944, VA 1-716-928, VA 1-716-922, VA 1-716-877, VA 1-717-388, VA 1-716-866, VAu 1-025-414, VA 1-716-867 and VA 1-716-868

Which registrations cover the characters of Geoffrey St. John, Julie-Su, Dimitri, Lien-Da, the Dark Legion, Evil Sonic and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

61. SONIC THE HEDGEHOG #200 – Published July 2009

Infringes on the following registration(s):

VA 1-716-928, VA 1-716-922, VA 1-716-866, VA 1-716-944 and VA 1-717-388

Which registrations cover the characters of Dimitri, Julie-Su and the Dark Legion

62. SONIC THE HEDGEHOG #201 – Published August 2009

Infringes on the following registration(s):

VA 1-716-928, VA 1-716-922, VA 1-716-910, VA 1-716-897, VA 1-717-498 and

VA 1-717-388

Which registrations cover the characters of Dimitri, Lara-Su and the concept Mobius: 25 Years Later

63. SONIC THE HEDGEHOG #202 – Published September 2009

Infringes on the following registration(s):

VA 1-716-922, VA 1-716-877, VA 1-716-877, VA 1-716-866, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Lien-Da, the Dark Legion, Lara-Su and the concept Mobius: 25 Years Later

64. SONIC THE HEDGEHOG #203 – Published October 2009

Infringes on the following registration(s):

VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

65. SONIC THE HEDGEHOG #204 – Published November 2009

Infringes on the following registration(s):

VA 1-717-500, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Geoffrey St. John, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

66. SONIC THE HEDGEHOG #205 – Published December 2009

Infringes on the following registration(s):

VA 1-717-500, VA 1-716-919, VA 1-716-877,VA 1-716-866, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-858, VA 1-716-945, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Geoffrey St. John, Doctor Quack, Lien-Da, Lara-Su, Kragok, Luger, Moritori Rex, Constable Remington and the concept Mobius: 25 Years Later

67. SONIC THE HEDGEHOG #206 – Published January 2010

Infringes on the following registration(s):

VA 1-717-500, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498, VA 1-716-866, VA 1-716-928, VA 1-716-922 and VA 1-717-388

Which registrations cover the characters of Geoffrey St. John, Lien-Da, Lara-Su, the Dark Legion, Dimitri and the concept Mobius: 25 Years Later

68. SONIC THE HEDGEHOG #207 – Published February 2010

Infringes on the following registration(s):

VA 1-717-500, VA 1-719-863, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA

1-716-897, VA 1-717-498, VA 1-716-866 and VA 1-717-388
Which registrations cover the characters of Geoffrey St. John, Amadeus Prower, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

69. SONIC THE HEDGEHOG #208 – Published March 2010
Infringes on the following registration(s):
VA 1-717-500, VA 1-716-866, VA 1-716-944, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388
Which registrations cover the characters of Geoffrey St. John, the Dark Legion, Julie-Su, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

70. SONIC THE HEDGEHOG #209 – Published April 2010
Infringes on the following registration(s):
VA 1-717-500, VA 1-716-944, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388
Which registrations cover the characters of Geoffrey St. John, Julie-Su, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

71. SONIC THE HEDGEHOG #210 – Published May 2010
Infringes on the following registration(s):
VA 1-717-500, VA 1-716-866, VA 1-716-944, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388
Which registrations cover the characters of Geoffrey St. John, the Dark Legion, Julie-Su, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

72. SONIC THE HEDGEHOG #211 – Published May 2010
Infringes on the following registration(s):
VA 1-717-500, VA 1-716-866, VA 1-716-944, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388
Which registrations cover the characters of Geoffrey St. John, the Dark Legion, Julie-Su, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

73. SONIC THE HEDGEHOG #212 – Published June 2010
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-922, VA 1-716-877, VA 1-716-910, VA 1-716-897, VA 1-717-498 and VA 1-717-388
Which registrations cover the characters of Julie-Su, Lien-Da, Lara-Su and the concept Mobius: 25 Years Later

74. SONIC THE HEDGEHOG #213 – Published August 2010
Infringes on the following registration(s):

VA 1-719-852, VA 1-719-855, VA 1-716-877, VA 1-716-908, VA 1-716-886, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-716-897, VA 1-717-498, VA 1-717-388, VA 1-726-435, VA 1-726-436

Which registrations cover the characters of Canus, Lyco, Lobo, Marcos, Maria, Athena, Aerial, Drago, the Dark Legion, Queen of the Mysterious Cat Country and the concepts ENDGAME, MOBIUS: 25 YEARS LATER and Mysterious Cat Country Society

75. SONIC THE HEDGEHOG #214 – Published August 2010
Infringes on the following registration(s):

VA 1-719-852, VA 1-716-877, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-881, VA 1-716-886, VA 1-716-908, VA 1-716-944, VA 1-716-910, VA 1-716-922, VA 1-716-929, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-716-897, VA 1-717-498,VA 1-717-388, VA 1-726-435, VA 1-726-444, VA 1-726-436

Which registrations cover the characters of Lobo, Canus, Lyco, Leeta, Reynard, Prince Elias, Hamlin the Pig, Drago, the Dark Legion, Julie-Su, Lara-Su, Lien-Da, Future Knuckles, Queen of the Mysterious Cat Country and the concepts ENDGAME, MOBIUS: 25 YEARS LATER, Mysterious Cat Country Society along with referencing the story PERFECT CHAOS

76. SONIC THE HEDGEHOG #215 – Published September 2010
Infringes on the following registration(s):

VA 1-716-881, VA 1-717-500, VA 1-716-890, VA 1-716-870, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-726-504, VA 1-726-505, VA 1-716-897, VA 1-717-498, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-719-931, VA 1-719-933,VA 1-717-546

Which registrations cover the characters of Hamlin the Pig, Geoffrey St. John, Rob O'the Hedge, Julie-Su, Lara-Su, Lien-Da, Future Knuckles, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! And the concepts ROBOTNIK'S NANITES, MOBIUS: 25 YEARS LATER and ENDGAME along with referencing the stories BLACK AND BLUE AND RED ALL OVER, SYSTEM RECONFIGURATION and SYSTEM REBOOT also an ad for SONIC #100 App which includes the story WELCOME TO THE DARK SIDE

77. SONIC THE HEDGEHOG #216 – Published October 2010
Infringes on the following registration(s):

VA 1-716-928, VA 1-716-916, VA 1-716-881, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-

501, VA 1-716-897, VA 1-717-498, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-716-877

Which registrations cover the characters of Edmund, Hamlin, Julie-Su, Lara-Su, Lien-Da, Future Knuckles, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!, and the concepts MOBIUS: 25 YEARS LATER, ENDGAME and Bunnie Rabbot's Cybernetic Upgrade

78. SONIC THE HEDGEHOG #217 – Published November 2010
Infringes on the following registration(s):

VA 1-716-886, VA 1-716-944, VA 1-716-877, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-897, VA 1-717-498, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-717-546, VA 1-716-877

Which registrations cover the characters of the Dark Legion, Lara-Su, Lien-Da, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts MOBIUS: 25 YEARS LATER, ENDGAME and Bunnie Rabbot's Cybernetic Upgrade, also an ad for SONIC #100 App which includes the story WELCOME TO THE DARK SIDE

79. SONIC THE HEDGEHOG #218 – Published December 2010
Infringes on the following registration(s):

VA 1-716-886, VA 1-719-844, VA 1-719-850, VA 1-716-930, VA 1-716-861, VA 1-716-859, VA 1-726-507, VA 1-716-919, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-897, VA 1-717-498, VA 1-717-388, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-726-504, VA 1-726-505, VA 1-716-877

Which registrations cover the characters of the Dark Legion, Prince Elias, Queen Alicia, Doctor Quack, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts MOBIUS: 25 YEARS LATER, ENDGAME, Robotnik's Nanites and Bunnie Rabbot's Cybernetic Upgrade

80. SONIC THE HEDGEHOG #219 – Published January 2011
Infringes on the following registration(s):

VA 1-717-500

Which registration covers the character of Geoffrey St. John

81. SONIC UNIVERSE #2 – Published May 2009
Infringes on the following registration(s):

VA 1-717-500, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-922, VA 1-717-388, VA 1-716-877, VA 1-716-866, VAu 1-025-414, VA 1-716-867, VA 1-

716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501 and VA 1-726-480

Which registrations cover the characters of Geoffrey St. John, Dimitri, Lien-Da, the Dark Legion, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

82. SONIC UNIVERSE #3 – Published June 2009

Infringes on the following registration(s):

VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501 and VA 1-726-480

Which registrations cover the characters of Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE!

83. SONIC UNIVERSE #4 – Published July 2009

Infringes on the following registration(s):

VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concept Mobius:25 Years Later

84. SONIC UNIVERSE #5 – Published August 2009

Infringes on the following registration(s):

VA 1-716-866, VA 1-716-945, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of the Dark Legion, EST (Echidna Security Trooper), Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concept Mobius: 25 Years Later

85. SONIC UNIVERSE #6 – Published September 2009

Infringes on the following registration(s):

VA 1-716-866, VA 1-716-877, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of Dark Legion, Rutan, Dimitri, Lara-Su, Lien-da, Future Knuckles and the concept Mobius: 25 Years Later

86. SONIC UNIVERSE #7 – Published October 2009

Infringes on the following registration(s):

VA 1-720-217, VA 1-716-866, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of Argyle the Crocodile, Rutan, the Dark Legion, Lara-Su, Lien-da, and the concept Mobius: 25 Years Later

87. SONIC UNIVERSE #8 – Published November 2009
Infringes on the following registration(s):

VA 1-717-500, VA 1-720-217, VA 1-716-944, VA 1-716-945, VA 1-716-910, VA 1-717-388, VA 1-716-929, VA 1-716-897 VA 1-717-498 and VA 1-717-538

Which registrations cover the characters of Geoffrey St. John, Argyle the Crocodile, EST (Echidna Security Trooper), Lara-Su, Future Knuckles, the concept Mobius: 25 Years Later and the story …AND ONE SHALL SAVE HIM!

88. SONIC UNIVERSE #9 – Published December 2009
Infringes on the following registration(s):

VA 1-716-945, VA 1-709-908, VA 1-717-500, VA 1-716-892, VA 1-716-920, VA 1-716-948, VA 1-716-905, VA 1-716-938, VA 1-716-928, VA 1-716-916, VA 1-716-906, VA 1-716-893, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498 and VA 1-717-538

Which registrations cover the characters of General Von Stryker, the Dingoes, Catweazle, Geoffrey St. John, Sandcrawlers, Harry the Cabbie, Locke, Enerjack, Julie-Su, Lara-Su, Lien-da, Future Knuckles, the concept Mobius: 25 Years Later and the story …AND ONE SHALL SAVE HIM!

89. SONIC UNIVERSE #10 – Published January 2010
Infringes on the following registration(s):

VA 1-717-500, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of Geoffrey St. John, Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concept Mobius: 25 Years Later

90. SONIC UNIVERSE #11 – Published February 2010
Infringes on the following registration(s):

VA 1-716-913, VA 1-716-866, VA 1-717-500, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498

Which registrations cover the characters of Saffron Bee, the Dark Legion, Geoffrey St. John, Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concept Mobius: 25 Years Later

91. SONIC UNIVERSE #12 – Published March 2010
Infringes on the following registration(s):

VA 1-716-866, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-916, VA 1-719-908, VA 1-721-214, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498, VA 1-716-890 and VA 1-716-872

Which registrations cover the characters of the Dark Legion, Enerjak, Dimitri, Aurora, Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concepts Albion and Mobius: 25 Years Later

92. SONIC UNIVERSE #13 – Published April 2010
Infringes on the following registration(s):
VA 1-717-500, VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498 and VA 1-716-870
Which registrations cover the characters of Geoffrey St. John, Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concepts the Source of All and Mobius: 25 Years Later

93. SONIC UNIVERSE #14 – Published May 2010
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498
Which registrations cover the characters of Julie-Su, Lara-Su, Lien-da, Future Knuckles and the concept Mobius: 25 Years Later

94. SONIC UNIVERSE #15 – Published June 2010
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897 and VA 1-717-498, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501 and VA 1-726-480
Which registrations cover the characters of Julie-Su, Lara-Su, Lien-da, Future Knuckles, Evil Sonic and the concept Mobius: 25 Years Later

95. SONIC UNIVERSE #17 – Published August 2010
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498, VA 1-719-902
Which registrations cover the characters of Julie-Su, Lara-Su, Lien-da, Future Knuckles, plus the concepts Bunnie Rabbot's Upgrade and MOBIUS: 25 YEARS LATER; also an ad for SONIC #101 App which includes the story KNUCKLES THE ECHIDNA in REBOOT and Feature Pages SEGA DATA FILE: 1 PRINCESS SALLY, SEGA DATA FILE: 2 THE FLOATING ISLAND. (NOTE: The ad utilizes Penders art from SONIC #101, page 6, panel 5 of the story "REBOOT")

96. SONIC UNIVERSE #18 – Published September 2010
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-

886, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-717-546

Which registrations cover the characters of Julie-Su, Lara-Su, Lien-da, Future Knuckles, the Dark Legion, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts Bunnie Rabbot's Upgrade, ENDGAME and MOBIUS: 25 YEARS LATER; also an ad for SONIC #100 App which includes the story WELCOME TO THE DARK SIDE

97. SONIC UNIVERSE #19 – Published October 2010

Infringes on the following registration(s):

VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-897, VA 1-717-498, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-886, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518

Which registrations cover the characters of Lara-Su, Lien-da, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts Bunnie Rabbot's Upgrade, ENDGAME and MOBIUS: 25 YEARS LATER

98. SONIC UNIVERSE #20 – Published November 2010

Infringes on the following registration(s):

VA 1-716-877, VA 1-716-910, VA 1-717-388, VA 1-716-922, VA 1-716-929, VA 1-716-897, VA 1-717-498, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-886, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518

Which registrations cover the characters of Lara-Su, Lien-da, Future Knuckles, the Dark Legion, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts Bunnie Rabbot's Upgrade, ENDGAME and MOBIUS: 25 YEARS LATER

99. SONIC UNIVERSE #21 – Published December 2010

Infringes on the following registration(s):

VA 1-717-388, VA 1-716-897, VA 1-717-498, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-717-397, VA 1-720-516, VA 1-720-517, VA 1-720-514, VA 1-720-518, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507

Which registrations cover the characters of Prince Elias, Geoffrey St. John, Evil Sonic, Reverse Freedom Fighters, the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concepts ENDGAME, MOBIUS: 25 YEARS LATER

100. SONIC UNIVERSE #22 – Published January 2011
Infringes on the following registration(s):
VA 1-717-388, VA 1-716-897, VA 1-717-498, VA 1-717-500, VA 1-719-850, VA 1-716-930, VA 1-716-859 and VA 1-726-507
Which registrations cover the characters of Prince Elias, Geoffrey St. John, plus the concept MOBIUS: 25 YEARS LATER

101. SONIC EVOLUTION OF A HERO – Published May 2009
Infringes on the following registration(s):
VA 1-716-866, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Kragok, Geoffey St. John, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS, WHEN HEDGEHOGS COLLIDE!

102. SONIC THE HEDGEHOG HIDE & SEEK & DESTROY – Published June 2010
Infringes on the following registration(s):
VA 1-716-866, VA 1-717-500, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940 and VA 1-726-501
Which registrations cover the characters of Kragok, Geoffey St. John, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS, WHEN HEDGEHOGS COLLIDE!

103. SONIC THE HEDGEHOG #181 – Published December 2007
Infringes on the following registration(s):
VA 1-716-916, VA 1-716-944, VA 1-716-877, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-917, VA 1-716-922, VA 1-717-388, VA 1-716-886, VA 1-716-945, VA 1-717-460, VA 1-716-946, VA 1-720-250, VA 1-720-217, VA 1-719-908, VA 1-721-214, VA 1-716-899, VA 1-709-908, VA 1-716-856, VA 1-716-882, VA 1-716-889, VA 1-716-890, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-947, VA 1-716-940, VA 1-716-872, VA 1-726-504, VA 1-726-505
Which registrations cover the characters of Enerjak, Julie-Su, Dimitri, the Dark Legion, General Von Stryker, Constable Remington, Lien-Da, Lara-Le, Wynmacher, Mace, Aurora, Archimedes, Sabre, Evil Sonic, Reverse Freedom Fighters, referencing the stories NIGHT OF 1000 SONICS, WHEN HEDGEHOGS COLLIDE! and THE GAUNTLET, plus the concepts Dingoes, Echidna Society, Echidnaopolis, Albion and Robotnik's Nanites

104. SONIC THE HEDGEHOG #180 – Published November 2007
Infringes on the following registration(s):
VA 1-716-916, VA 1-716-944, VA 1-716-877, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-917, VA 1-716-922, VA 1-717-388, VA 1-716-886, VA 1-716-945, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VAu 1-

025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Enerjak, Julie-Su, Dimitri, the Dark Legion, General Von Stryker, Hamlin the Pig, Dylan the Porcupine, Penelope Platypus, Prince Elias, Evil Sonic, Reverse Freedom Fighters and the stories NIGHT OF 1000 SONICS and WHEN HEDGEHOGS COLLIDE! plus the concept Robotnik's Nanites

105. SONIC THE HEDGEHOG #179 – Published October 2007
Infringes on the following registration(s):

VA 1-719-863, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-719-844, VA 1-716-861, VA 1-716-870, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-917, VA 1-716-922, VA 1-717-388, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Amadeus Prower, Prince Elias, Queen Alicia, King Frederick, Dimitri, plus the concept Robotnik's Nanites

106. SONIC THE HEDGEHOG #178 – Published October 2007
Infringes on the following registration(s):

VA 1-719-863, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-944, VA 1-716-877, VA 1-716-948, VA 1-716-938, VA 1-716-913, VA 1-719-844, VA 1-716-861, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Amadeus Prower, Prince Elias, Julie-Su, Locke, Saffron Bee, Queen Alicia, plus the concepts Robotnik's Nanites and Bunnie Rabbot's Cybernetic Upgrade

107. SONIC THE HEDGEHOG #177 – Published September 2007
Infringes on the following registration(s):

VA 1-716-944, VA 1-716-877, VA 1-716-913, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865, VA 1-716-919, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Prince Elias, Amadeus Prower, Jules the Hedgehog, Saffron Bee, Doctor Quack, Julie-Su, Evil Sonic, plus the concepts Robotnik's Nanites and Bunnie Rabbot's Cybernetic Upgrade

108. SONIC THE HEDGEHOG #176 – Published August 2007
Infringes on the following registration(s):

VA 1-716-881, VA 1-716-944, VA 1-716-877, VA 1-716-913, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-919, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Hamlin the Pig, Penelope Platypus, Arlo the Armadillo, Dylan the Porcupine, Julie-Su, Saffron Bee,

Prince Elias, Doctor Quack, plus the concepts Robotnik's Nanites and Bunnie Rabbot's Cybernetic Upgrade

109. SONIC THE HEDGEHOG #175 – Published July 2007
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865
Which registrations cover the characters of Julie-Su, Prince Elias, Jules the Hedgehog, plus the concept Bunnie Rabbot's Cybernetic Upgrade

110. SONIC THE HEDGEHOG #174 – Published June 2007
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865, VA 1-716-886, VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-719-844, VA 1-716-861, VA 1-719-863, VA 1-716-881
Which registrations cover the characters of Julie-Su, Jules the Hedgehog, Bernadette (Bernie) the Hedgehog, the Dark Legion, Prince Elias, Queen Alicia, Amadeus Prower, Hamlin the Pig, plus the concept Bunnie Rabbot's Cybernetic Upgrade

111. SONIC THE HEDGEHOG #173 – Published May 2007
Infringes on the following registration(s):
VA 1-716-944, VA 1-716-877, VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865
Which registrations cover the characters of Julie-Su, Jules the Hedgehog, Bernadette (Bernie) the Hedgehog, plus the concept Bunnie Rabbot's Cybernetic Upgrade

112. SONIC THE HEDGEHOG #172 – Published April 2007
Infringes on the following registration(s):
VA 1-717-531, VA 1-716-944, VA 1-716-877, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501
Which registrations cover the characters of Sleuth Dawggy Dawg, Evil Sonic, Julie-Su, plus referencing the stories THE GOOD, THE BAD AND THE HEDGEHOG; HERO TO ZERO IN NO TIME AT ALL and CHAOS EMERALDS ARE FOREVER

113. SONIC THE HEDGEHOG #171 – Published March 2007
Infringes on the following registration(s):
VA 1-716-948, VA 1-716-905, VA 1-716-944, VA 1-716-938, VA 1-716-886, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-917, VA 1-716-922, VA 1-

717-388, VA 1-716-916, VA 1-716-908, VA 1-719-940, VA 1-726-507, VA 1-716-942, VA 1-716-929, VA 1-719-904, VA 1-716-947, VA 1-716-945

Which registrations cover the characters of Locke, the Dark Legion, Dimitri, Enerjak, Drago, referencing the story HERO TO ZERO IN NO TIME AT ALL, LINE OF SUCCESSION Part Two plus the concepts Brotherhood of the Guardians, Echidnaopolis, Echidna Society and Dingoes

114. SONIC THE HEDGEHOG #170 – Published February 2007
Infringes on the following registration(s):

VA 1-716-919, VA 1-719-863, VA 1-716-916, VA 1-719-844, VA 1-719-850, VA 1-716-930, VA 1-716-861, VA 1-716-859, VA 1-726-507, VA 1-716-944, VA 1-716-877, VA 1-716-916, VA 1-716-872, VA 1-716-905, VA 1-716-942, VA 1-716-929, VA 1-719-904

Which registrations cover the characters of Doctor Quack, Amadeus Prower, Feist, Prince Elias, Queen Alicia, Julie-Su, referencing the story THE DREAM ZONE plus the concepts Zone of Silence, Guiding Star Gem and the Brotherhood of the Guardians

115. SONIC THE HEDGEHOG #169 – Published January 2007
Infringes on the following registration(s):

VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865, VA 1-716-948, VA 1-716-905, VA 1-716-944, VA 1-716-938, VA 1-716-916, VA 1-726-504, VA 1-726-505

Which registrations cover the characters of Jules the Hedgehog, Locke, referencing the story MORE THAN MEETS THE EYE plus the concepts Zone of Silence and Robotnik's Nanites

116. SONIC THE HEDGEHOG #168 – Published January 2007
Infringes on the following registration(s):

VA 1-716-908, VA 1-716-936, VA 1-719-863, VA 1-719-864, VA 1-719-865, VA 1-716-919, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-870, VA 1-726-504, VA 1-726-505, VA 1-726-507, VA 1-716-877

Which registrations cover the characters of Jules the Hedgehog, Doctor Quack, General D'Coolette, Reverse Freedom Fighters, the stories SONIC'S ANGELS, MORE THAN MEETS THE EYE, LINE OF SUCCESSION Part Two and SYSTEM RECONFIGURATION plus the concepts Source of All, Robotnik's Nanites and Bunnie Rabbot's Cybernetic Upgrade

117. SONIC THE HEDGEHOG #167 – Published December 2006
Infringes on the following registration(s):

VA 1-716-910, VA 1-716-929, VA 1-716-922, VA 1-716-877, VA 1-716-944, VA 1-716-928, VA 1-716-906, VA 1-716-893, VA 1-716-917, VA 1-716-947, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Lara-Su, Future Knuckles, Lien-Da, Dimitri, Julie-Su plus the concepts Echidna Society and MOBIUS: 25 YEARS LATER

118. SONIC THE HEDGEHOG #166 – Published November 2006
Infringes on the following registration(s):

VA 1-716-910, VA 1-716-929, VA 1-716-922, VA 1-716-877, VA 1-720-217, VA 1-716-886, VA 1-716-882, VA 1-720-192, VA 1-716-944, VA 1-716-920, VA 1-716-913, VA 1-716-902, VA 1-716-947, VA 1-716-945, VA 1-716-897, VA 1-717-498 and VA 1-717-388

Which registrations cover the characters of Lara-Su, Future Knuckles, Lien-Da, Cobor, the Dark Legion, General Von Stryker, Renfield T. Rodent, Julie-Su, referencing the stories THE DIE IS CAST, THE UNSUSPECTING, A TENUOUS GRIP ON REALITY and PICKING UP THE PIECES, plus the concepts Echidna Society, Dingoes and MOBIUS: 25 YEARS LATER

119. SONIC THE HEDGEHOG #165 – Published October 2006
Infringes on the following registration(s):

VA 1-716-944, VA 1-716-877, VA 1-716-886, VA 1-716-922, VA 1-717-531, VA 1-716-948, VA 1-716-945, VA 1-716-938, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-877, 1-716-905, VA 1-716-916, VA 1-716-942, VA 1-716-929, VA 1-719-904, VA 1-716-947

Which registrations cover the characters of Julie- Su, the Dark Legion, Lien-Da, Sleuth Dawggy Dawg, Locke, Lara-Le, Evil Sonic and the concepts Echidnaopolis, Brotherhood of the Guardians

120. SONIC THE HEDGEHOG #164 – Published September 2006
Infringes on the following registration(s):

VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-908, VA 1-716-870, VA 1-716-877

Which registrations cover the characters of Prince Elias, Drago, and the concepts Source of All, Bunnie Rabbot's Cybernetic Upgrade

121. SONIC THE HEDGEHOG #163 – Published August 2006
Infringes on the following registration(s):

VA 1-716-944, VA 1-716-908, VA 1-716-870, VA 1-716-877

Which registrations cover the characters of Julie- Su, Drago, and the concepts Source of All, Bunnie Rabbot's Cybernetic Upgrade

122. SONIC THE HEDGEHOG #162 – Published July 2006
Infringes on the following registration(s):
VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-719-908, VA 1-721-214, VA 1-716-908, VA 1-716-877
Which registrations cover the characters of Prince Elias, Aurora, Drago, and the concept Bunnie Rabbot's Cybernetic Upgrade

123. SONIC THE HEDGEHOG #161 – Published June 2006
Infringes on the following registration(s):
VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-948, VA 1-716-905, VA 1-716-944, VA 1-716-938, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-877
Which registrations cover the characters of Prince Elias, Locke, Evil Sonic and the concept Bunnie Rabbot's Cybernetic Upgrade

124. SONIC THE HEDGEHOG #160 – Published May 2006
Infringes on the following registration(s):
VA 1-719-850, VA 1-716-930, VA 1-716-859, VA 1-726-507, VA 1-716-948, VA 1-716-905, VA 1-716-944, VA 1-716-938, VAu 1-025-414, VA 1-716-867, VA 1-716-868, VA 1-716-912, VA 1-719-940, VA 1-726-501, VA 1-716-877
Which registrations cover the characters of Prince Elias, Locke, Evil Sonic and the concept Bunnie Rabbot's Cybernetic Upgrade

125. SONIC THE HEDGEHOG #158 – Published March 2006
Infringes on the following registration(s):
VA 1-716-919, VA 1-720-514, VA 1-720-518
Which registrations cover the stories THE DREAM ZONE, THE BIG GOODBYE and FOR WHOM THE BELL TOLLS plus the concept Ultimate Annihilator