SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Archie Comic Publications, Inc.      Plaintiff,

10 cv 8858   (RMB)

- against -

Kenneth W. Penders, II,      Defendant.
p/k/a/ Ken Penders

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Michael R. Ertel   attorney for  Kenneth W. Penders, II

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | R. Christopher Harshman |
| Firm Name: | Lovitz IP Law, PC |
| Address: | 9701 Wilshire Blvd. Suite 1000 |
| City/State/Zip: | Beverly Hills, CA 90212 |
| Telephone/Fax: | (310) 860-6136 / (310) 861-6566 |
| Email Address: | rch@packetlaw.com |

is admitted to practice pro hac vice as counsel for   Kenneth W. Penders, II     in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/24/11
City, State: NYC, NY



United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006