**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ARCHIE COMIC PUBLICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 10-cv-08858 (RMB) |
| v. | ) | |
| | ) | **Electronically Filed** |
| KENNETH W. PENDERS, II, | ) | |
| p/k/a/ KEN PENDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________________ | X | |

**NOTICE OF ARCHIE COMIC PUBLICATIONS' RULE 12 MOTION TO DISMISS PENDERS' COUNTERCLAIMS, AFFIRMATIVE DEFENSES AND CERTAIN DEMANDS FOR RELIEF, WITH PREJUDICE**

PLEASE TAKE NOTICE THAT plaintiff Archie Comic Publications, Inc. ("ACP") by undersigned counsel hereby moves this Court to dismiss all four counterclaims (for declaratory judgment, and direct, vicarious, and contributory copyright infringement) asserted by Defendant Kenneth W. Penders, II ("Penders") in his Amended Answer (D.E. 27) for failure to state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6). Penders' First Counterclaim is also redundant and all of his Affirmative Defenses are insufficient, and should be stricken under Fed. R. Civ. P. 12(f). To the extent any of the infringement counterclaims (2-4) survive dismissal, each is barred, at least in part, by 17 U.S.C. § 507(b); and Penders' prayer for statutory damages and attorneys' fees is also barred, at least in part, under 17 U.S.C.A. § 412.

Filed in support of this motion is a Memorandum of Law, together with supporting exhibits and a declaration of Victor Gorelick, ACP Editor-in-Chief and Co-President, which authenticates emails from December 2008 which are relied on by Penders in his pleading.

Respectfully submitted,

DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP

By: ___/s/______________________

Matthew C. Wagner (MW9432)
mwagner@dmoc.com

Scott Harrington (SH0588)
sharrington@dmoc.com

Diserio Martin O'Connor & Castiglioni LLP
50 Main Street, Suite 1000
White Plains, NY 1060
Tel: 914-684-0090

Date: August 3, 2011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. PENDERS, II,<br>*a/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew C. Wagner, hereby certify that on the 3rd day of August, 2011, pursuant to the requirements of the Federal Rules of Civil Procedure, the foregoing was filed electronically and is available for viewing and downloading from the ECF system and will be served on all counsel of record via ECF notification.

Respectfully submitted,
DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP

By: ___/s/______________________

Matthew C. Wagner (MW9432)
mwagner@dmoc.com

Scott Harrington (SH0588)
sharrington@dmoc.com

Diserio Martin O'Connor & Castiglioni LLP
50 Main Street, Suite 1000
White Plains, NY 1060
Tel: 914-684-0090

Date: August 3, 2011