# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ARCHIE COMIC PUBLICATIONS, INC.,

Plaintiff,

v. 10 Civ. 8858 RMB

KENNETH W. PENDERS, II,

Defendant.

------------------------------x

June 2, 2011
11:45 a.m.

Before:

HON. RICHARD M. BERMAN,

District Judge

APPEARANCES

DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
Attorneys for plaintiff
BY: MATTHEW CLIFTON WAGNER, Esq.
Of counsel

MICHAEL ERTEL,
MICHAEL LOVITZ,
Attorneys for defendant

MR. WAGNER: They would like to file an amended counterclaim.

THE COURT: Right.

MR. WAGNER: Of course, I have no position on that. If I had filed a motion, they would be entitled to do that. They propose to file that by June 7th.

THE COURT: Okay.

MR. WAGNER: And our response to that would then be due on June 28th, which is fine if the court is amenable to that?

THE COURT: June 7 would be an amended counterclaim?

MR. WAGNER: Correct.

THE COURT: And responses by when?

MR. WAGNER: June 28th.

THE COURT: That would be fine. You understand that the amendment, I will certainly allow the amendment. If you failed with respect to the motion to dismiss or any motion with respect to that amendment, that will be with prejudice, you understand that, since you have the opportunity to amend in advance of any motion practice?

MR. ERTEL: Yes, sir.

MR. WAGNER: So presumably, your Honor, if we intended to move to dismiss the amended counterclaim, we would need to file a premotion conference request?

THE COURT: Yes, do that at that time after you see