# Exhibit B

From: Victor Gorelick <vicg@archiecomics.com>

Date: July 29, 2011 2:37:17 PM EDT

To: Mike Pellerito <mpell@archiecomics.com>

Subject: FW: I Forgot To Mention

FYI

Victor Gorelick
Co-President/Editor-in-Chief
Archie Comic Publications, Inc.
325 Fayette Avenue
Mamaroneck, NY 10543

914-381-5155 Ext. 215
914-381-2335 Fax
vicg@archiecomics.com

-----Original Message-----
From: Ken Penders [mailto:KenPenders@kenpenders.com]
Sent: Thursday, December 04, 2008 11:15 PM
To: Victor Gorelick
Subject: Re: I Forgot To Mention

Victor,

My apologies for any confusion I may have caused. I've been trying to get my files in order now that we're finally settled in at a permanent location in LA, and the only outstanding issues I have with regards to Archie Comics are:

1) Original art to 3 stories I worked on which were printed in SONIC #152, 159 and 169. These were edited by Mike Pellerito.

2) A copy of the work-for-hire form that Scott Fulop originally sent to me. This was back in late '95.

If you turn up either the form or the original art or both, it would

greatly be appreciated if they were sent to the following address:

Ken Penders
824 S. Norton Avenue
Los Angeles, CA
90005-3656

In the meantime, here's wishing you and your family a safe, happy and healthy holiday season. Thanks very much. Take care.

Best,
Ken

On Dec 4, 2008, at 8:20 AM, Victor Gorelick wrote:

Ken,

Are you sure you have the numbers of those issues correct. I think

Scott

Fulop was long gone when those were published. Let me know.

Victor

Victor Gorelick

Co-President/Editor-in-Chief

Archie Comic Publications, Inc.

325 Fayette Avenue

Mamaroneck, NY 10543

914-381-5155 Ext. 217

914-381-2338 Fax

vicg@archiecomics.com

-----Original Message-----

From: Ken Penders [mailto:KenPenders@kenpenders.com]

Sent: Thursday, December 04, 2008 10:40 AM

To: Victor Gorelick

Subject: I Forgot To Mention

Victor,

As I didn't want to take up too much of your time during the phone conversation, besides requesting the Work-for-hire agreement I signed under Scott, the original art in question is from the later SONIC issues I worked on which I wrote, pencilled and inked from #152, 159 and pages I inked from #169. Thanks.

Best,

Ken Penders

310-927-9497

Begin forwarded message:

From: Victor Gorelick <vicg@archiecomics.com>

Date: July 29, 2011 2:36:41 PM EDT

To: Mike Pellerito <mpell@archiecomics.com>

Subject: FW: Happy Holidays (And a Request)

FYI

Victor Gorelick
Co-President/Editor-in-Chief
Archie Comic Publications, Inc.
325 Fayette Avenue
Mamaroneck, NY 10543

914-381-5155 Ext. 215
914-381-2335 Fax
vicg@archiecomics.com

-----Original Message-----
From: Ken Penders [mailto:KenPenders@kenpenders.com]
Sent: Monday, December 15, 2008 2:49 PM
To: Victor Gorelick
Subject: Happy Holidays (And a Request)

Victor,

I'm just following up on my previous e-mail as it may have gotten lost along the way. I've been trying to get my files in order now that we're finally settled in at a permanent location in LA, and the only outstanding issues I have with regards to Archie Comics are:

1) Original art to 3 stories I worked on which were printed in SONIC #152, 159 and 169. These were edited by Mike Pellerito.

2) A copy of the work-for-hire form that Scott Fulop originally sent to me. This was back in late '95.

If you turn up either the form or the original art or both, it would greatly be appreciated if they were sent to the following address:

Ken Penders
824 S. Norton Avenue
Los Angeles, CA
90005-3656

In the meantime, here's wishing you and your family a safe, happy and healthy holiday season. Thanks very much. Take care.

Best,
Ken

Begin forwarded message:

From: Victor Gorelick <vicg@archiecomics.com>

Date: July 29, 2011 2:36:09 PM EDT

To: Mike Pellerito <mpell@archiecomics.com>

Subject: FW: Happy New Year

FYI

Victor Gorelick
Co-President/Editor-in-Chief
Archie Comic Publications, Inc.
325 Fayette Avenue
Mamaroneck, NY 10543

914-381-5155 Ext. 215
914-381-2335 Fax
vicg@archiecomics.com

-----Original Message-----
From: Ken Penders [mailto:KenPenders@kenpenders.com]
Sent: Monday, January 05, 2009 2:39 PM
To: Victor Gorelick
Subject: Happy New Year

Victor,

I hope the New Year has started off on a positive note for you and yours. As I haven't heard from you in response to my previous e-mail, I gather it's been as hectic a holiday season for you as it has been on this end. I've been trying to get my files in order now that we're finally settled in at a permanent location in LA, and the only outstanding issues I have with regards to Archie Comics are:

1) Original art to 3 stories I worked on which were printed in SONIC #152, 159 and 169. These were edited by Mike Pellerito.

2) A copy of the work-for-hire form that Scott Fulop originally sent to me. This was back in late '95.

If you turn up either the form or the original art or both, it would greatly be appreciated if they were sent to the following address:

Ken Penders
824 S. Norton Avenue
Los Angeles, CA
90005-3656

If the items can't be be located, please let me know so I can check this off my list. Thanks very much. Take care.

Best,
Ken

310-927-9497