**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. PENDERS, II,<br>*a/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>**DECLARATION OF VICTOR GORELICK** |

I, Victor Gorelick, declare under the pains and penalties of perjury under the laws of the United States of America and the State of New York that the following is true and correct. The following facts are based on my personal knowledge. If called to testify regarding these facts, I could and would so competently testify:

1. I am Editor-in-Chief and co-President of Archie Comic Publications, Inc. (ACP), a publishing corporation located in Mamaroneck, NY. I have worked at ACP for over fifty (50) years in various roles. In December 2008 I was employed at ACP as Editor-in-Chief.

2. In searching for documents relevant to this case on or around July 29, 2011, I discovered a series of email exchanges in my email box between the Defendant, Kenneth W. Penders, II, and me dated between December 4, 2008 and January 5, 2009.

3. I forwarded each email to Mike Pellerito, President of ACP, on or around July 29, 2011. I understand that these emails were provided to our counsel and produced to Defendant with the numbers ACP00814-ACP00819. A copy of these email chains is attached as Exhibit A.

4. The emails attached as Exhibit A are true and exact copies of the records from ACP's network servers kept in the ordinary course of business. These are business records of ACP.

I, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed August 3, 2011 at Scarsdale New York.

Victor Gorelick

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. PENDERS, II,<br>*a/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew C. Wagner, hereby certify that on the 3rd day of August, 2011, pursuant to the requirements of the Federal Rules of Civil Procedure, the foregoing was filed electronically and is available for viewing and downloading from the ECF system and will be served on all counsel of record via ECF notification.

Respectfully submitted,
DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP

By: ___/s/_______________________
Matthew C. Wagner (MW9432)
mwagner@dmoc.com

Scott Harrington (SH0588)
sharrington@dmoc.com

Diserio Martin O'Connor & Castiglioni LLP
50 Main Street, Suite 1000
White Plains, NY 1060
Tel: 914-684-0090

Date: August 3, 2011