UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Archie Comic Publications, Inc., Plaintiff, v. Kenneth W. Penders, II, P/K/A/ Ken Penders, Defendant. | 10 Civ. 8858 (RMB) |

**DEFENDANT'S NOTICE OF MOTION AND MOTION *IN LIMINE* PURSUANT TO RULE 1002, FEDERAL RULES OF EVIDENCE TO EXCLUDE FROM TRIAL EXHIBITS A AND B TO THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendant Kenneth W. Penders, II will move the Court, at such date as the Court may direct, for the entry of an Order granting this Motion *in limine*, and such other relief as the Court deems proper.

Respectfully submitted,

Dated: September 14, 2011
Beverly Hills, California

LOVITZ IP LAW, P.C.

By /s/ R. Christopher Harshman
R. Christopher Harshman (*pro hac vice*)
9701 Wilshire Blvd. Ste 1000
Beverly Hills, CA 90212
Tel: (310) 860-6136
Fax: (310) 861-6566

*Attorneys for Defendant Kenneth W. Penders, II*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Archie Comic Publications, Inc., Plaintiff, v. Kenneth W. Penders, II, P/K/A/ Ken Penders, Defendant. | 10 Civ. 8858 (RMB) [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* |

The Court, having considered Defendant Kenneth W. Penders, II's Motion *in limine,* his Memorandum of Law in support thereof, and all prior pleadings and proceedings herein,

Defendant's Motion *in limine* is hereby **Granted**.

Plaintiff Archie Comic Publications, Inc. is hereby **Ordered** to refrain from introducing into evidence the Revised Newsstand Comic Independent Contractor's Agreement or the ACP Licensed Comic Books Independent Contractor's Agreement attached as Exhibits A and B to its Complaint.

**So ordered**.

Dated: ________________________
New York, New York

________________________________
Richard M. Berman, U.S.D.J.