UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Archie Comic Publications, Inc., | 10 Civ. 8858 (RMB) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* |
| Kenneth W. Penders, II, P/K/A/ Ken Penders, | |
| Defendant. | |

The Court, having considered Defendant Kenneth W. Penders, II's Motion *in limine,* his Memorandum of Law in support thereof, and all prior pleadings and proceedings herein,

Defendant's Motion *in limine* is hereby **Granted**.

Plaintiff Archie Comic Publications, Inc. is hereby **Ordered** to refrain from introducing into evidence the Revised Newsstand Comic Independent Contractor's Agreement or the ACP Licensed Comic Books Independent Contractor's Agreement attached as Exhibits A and B to its Complaint.

**So ordered**.

Dated: ______________________ ________________________________________
New York, New York Richard M. Berman, U.S.D.J.