UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. PENDERS, II, *p/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>DECLARATION OF KENNETH W. PENDERS IN OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE |

I, Kenneth W. Penders, II, hereby state as follows:

1. I have personal knowledge of the following, and if called as a witness I could and would testify competently thereto.

2. I have never applied for a copyright registration before February 18, 2009. I am not an attorney and have not studied copyright law.

3. I made the applications discussed herein personally, without the assistance of counsel.

4. I initially filed 52 applications online using the forms available on the Copyright Office website, accessible through the URL http://www.copyright.gov/.

5. After filing those initial 52 applications, I was contacted by examiners at the Copyright Office with further questions regarding my applications, in or around April 2009. The Copyright Office examiners inquired why I hadn't applied as co-author of the art of several stories I had supplied, as I had clearly had some involvement with the art.

6. Later, because of my lack of knowledge of copyright law and the complexity of my applications, in February 2010, a Mr. John Ashley, head of the

Visual Arts Recordation Division, personally reviewed my applications and subsequently assigned my applications to his assistant, William J Briganti.

7. I then personally worked with Mr. Briganti to develop the proper templates for re-filing each and every one of my initial 52 applications. A true and correct copy of the correspondence between myself and Mr. Briganti, to the extent such exists in my records, is attached here to as Exhibit A.

8. Once my initial applications were approved by Mr. Briganti, I proceeded to file applications for the remainder of my body of work.

9. In October 1993, I authored the stories "The Good, the Bad and the Hedgehog!" (originally titled "Doctor Sonic"), "Beat The Clock!" and Food For Thought or "You Are What You Eat!" These stories are the subjects of Copyright Registration VAu 1-025-414. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit B. Mr. Kanterovich executed each of the transfers attached hereto in the presence of a notary public, a true and correct copy of the certification thereof is attached hereto as Exhibit BB. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

10. In December 1993, I authored the story "A Day In The Life of Dr. Robotnik". This story is the subject of Copyright Registration VAu 1-067-752. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in June 2011. Due to the loss of the hard drive containing the original e-mail, Kanterovich subsequently reaffirmed that transfer in a writing, a true and correct copy of which is in the possession of Mr. Kanerovich, who is presently unavailable as he attends to personal matters; a true and correct copy of that

transfer can be made available should the Court so require. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

1. In January 1994, I authored the story "This Island Hedgehog". This story is the subject of Copyright Registration VA 1-709-769. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit C. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

2. In February 1994, I authored the stories "Do-It-Yourself" Sonic and "Girls Just Wanna Have Fun" (originally titled Girls Night Out). These stories are the subjects of Copyright Registration VA 1-717-511. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit D. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

3. In February 1994, I authored the story "What's The Big Idea?". This story is the subject of Copyright Registration VA 1-717-508. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit E. Upon review by the Copyright

Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

4. In January 1994, I authored the Cover Text as well as the stories "SONIC UNDER GLASS Parts I & II" and "THE MAN FROM H.E.D.G.E.H.O.G.". These stories are the subjects of Copyright Registration VA 1-717-502. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit F. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

5. In March 1994, I authored the stories Gorilla Warfare or "The Apes of Wrath" Parts I & II and First Star I See Tonight Princess Sally's Crusade Part I. These stories are the subjects of Copyright Registration VA 1-716-943. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit G. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

6. In July 1994, I authored the stories Wedding Bell Blues! and In The Still Of The Night Princess Sally's Crusade Part 2. These stories are the subjects of Copyright Registration VA 1-716-934. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit H. Upon review by the Copyright Office (see Exhibit A

hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

7. In August 1994, I authored the story The Quest Princess Sally's Crusade: Conclusion. This story is the subject of Copyright Registration VA 1-716-897. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit I. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

8. In September 1994, I authored the story Night of 1000 Sonics. This story is the subject of Copyright Registration VA 1-716-867. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit J. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

9. In October 1994, I authored the story Deadliest of the Species Prologue and the Dynamic Duo Coloring Page Text. This story and feature page are the subjects of Copyright Registration VA 1-717-500. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit K. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

10. In January 1995, I authored the story Deadliest of the Species Part 1. This story is the subject of Copyright Registration VA 1-716-881. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit L. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

11. In February 1995, I authored the story Deadliest of the Species Part 2. This story is the subject of Copyright Registration VA 1-726-429. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in July 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit M. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

12. In February 1995, I authored the story Panic In The Sky. This story is the subject of Copyright Registration VA 1-716-899. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit N. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

13. In March 1995, I authored the story Deadliest of the Species Part 3. This story is the subject of Copyright Registration VA 1-729-235. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in

June 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit O. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

14. In April 1995, I authored the story When Hedgehogs Collide!. This story is the subject of Copyright Registration VA 1-716-868. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit P. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

15. In May 1995, I authored the story The Chaos Effect. This story is the subject of Copyright Registration VA 1-716-882. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit Q. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

16. In June 1995, I authored the story "Bedtime Tails!", Freedom Fighters Cover Pin-Up and Bat-Sonic Cover Pin-Up. The story and both pin-ups are the subjects of Copyright Registration VA 1-717-534. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is

attached hereto as Exhibit R. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

17. In June 1995, I authored the story A Sense of History Part I. This story is the subject of Copyright Registration VA 1-716-947. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit S. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

18. In July 1995, I authored the story A Sense of History Part II. This story is the subject of Copyright Registration VA 1-716-928. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit T. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

19. In August 1995, I authored the story A Sense of History Part III. This story is the subject of Copyright Registration VA 1-716-916. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit U. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

20. In September 1995, I authored the story Lost…And Found! This story is the subject of Copyright Registration VA 1-716-856. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit V. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

21. In September 1995, I authored the story "Prisoners". This story is the subject of Copyright Registration VA 1-717-516. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in May 2010. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit W. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

22. In September 1995, I authored the story The Big Picture! This story is the subject of Copyright Registration VA 1-716-948. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit X. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

23. In October 1995, I authored the story Rites of Passage! Part One. This story is the subject of Copyright Registration VA 1-716-906. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in

February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit Y. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

24. In November 1995, I authored the story Rites of Passage! Part Two. This story is the subject of Copyright Registration VA 1-716-892. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit Z. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

25. In December 1995, I authored the story Rites of Passage! Part Three. This story is the subject of Copyright Registration VA 1-716-893. Kanterovich transferred rights to me via e-mail to me prior to my applying for the registration in February 2009. Due to the loss of the hard drive containing the original e-mail, Kanterovich reaffirmed that transfer in a writing dated July 14, 2011, a true and correct copy of which is attached hereto as Exhibit AA. Upon review by the Copyright Office (see Exhibit A hereto), Kanterovich's contributions were found to be de minimis and Kanterovich was not credited as the author of this work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September, 2011 in Granada Hills, California.

Kenneth W. Penders, II

# Exhibit A

**From:** "Copyright Office" <cop-ad@loc.gov>
**Subject:** **1-610839871 THE MAN WITHOUT A COUNTRY**
**Date:** June 17, 2011 1:24:24 PM PDT
**To:** kenpenders@kenpenders.com

---

Dear Ken Penders:

The deposit copy for this work states that it is "Based on the Story By Edward Everett Hale," and your Note to C.O. states that this is an "updated version of the Edward Everett Hale classic tale titled THE MAN WITHOUT A COUNTRY."

The "claim limitation" area of the application was not completed. Would it be appropriate, however, to describe the "Material Excluded" in this case as "Edward Everett Hale's classic tale titled THE MAN WITHOUT A COUNTRY" and the "Material Included" as "Updated version taking place throughout the 21st century America, with our own version of events"?

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
William R. Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABELBU]

**From:** "Copyright Office" <cop-ad@loc.gov>
**Subject:** **1-510407268 SONIC THE HEDGEHOG in "A DAY IN THE LIFE OF DR ROBOTNIK"**
**Date:** June 17, 2011 12:58:10 PM PDT
**To:** kenpenders@kenpenders.com

---

Dear Ken Penders:

Your application names both yourself as Mike Kanterovich as authors of this work, but only you are named as a copyright claimant. There is no transfer statement on the face of the application to explain how you acquired ownership of the copyright in Mr. Kanterovich's contributions. There is, however, a Note to C.O. which states "Mike Kanterovich has transferred his rights to with regards to this story." If this is the case, then should the application state that you acquired the copyright in his contributions "By written agreement"? If not, please explain.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
William R. Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABE7J0]

**From:** "Copyright Office" <cop-ad@loc.gov>
**Subject:** **RE: Re: 1-510407268 SONIC THE HEDGEHOG in "A DAY IN THE LIFE OF DR ROBOTNIK"**
**Date:** June 20, 2011 8:34:16 AM PDT
**To:** kenpenders@kenpenders.com

---

Dear Mr. Penders:

It is not necessary to submit a new application or send us a copy of the written transfer agreement. I have amended your application by adding the following transfer statement "by written agrement" to explain your ownership of the copyrgiht in its entirety.

Sincerely,
William Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABE7J0]

-----Original Message-----

From: kenpenders@kenpenders.com
Sent: 6/17/2011 04:31:06 PM
To: Copyright Office <cop-ad@loc.gov>
Subject: Re: 1-510407268 SONIC THE HEDGEHOG in "A DAY IN THE LIFE OF DR ROBOTNIK"

Mr Briganti,

I did indeed acquire the rights by written transfer and will resubmit a new application if I have to. My lawyers have the transfer agreement in their possession but I can produce a copy if necessary. Please advise. Thank you.

Best,
Ken Penders

On Jun 17, 2011, at 12:58 PM, Copyright Office wrote:

> Dear Ken Penders:
>
> Your application names both yourself as Mike Kanterovich as authors of this work, but only you are named as a copyright claimant. There is no transfer statement on the face of the application to explain how you acquired ownership of the copyright in Mr. Kanterovich's contributions. There is, however, a Note to C.O. which states "Mike Kanterovich has transferred his rights to with regards to this story." If this is the case, then should the application state that you acquired the copyright in his contributions "By written agreement"? If not, please explain.
>
> Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.
>
> Sincerely,
> William R. Briganti
> Assistant Chief
> Visual Arts Division
> U.S. Copyright Office
>
> When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct

office.

[THREAD ID:1-ABE7J0]

**From:** "Copyright Office" <cop-ad@loc.gov>
**Subject:** **1-610839871 THE MAN WITHOUT A COUNTRY**
**Date:** June 17, 2011 1:24:24 PM PDT
**To:** kenpenders@kenpenders.com

---

Dear Ken Penders:

The deposit copy for this work states that it is "Based on the Story By Edward Everett Hale," and your Note to C.O. states that this is an "updated version of the Edward Everett Hale classic tale titled THE MAN WITHOUT A COUNTRY."

The "claim limitation" area of the application was not completed. Would it be appropriate, however, to describe the "Material Excluded" in this case as "Edward Everett Hale's classic tale titled THE MAN WITHOUT A COUNTRY" and the "Material Included" as "Updated version taking place throughout the 21st century America, with our own version of events"?

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
William R. Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABELBU]

**From:** "Copyright Office" <cop-ad@loc.gov>
**Subject:** **RE: Re: 1-610839871 THE MAN WITHOUT A COUNTRY**
**Date:** June 20, 2011 8:41:33 AM PDT
**To:** kenpenders@kenpenders.com

---

Dear Mr. Penders:

There is no need to resubmit. I have added the statements you have approved, and registered the claim.

Sincerely,
William Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABELBU]

-----Original Message-----

From: kenpenders@kenpenders.com
Sent: 6/17/2011 04:40:47 PM
To: "Copyright Office" <cop-ad@loc.gov>
Subject: Re: 1-610839871 THE MAN WITHOUT A COUNTRY

Mr Briganti,

It would indeed be appropriate to describe the "Material Excluded" in this case as "Edward Everett Hale's classic tale titled THE MAN WITHOUT A COUNTRY" and the "Material Included" as "Updated version taking place throughout the 21st century America, with our own version of events".

I wasn't certain how to originally file based on the belief the original story is in public domain and I was making no claim to that, but was aware other publishers may have copyrighted their own version and had no desire to add to the confusion over what was being claimed.

The original story was the basis. The only elements retained from the original story was the name Nolan and the basic concepts, which were considerably updated to address current technology and geopolitical situations.

If required to resubmit, please advise. Thank you.

Best,
Ken Penders

On Jun 17, 2011, at 1:24 PM, Copyright Office wrote:

> Dear Ken Penders:
>
> The deposit copy for this work states that it is "Based on the Story By Edward Everett Hale," and your Note to C.O. states that this is an "updated version of the Edward Everett Hale classic tale titled THE MAN WITHOUT A COUNTRY."
>
> The "claim limitation" area of the application was not completed. Would it be appropriate, however, to describe the "Material Excluded" in this case as "Edward Everett Hale's classic tale titled THE MAN WITHOUT A COUNTRY" and the "Material Included" as "Updated version taking place throughout the 21st century America, with our own version of events"?
>
> Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
William R. Briganti
Assistant Chief
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-ABELBU]

**From:** Ken Penders <kenpenders@kenpenders.com>
**Subject:** **Re: 1-610839871 THE MAN WITHOUT A COUNTRY**
**Date:** July 13, 2011 11:35:54 AM PDT
**To:** Copyright Office <cop-ad@loc.gov>

---

Dear Mr. Briganti,

It recently arrived while I was out of town on business. I just returned only late last night. I can't say enough how appreciative I am of all of your efforts on behalf. Thank you very much.

Best,
Ken Penders

On Jul 11, 2011, at 2:13 PM, Copyright Office wrote:

> Dear Mr. Penders:
>
> Let me know if you still have not received this certifcate.
>
> Sincerely,
> William R. Briganti
> Assistant Chief
> Visual Arts Division
> U.S. Copyright Office
>
> When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.
>
> [THREAD ID:1-AEPWLD]
>
> -----Original Message-----
>
> From: kenpenders@kenpenders.com
> Sent: 6/30/2011 03:27:16 PM
> To: Copyright Office <cop-ad@loc.gov>
> Subject: Re: 1-610839871 THE MAN WITHOUT A COUNTRY
>
> Dear Mr. Briganti,
> To date, I've received every certificate I was supposed to, except for the one related to case # 1-610839871, certificate registration # listed as PAu003552815 on the Copyright Office search database.
> I'm inquiring to learn if this certificate was indeed mailed out, as my co-author Elliot S! Maggin has expressed interest in me providing him with a copy. I myself need a copy to turn over to my lawyer. Any information you can supply related to this matter is deeply appreciated. Thank you.
> Best,Ken Penders

# Exhibit B

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit C

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit D

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit E

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit F

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit G

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit H

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit I

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit J

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit K

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit L

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit M

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit N

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit O

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit P

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit Q

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit R

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

________________________

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit S

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit T

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit U

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

______________________________

Mike Kanterovich

7/14/2011

Date

______________________________

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit V

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit W

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit X

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit Y

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit Z

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER**

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

[signature]

Mike Kanterovich

7/14/2011

Date

[signature]

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit AA

# CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER

On this date 7/14, 2011, I Michael (Mike) Kanterovich effectively transfer my claim to the following creations:

SONIC THE HEDGEHOG in THE GOOD, THE BAD AND THE HEDGEHOG!

SONIC THE HEDGEHOG will never BEAT THE CLOCK!

SONIC THE HEDGEHOG in FOOD FOR THOUGHT OR "YOU ARE WHAT YOU EAT!"

All of which were published in SONIC THE HEDGEHOG #11, June 1994 issue and currently covered by Copyright Registration # VAu 1-025-414

This transfer to Kenneth Penders (p/k/a Ken Penders) is solely contingent upon him continuing to represent my share of the business interests inherent in this transfer in the same manner as he has previously represented my interests with the original creation of this material.

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

# Exhibit BB

**CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER AUTHENTICATION**

On this date 7/14, 2011, I Michael (mike) KANTEROVICH signed all CERTIFICATE OF COPYRIGHT REGISTRATION TRANSFER documents listing each of the works I co-wrote with Ken Penders in the presence of an official witness, with the witness's signature and stamp certifying all documents bearing my signature as authentic.

[signature]

Mike Kanterovich

7/14/2011

Date

Janet P. Waugaman

Notary

Janet P Waugaman
Notary Public, State of New Hampshire
My Commission Expires Apr. 28, 2015

July 14/2011

Date