UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. PENDERS, II,<br>*p/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>SUPPLEMENTAL DECLARATION OF KENNETH W. PENDERS IN OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE |

I, Kenneth W. Penders, II, hereby state as follows:

1. I have personal knowledge of the following, and if called as a witness I could and would testify competently thereto.

2. On September 23, 2011, after I submitted my Declaration in Opposition to Plaintiff's Motions in Limine, I received the attached emails and draft correspondence from William Briganti, Assistant Chief Visual Arts and Recordation Division, United States Copyright Office ("Copyright Office"). True and correct copies of these documents, which constitute records of the activities of the Copyright Office, a public office or agency, are attached hereto as Exhibits A through LL. These emails and documents were made between March 12, 2010 and July 02, 2010.

3. The attached exhibits specifically include a copy of the correspondence sent by the United States Copyright Office to Plaintiff Archie Comic Publications, Inc. ("Archie") on April 21st, see Exhibits V and EE.

4. The attached exhibits additionally demonstrate Archie did not respond to the Copyright Office's correspondence; see Exhibit EE: "We have not heard anything back from … Archie Comics Publication, Inc. regarding the letter we placed in the mail on April 21 (copies were faxed to you that same day). We

generally wait about 30 days for a response to such letters before proceeding with registration."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of September, 2011 in Granada Hills, California.

Kenneth W. Penders, II