Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC., Plaintiff, | ) |
| vs. | ) Case No. 10-CV-8858 (RMB) |
| KENNETH W. PENDERS, II, a/k/a KEN PENDERS, Defendant. | ) |

DEPOSITION OF KENNETH W. PENDERS II

Los Angeles, California

Thursday, August 25, 2011

REPORTED BY:

RICH ALOSSI, RPR, CCRR, CSR

CSR NO. 13497

WILSHIRE REPORTING SERVICE

(213) 290-6320

INFO@WILSHIREREPORTING.COM

None of the transfers -- and they are numerous, so I won't belabor the record with reciting all the numbers or marking them --

A Can we go off the record real quick.

05:52PM THE REPORTER: Yes, unless there's an objection.

MR. WAGNER: Yeah, that's fine.

(Off the record.)

MR. WAGNER: So none of them are signed. We had a short dialog off the record. Apparently Mr. Penders has 05:56PM come into possession of executed copies and has those to produce to counsel but hasn't done that quite yet. But he's --

THE WITNESS: I will endeavor to get that to you on a timely basis.

05:56PM MR. WAGNER: There's also some additional documents that I understand he will have sent to his attorneys to process and produce, if appropriate.

And lastly, there apparently is some letter signed by Mr. Kanterovich which Mr. Penders believes 05:56PM was produced, which I don't recall seeing and which Mr. Harshman has committed to locating and identifying for us. And if it has been produced, give me the Bates number, and if it hasn't been produced, then produce it to me; right?

05:57PM MR. HARSHMAN: Right.