USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ARCHIE COMIC PUBLICATIONS, INC.,

Plaintiff,

-against-

KENNETH W. PENDERS, II,

Defendant.

-----------------------------------------------------------x

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

10 **CIVIL** 8858 (RMB) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __X____ | Specific Non-Dispositive Motion/Dispute:* Motion for Sanctions, Fees, & Costs | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: __________ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ______________________ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
October 5, 2011

Richard M. Berman

**RICHARD M. BERMAN, U.S.D.J.**