# Exhibit F

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF NEW YORK


ARCHIE COMIC PUBLICATIONS,    )
INC.,                         )
                              )
            Plaintiff,        )
                              )
     vs.                      ) Case No. 10-CV-8858 (RMB)
                              )
KENNETH W. PENDERS, II,       )
a/k/a KEN PENDERS,            )
                              )
            Defendant.        )
_____)
```

DEPOSITION OF KENNETH W. PENDERS II

Los Angeles, California

Thursday, August 25, 2011

REPORTED BY:                         WILSHIRE REPORTING SERVICE

RICH ALOSSI, RPR, CCRR, CSR              (213) 290-6320

CSR NO. 13497                    INFO@WILSHIREREPORTING.COM

WILSHIRE REPORTING SERVICE

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4   ARCHIE COMIC PUBLICATIONS,   )
    INC.,                        )
5                                )
                Plaintiff,       )
6                                )
        vs.                      ) Case No. 10-CV-8858 (RMB)
7                                )
    KENNETH W. PENDERS, II,      )
8   a/k/a KEN PENDERS,           )
                                 )
9               Defendant.       )
    _____)

10

18        DEPOSITION OF KENNETH W. PENDERS II, taken on

19  behalf of the Plaintiff, at 10880 Wilshire Boulevard,

20  Suite 1700, Los Angeles, California, on Thursday,

21  August 25, 2011, from 9:57 A.M. to 6:33 P.M., before

22  RICH ALOSSI, RPR, CCRR, CSR NO. 13497, pursuant to Notice.

23                              * * *

24

25

— WILSHIRE REPORTING SERVICE —

|  |  |
|---|---|
|  | 1   Q   Okay. So you didn't have a written agreement |
|  | 2   from him specifically transferring to you this |
|  | 3   particular work when you filed the application; right? |
|  | 4   A   At the time I filed the application, I may |
| 06:24PM | 5   not have had a specific written agreement; correct. |
|  | 6   Q   And that would be true for any of the |
|  | 7   registrations on which Mr. Kanterovich is listed as a |
|  | 8   co-author, wouldn't it? |
|  | 9   A   I would agree. Yes. |
| 06:24PM | 10   Q   I think that would also be true with respect |
|  | 11   to any of the registrations on which there is any |
|  | 12   co-author at all; right? |
|  | 13   A   Well, on some of those with a co-author, for |
|  | 14   example, Sonic 49, Sonic 50 -- no, Sonic 48, 49, 50, |
| 06:25PM | 15   and the Sonic Super Special 6, there are co-claimants. |
|  | 16   I only own either half or a quarter of the copyrights. |
|  | 17   I don't own those copyrights outright. |
|  | 18   Q   You didn't make any claim to have had a |
|  | 19   transfer in those? |
| 06:25PM | 20   A   No, I did not make a claim to a transfer of |
|  | 21   any of those. |
|  | 22   Q   Okay. Is Mr. Kanterovich the only co-author |
|  | 23   from whom you made any claims at the Copyright Office |
|  | 24   to have a written transfer agreement? |
| 06:25PM | 25   A   I asked the Copyright Office if they wanted |