# Exhibit G

To whom it may concern,

I, _____, hereby transfer any and all rights to the stories I co-wrote with Ken Penders for the SONIC THE HEDGEHOG series that were published by Archie Comics, as well as any of the stories that were published in any SONIC spin-off one-shot specials and/or mini series.

As Ken as represented both of our interests during the initial time we worked together, this transfer is on condition he continue to represent my interests in any future endeavors requiring the utilization of said material.

This transfer is effective with the filing of the claim for the copyright of any and all material Ken and I produced together.

_____
Michael Kanterovich

4/22/10
Date

Witnessed by: _____

_____
Notary

ELAINE M PRESCOTT
NOTARY PUBLIC
NEW HAMPSHIRE
MY COMMISSION EXPIRES JANUARY 16, 2013

4/22/10
Date