# Exhibit K

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ARCHIE COMIC PUBLICATIONS, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-08858 (RMB) ECF Case |
| v. | ) ) | |
| KENNETH W. PENDERS, II, p/k/a KEN PENDERS | ) ) ) | **RULE 29 STIPULATION** |
| Defendant. | ) ) ) | |

Pursuant to Fed. Rule Civ. P. 29, the parties hereby stipulate as follows:

1) For all written discovery served on or after Monday June 27, 2011, the parties hereby agree to accept service by email and waive the extra three days for mailing under FRCP 6(d), such that the last day on which written discovery may be served under the present discovery deadline will be Wednesday June 29, 2011; responses, along with actual production of documents, if any will be served (via email to all attorneys of record if possible, or overnight mail) on Friday July 29, 2011.

2) Each party shall provide the other party with a list of anticipated trial witnesses on or before July 20, 2011 along with a set of dates on which such witness will be available for deposition (to the extent known by and/or within the control of that party), and in what city and state.

3) The parties will serve Rule 26 initial disclosures on or before July 20, 2011.

4) The parties agree that depositions may be scheduled and taken up to and including August 26, 2011.

(Signatures continue on following page)

| | |
|---|---|
| /s/                              6/29/11 | /s/                              6/30/2011 |
| Michael R. Ertel (ME 7146)  (Date) | Matthew C. Wagner (MW 9432)    (Date) |
| mertel@lysaghtlaw.com | mwagner@dmoc.com |
| LYSAGHT, LYSAGHT & ERTEL LLP | DISERIO MARTIN |
| 230 Park Avenue, Tenth Floor | 50 Main Street, Suite 1000 |
| New York, NY 10169 | White Plains, NY 10606 |
| (212) 300-5665 Tel | (914) 684-0090 Tel |
| (212) 300-6938 Fax | (914) 684-0590 Fax |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

/s/                              6/29/11
R. Christopher Harshman      (Date)
charshman@lovitziplaw.com
LOVITZ IP LAW PC
9701 Wilshire Blvd., Tenth Floor
Beverly Hills, CA 90212
(310) 860-6136 Tel
(310) 861-6566 Fax
*Attorneys for Defendant*