Matthew C. Wagner
mwagner@dmoc.com
Scott Harrington
sharrington@dmoc.com
DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
50 Main Street, Suite 1000
White Plains, NY 10606
(914) 684-0090 Tel
(914) 684-0590 Fax

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. PENDERS, II,<br>*a/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS** |

Plaintiff Archie Comic Publications, Inc. ("ACP") hereby objects to the following exhibits which are expected to be offered in evidence at trial by defendant Kenneth W. Penders, II ("Penders") pursuant to his exhibit listed hand-delivered to counsel and the Court on December 13, 2011. The grounds for ACP's objections are set forth below.

In addition to these objections, ACP also reserves all objections as to any exhibits listed in Penders' trial exhibit list but never disclosed or produced.

| Exhibit | Objection |
|---|---|
| Exhibit 1 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 2 | Relevance (FRE 402), FRE 403, Not timely produced |

| **Exhibit** | **Objection** |
|---|---|
| Exhibit 3 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 47 | Not timely produced |
| Exhibit 48 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 56 | Relevance (FRE 402), FRE 403 |
| Exhibit 58 | Relevance (FRE 402), FRE 403, Character (FRE 404), Not timely produced |
| Exhibit 59 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 60 | Relevance (FRE 402), FRE 403, Character (FRE 404), Not timely produced |
| Exhibit 61 | Relevance (FRE 402), FRE 403, Character (FRE 404), Not timely produced |
| Exhibit 63 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 65 | Character (FRE 404), Not timely produced, Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 66 | Not timely produced, Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 67 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 68 | Relevance (FRE 402), FRE 403, Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 70 | Relevance (FRE 402), FRE 403 |
| Exhibit 71 | Relevance (FRE 402), FRE 403 |
| Exhibit 72 | Relevance (FRE 402), FRE 403 |
| Exhibit 73 | Relevance (FRE 402), FRE 403 |
| Exhibit 74 | Relevance (FRE 402), FRE 403 |

| **Exhibit** | **Objection** |
|---|---|
| Exhibit 75 | Relevance (FRE 402), FRE 403, Character (FRE 404), Illegible, Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 76 | Relevance (FRE 402), FRE 403, Authentication (FRE 901) |
| Exhibit 77 | Relevance (FRE 402), FRE 403, Character (FRE 404) |
| Exhibit 78 | Relevance (FRE 402), FRE 403 |
| Exhibit 79 | Relevance (FRE 402), FRE 403 |
| Exhibit 80 | Relevance (FRE 402), FRE 403, Hearsay (FRE 802) |
| Exhibit 81 | Relevance (FRE 402), FRE 403, Hearsay (FRE 802) |
| Exhibit 83 | Relevance (FRE 402), FRE 403, Not timely produced |
| Exhibit 84 | Relevance (FRE 402), FRE 403 |
| Exhibit 85 | Relevance (FRE 402), FRE 403, Character (FRE 404) |
| Exhibit 86 | Relevance (FRE 402), FRE 403 |
| Exhibit 87 | Relevance (FRE 402), FRE 403, Hearsay (FRE 802) |
| Exhibit 88 | Relevance (FRE 402), FRE 403 |
| Exhibit 89 | Relevance (FRE 402), FRE 403, Improperly labeled as "copyright registrations" |
| Exhibit 91 | Relevance (FRE 402), FRE 403, Character (FRE 404) |
| Exhibit 92 | Relevance (FRE 402), FRE 403, Character (FRE 404) |
| Exhibit 93 | Not timely produced |
| Exhibit 94 | Not timely produced |
| Exhibit 95 | Not timely produced |
| Exhibit 96 | Not timely produced |

| Exhibit | Objection |
|---|---|
| Exhibit 97 | Not timely produced |
| Exhibit 98 | Not timely produced |
| Exhibit 99 | Not timely produced |
| Exhibit 100 | Not timely produced |
| Exhibit 101 | Not timely produced |
| Exhibit 102 | Not timely produced |
| Exhibit 103 | Not timely produced |
| Exhibit 104 | Not timely produced |
| Exhibit 105 | Not timely produced |
| Exhibit 106 | Not timely produced |
| Exhibit 107 | Not timely produced |
| Exhibit 108 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 109 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 110 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 111 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 112 | Not timely produced |
| Exhibit 113 | Relevance (FRE 402), FRE 403 |
| Exhibit 114 | Not timely produced |

| Exhibit | Objection |
|---|---|
| Exhibit 115 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 116 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 117 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified |
| Exhibit 118 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 119 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 120 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 121 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified |
| Exhibit 122 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 123 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; incomplete exhibit |
| Exhibit 124 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404) |

| **Exhibit** | **Objection** |
|---|---|
| Exhibit 125 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; incomplete exhibit; compilation of exhibits |
| Exhibit 126A+B | Not timely produced |
| Exhibit 127 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; FRE 1002-1004; illegible; argumentative description |
| Exhibit 128 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; FRE 1002-1004; illegible; argumentative description |
| Exhibit 130 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; incomplete exhibit; compilation of exhibits |
| Exhibit 131 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 132 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404); Hearsay (FRE 802), incorrectly identified; incomplete exhibit; compilation of exhibits |
| Exhibit 133 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incorrectly identified; FRE 1002-1004; argumentative description; improper summary FRE 1006 |

| Exhibit | Objection |
|---|---|
| Exhibit 134 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404) |
| Exhibit 135 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404) |
| Exhibit 136 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404) |
| Exhibit 137 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 138 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 139 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 140 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 141 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); any other objections reserved until produced |
| Exhibit 142 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); any other objections reserved until produced |
| Exhibit 143 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 144 | Omitted |
| Exhibit 145 | Relevance (FRE 402), FRE 403; Character (FRE 404) |

| **Exhibit** | **Objection** |
|---|---|
| Exhibit 146 | Relevance (FRE 402), FRE 403; Character (FRE 404) |
| Exhibit 147 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404) |
| Exhibit 148 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404); Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 150 | Not timely produced; Relevance (FRE 402), FRE 403 |
| Exhibit 151 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); illegible; incomplete |
| Exhibit 152 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incomplete |
| Exhibit 153 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incomplete |
| Exhibit 154 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 155 | Not timely produced; Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901) |
| Exhibit 156 | Relevance (FRE 402), FRE 403 |
| Exhibit 157 | Relevance (FRE 402), FRE 403 |
| Exhibit 158 | Relevance (FRE 402), FRE 403; Hearsay (FRE 802), Authentication (FRE 901); incomplete |

| Exhibit | Objection |
| --- | --- |
| Exhibit 176 | Incorrect description; incorrectly marked as registration documents |
| Exhibit 177 | Incorrect description; incorrectly marked as registration documents |
| Exhibit 179 | Relevance (FRE 402), FRE 403; Hearsay (FRE 802) |
| Exhibit 180 | Relevance (FRE 402), FRE 403 |
| Exhibit 182 | Relevance (FRE 402), FRE 403; Hearsay (FRE 802) |
| Exhibit 183 | Relevance (FRE 402), FRE 403; Hearsay (FRE 802) |
| Exhibit 184 | Relevance (FRE 402), FRE 403 |
| Exhibit 200 | Not timely produced; Relevance (FRE 402), FRE 403; Character (FRE 404); Hearsay (FRE 802), Authentication (FRE 901) |

Respectfully submitted,

DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP

By: /s/ ____________________

Matthew C. Wagner (MW9432)
mwagner@dmoc.com

Scott Harrington (SH0588)
sharrington@dmoc.com

Jonathan R. Longobardi (JL4399)
jlongobardi@dmoc.com

Diserio Martin O'Connor & Castiglioni LLP
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: 914-684-0090

Date: December 23, 2011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARCHIE COMIC PUBLICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. PENDERS, II,<br>*a/k/a* KEN PENDERS<br><br>Defendant. | Case No.: 10-CV-8858 (RMB)<br><br>Judge: Hon. Richard M. Berman<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew C. Wagner, hereby certify that on the 23rd day of December, 2011, pursuant to the requirements of the Federal Rules of Civil Procedure, the foregoing was filed electronically (ECF) and is available for viewing and downloading from the ECF system and will be served on all counsel of record via ECF notification.

Respectfully submitted,
DISERIO MARTIN O'CONNOR &
CASTIGLIONI LLP

By: /s/
Matthew C. Wagner (MW9432)
mwagner@dmoc.com

Scott Harrington (SH0588)
sharrington@dmoc.com

Jonathan R. Longobardi (JL4399)
jlongobardi@dmoc.com

Diserio Martin O'Connor & Castiglioni LLP
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: 914-684-0090

Date: December 23, 2011