**EXHIBIT A**
**TO PENDERS' OPPOSITION TO**
**PLAINTIFF'S AMENDED MOTION IN LIMINE**

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 1. 1 | Unpaid Layouts: *Sonic Brave New World; Knuckles the Dark Legion; Knuckles the Los Paradise; Knuckles the Echidna #10-21, #25-29, #47-50, #58* | KP 5000 | KP 5033 | | | | |
| 2 | Unpaid Layouts for *Sonic #16 The Man from Hedge Hog; Sonic #131; & Sonic #10-11 including stories entitled The Good, the bad and the Hedge Hog; Beat the Clokc; and Food for Thought* | KP 5034 | KP 5083 | | | | |
| 3 | Unpaid Layouts for Sonic #159 and Concept Art for the character Kragok | KP 5084 | KP 5090 | | | | |
| 4 | "ACP Licensed Comic Agreements" for any other Freelancer who worked on Knuckles/Sonic the Hedgehog 1992-2005; including Scott Shaw, Michael Gallagher, Art Mawhinney, Rich Kosolwski, Ian Flynn, Scott Fulop, Manny Galan, Karl Bowlers, Mike Kanterovich, Harvey Mercadoocasio, Pam Eklund, Steve Butler, Jeff Axer, Dawn Best, Patrick Spaziante, Jim Valentino, Collen Doran. | Requested from ACP but not yet Produced | | | | | |
| 5 | Contractor's Agreement | Complaint Exh A | | ` | | | |
| 6 | Licensed Comic Books IC Agreement | Complaint Exh B | | | | | |
| 7 | Penders letter to ACP 7/02/2010 | Complaint Exh D | | | | | |
| 8 | ACP letter to Penders 7/13/2010 | Complaint Exh E | | | | | |
| 9 | ACP letter to Penders 7/21/2010 | Complaint Exh F | | | | | |
| 10 | Penders letter to ACP 10/14/2010 | Complaint Exh G | | | | | |
| 11 | ACP letter to Penders 10/27/2010 | Complaint Exh H | | | | | |
| 12 | Penders letter to ACP 11/04/2010 | Complaint Exh I | | | | | |
| 13 | List of Penders' Sonic Copyright Registrations (1-170) | Complaint Exh J | | | | | |
| 14 | December 2008 Emails | ACP00814 | ACP00819 | | | | |
| 15 | Independent Contractor's Agreements- various artists | ACP00001 | ACP00366 | | | | |
| 16 | January 21st, 2010ACP-SEGA Digital Distribution License Agreement | ACP00367 | ACP00385 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | June 11th, 1992 SEGA-ACP Merchandising Agreement Terms & Conditions | ACP00386 | ACP00413 | | | | |
| 18 | Letter dated 7/12/04 from ACP to Robert Leffler enclosing revised LOA Agreement re Sonic covers | ACP00414 | ACP00416 | | | | |
| 19 | Letter dated 1/8/96 from ACP to Diane Drosnes re renewal amendment for Archie/Comic/Sonic the Hedgehog agreement | ACP00418 | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 20 | Phone notes dated 1/16/96 from Michael Pellerito re Sonic contract extension | ACP00419 | | | | | |
| 21 | Letter dated 1/8/96 from Strategy Licensing Co. to Michael Silberkleit enclosing Amendment to ACP's Sonic the Hedgehog licensing agreement | ACP00420 | | | | | |
| 22 | Letter dated 9/24/07 from Sega to Fred Mausser enclosing the Third Amendment to Agreement between SOA and ACP | ACP00422 | ACP00424 | | | | |
| 23 | Interoffice Memo dated 12/9/02 from Fred Mausser to Michael Silberkleit & Richard Goldwater enclosing the Contract Extension to ACP's Merchandising Agreement with Sega | ACP00425 | ACP00426 | | | | |
| 24 | Letters dated 9/24/93 from ACP to Sega extending the 6/11/92 Merchandising Agreement (enclosed) | ACP00427 | ACP00429 | | | | |
| 25 | Letter from Sega to Fred Mausser enclosing amendment to the 6/11/92 License Agreement, dated 1/4/01 | ACP00430 | | | | | |
| 26 | Letter dated 5/11/05 from ACP to Rober Leffler re reprinting Sonic the Hedgehog in digest sized books | ACP00431 | ACP00432 | | | | |
| 27 | Letter dated 8/4/04 from Sega to Fred Mausser enclosing LOA re use of the Sonic the Hedgehog comic book covers in Sega games | ACP00433 | ACP00435 | | | | |
| 28 | Amendment to Sega/Sonic the Hedgehog Merchandising Agreement, dated 7/8/2004 | ACP00436 | | | | | |
| 29 | MLA between SOA, Inc. and ACP, dated 9/1/04 | ACP00437 | ACP00454 | | | | |
| 30 | Letter dated 3/21/05 from Sega to Mike Pellerito enclosing copies of the agreement for Sonic X | ACP00455 | | | | | |

Archie Comic Publications, Inc. v. Kenneth W. Penders, II
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 31 | Letter dated 3/25/05 from ACP to Robert Leffler enclosing the MLA for Sonic X w/ $2,500 check to cover Advance Royalty | ACP00456 | | | | | |
| 32 | Letter dated 10/18/94 from Sega to Fred Mausser enclosing the Princess Sally Merchandising Agreement | ACP00457 | ACP00466 | | | | |
| 33 | Letter dated 3/24/04 from ACP to Robert Leffler enclosing executed, revised LOA re Sonic covers on Sega video game, Sonic Mega Collection 2 and the Tear-Off Coupon in Sega video game production; and Sonic Mega Collection 2 game in box | ACP00467 | ACP00468 | | | | |
| 34 | Email dated 3/22/04 from Robert Leffler to Fred Mausser re use of Sonic covers, enclosing Sonic Mega Collection LOA | ACP00469 | ACP00470 | | | | |
| 35 | Letter dated 10/11/02 from Fred Mausser to Robert Leffler re renewal of 6/11/92 Sega/Sonic the Hedgehog Merchandising Agreement | ACP00471 | ACP00473 | | | | |
| 36 | Letter dated 6/18/87 from Grimes & Battersby LLP to Jane Thompson (SEGA) enclosing executed Princess Sally amendment | ACP00474 | ACP00475 | | | | |
| 37 | Letter dated 9/1/98 from Grimes & Battersby LLP to Jane Thompson enclosing the amendment to the Sega Sonic Agreement | ACP00476 | ACP00477 | | | | |
| 38 | 8/28/98 Letter from Sega to Charles Grimes enclosing Amendment to Sonic Merchandising Agreement, dated 6/11/92 | ACP00478 | ACP00479 | | | | |
| 39 | Fax dated 8/16/02 from Fred Mausser to Robert Leffler enclosing LOA re Sonic Mega Collection | ACP00480 | ACP00482 | | | | |
| 40 | Email dated 3/23/11 from Cindy (SOA) Chau to Mike Pellerito re Sega-Archie MLA enclosing draft MLA | ACP00483 | ACP00509 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 41 | Email dated 4/18/11 from Mike Pellerito to Cindy (SOA) Chau re Sega STH Agreement and ACP IC Agreement, enclosing ACP Sonic the Hedgehog MLA and revised proposed draft form agreement proposed by ACP to use with 3RD Party Contributors | ACP00510 | ACP00538 | | | | |
| 42 | Email from Cindy (SOA) Chau to Mike Pellerito enclosing a redline MLA for review | ACP00539 | ACP00592 | | | | |
| 43 | ACP Digital Sales Sega Sonic Downloads spreadsheet | ACP00594 | | | | | |
| 44 | Sonic the Hedgehog P&L spreadsheet | ACP00595 | ACP 00596 | | | | |
| 45 | IVERSE AGREEMENT, April 25, 2009 | ACP1081 | ACP1084 | | Produced by ACP on November 16, 2011 | | |
| 46 | Amendment Number One to Iverse Agreement for Services, between ACP and iVerse Media, LLC, dated 5/1/11 | ACP00597 | ACP00599 | | | | |
| 47 | A. Graphicaly Agreement and Related Amendments;<br>B. Sonic Sales, January 1st 2011 to November 28, 2011 | A. Requested not Produced<br>B. KP 5096 | KP 5099 | | | | |
| 48 | Graphicaly Website Bio of Ken Penders http://graphicly.com/search?q=penders | KP 5095 | KP 5096 | | | | |
| 49 | Check History Report and canceled checks to Kenneth Penders | ACP00600 | ACP00614 | | | | |
| 50 | Fax dated 8/20/04 from Ken Penders to whomever is handling Mike's paperwork enclosing 16 page Sonic script: System Shutdown | ACP00615 | ACP00631 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | 2003-2005 invoices from Ken Penders to ACP for work done | ACP00632 | ACP00666 | | | | |
| 52 | Interoffice Memo dated 11/19/97 from Justin to Richard, Michael, Victor and Fred, cc: Paul re Sonic/Image crossover proposal | ACP00667 | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 53 | Memo dated 10/29/97 from Ken Penders to Richard Goldwater, Michael Silberkleit and Victor Gorelick re Sonic Super Special #7 | ACP00668 | ACP00669 | | | | |
| 54 | Redacted ACP's Author Artist Spreadsheet | ACP00926 | ACP01015 | | | | |
| 55 | Archie 1099 Forms 1996 - 2006 | KP0003 | KP0015 | | | | |
| 56 | Archie Story Lines/ Scripts 10/93, Correspondence and drawings-shows Sega's comments | KP0021 | KP0072 | | | | |
| 57 | Archie Fulop Memo to Ken/Mike dated 3/30/94 | KP0073 | KP0074 | | | | |
| 58 | Penders' DC Comic Work for Hire Agreement AND DC CHECK #004102; Marvel Agreement (Star Trek) and Vouchers and Archie 1099 doc | KP 5153 | KP 5155 | | | | |
| 59 | Bob Harris Fax Letter to ACP forwarded by Castiglia with his handwritten notes to Penders | KP 5120 | KP 5121b | | | | |
| 60 | 1991 Penders' - TSR, Inc. Work For Hire Agreements (2 Agreements Included ) | KP 5684 | KP 5719 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 61 | Penders'-Malibu Work For Hire Agreements; July 1994 and December 1994 | KP 5620 | | | | | |
| 62 | Intentionally left blank | | | | | | |
| 63 | Unpaid Penders' Sonic Stories: "Revolution" and "All My Tomorrows" submitted to Michael Pellerito and used in Sonic #166-167 | KP 5120 | KP 5136 | | | | |
| 64 | Penders' Archie Comics 1099 for 1996 | KP003 | | | | | |
| 65 | Declarations of Michael Kanterovich, Larry Houston, Amber Greenlee, Elliot S! Maggin, Scott Shaw!, Michael Pellerito, Robert Greenberger, Paul Howley and related documents, Dawn Best Sonic Gram, Ken Sonic Gram | KP 5158 | KP 5173A | | | | |
| 66 | Emails from Robert Leffler @ Sega and other Sega Execs to Penders re ownership of Sonic comic content and potential project developments; Sonic T Shirt | KP 5560 | KP 5581A | | | | |
| 67 | Submitted but Unpaid for Layouts and Plot Lines; Including 1994 Submission of Layout and Story which was later used in 1996 for "Sonic Live"; Sonic Super Special #7, #9 & Sonic #47 | KP 5582 | KP 5617 A6 | | | | |
| 68 | Letter dated 2/4/88 to Penders re Art Supply letter of Credit | KP0017 | | | | | |
| 69 | Sales Reports from 1993-current for sales of paper reprints and digital downloads and other profits earned by ACP and 3rd Parties including Comixology, Diamond Comic Distributors, Jazware | Requested not Produced | | | | | |
| 70 | Archie- Mausser letter to Robert Harris dated 4/2/1994 | KP0075 | KP0077 | | | | |
| 71 | 5/4/98 Penders U.S. Postage receipt for work mailed to ACP | KP0125 | KP0126 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72 | 5/10/01 Penders U.S. Postage receipt for work mailed to ACP | KP0184 | | | | | |
| 73 | 1994 Comic-con Penders promotion | KP0370 | KP0371 | | | | |
| 74 | Penders Submitted but not paid for submissions to ACP | KP0374 | KP0394 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 75 | Penders business dealings with other Comic companies | KP0396 | KP0567 | | | | |
| 76 | Penders Comic-con attendance records | KP0569 | KP0586 | | | | |
| 77 | Penders Freelance work | KP0713 | KP0870 | | | | |
| 78 | Penders art supply costs | KP0876 | KP0885 | | | | |
| 79 | Catweazle | KP0887 | KP0888 | | | | |
| 80 | Envelope & Letters showing transfers of copyright from Mike Kanterovich to Penders | KP0905 | KP 0906 | | | | |
| 81 | Correspondence between Scott Shaw and Penders | KP0910 | KP0919 | | | | |
| 82 | Penders financial information | KP0922 | KP0952 | | | | |
| 83 | Penders Fedex and Express Mail receipts for work mailed to ACP and Sega, unreimbursed expenses | KP0954<br>KP 5141 | KP1134<br>KP5149 | | | | |
| 84 | Penders Express Mail receipts for work mailed to ACP | KP1542 | KP1544 | | | | |
| 85 | Penders pre-1992 art, non-comic employment, and personal files | KP1136 | KP1153 | | | | |
| 86 | Penders hotel receipts 1/28/03 re Sega Meeting | KP1155 | KP1156 | | | | |
| 87 | Letter dated 10/07/05 from Louise Nemschoff to Penders regarding Sega Movie option | KP1162 | KP1177 | | | | |
| 88 | Penders Previews Magazine Solicitation for The Lost Ones | KP1538 | KP1540 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 89 | Penders copyright registrations | KP1547 | KP1550 | | | | |
| 90 | Copyright application: The Man Without a Country | KP1556 | KP1557 | | | | |
| 91 | Penders freelance work invoice dated 12/88 | KP1561 | KP1562 | | | | |
| 92 | Letter dated 10/8/10 from Marvel to Penders re Work for Hire Agreement | KP1569 | | | | | |
| 93 | Knuckles the Echidna Archives Vol. 1 | KP 5365 | | | | | |
| 94 | Pencil Layouts and Lettering for Knuckles 20 Years Later | KP 5369 | KP5397 | | | | |
| 95 | Sonic the Hedgehog and Knuckles Comic Books: Assorted Issues including #11, #13 to #230 (to be produced) | KP 5809 | KP 5942 | | | | |
| 96 | Knuckles: The Dark Legion #1-3 | KP 6058 | KP 6060 | | | | |
| 97 | Sonic & Knuckles Special #1 (1995) / reprinted in Sonic Select Book 1 (2008) | KP 6062 | | | | | |
| 98 | Sonic the Hedgehog Triple Trouble Special #1 (1995) / reprinted in Sonic Select Book 1 (2008) | To be Produced | To request from Publisher | | | | |
| 99 | Knuckles Chaotic Special #1 (1995) | KP 6063 | | | | | |
| 100 | Super Sonic v Hyper Knuckles #1 (1996) / reprinted in Sonic Select Book 2 (2008); Sonic Select # 3 | KP 6064 | KP 6064 A | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 101 | Sonic the Hedgehog #31-36 (1995) | KP 5827 | KP 5832 | | | | |
| 102 | Sonic's Friendly Nemesis Knuckles #1-3 (1995)/ reprinted in Knuckles Archives (August 2011) | KP 6059 | KP 6061 | | | | |
| 103 | Knuckles Miniseries: The Dark Legion #1-3 (Summer 1996) | KP 6058 | KP 6058 A | | | | |
| 104 | Sonic Endgame #46-50: Reprinted in Sonic Archives 12 & 13 and Digital Reproduction | KP 6052 | KP 6057 | | | | |
| 105 | Knuckles the Echidna #4 | KP 6051 | | | | | |
| 106 | Sonic Chronicles: The Dark Brotherhood Cover & Screen Shoots | KP 5320 | | | | | |
| 107 | Sonic Chronicles: The Dark Brotherhood Wikipedia Article (8 pages) | KP 5210 | KP 5216 | | | | |
| 108 | Knuckles Wikipedia Article | KP 5210 | KP 5216 | | | | |
| 109 | Promotion Video from Bioware featuring Sonic the Hedgehog #14 | To be Produced | | | | | |
| 110 | Sonic Video Links: https://www.youtube.com/watch?v=srkKBIzEbEc&feature=player_embedded | To be Produced | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 111 | Knuckles Archives reprinting Sonic's Friendly Nemesis Knuckles #1-3 and Knuckles the Dark Legion #1-3 (2011) | KP 5367 | | | | | |
| 112 | Sonic Super Special #6 ;Sonic #47-50 | KP 5368 | | | | | |
| 113 | November 23, 2010 Letter from M. Wagner to M. Lovitz stating that "all works supplied by Mr. Penders to ACP" are governed by [the ACP-Penders Agreements]. | KP 5226 | | | | | |
| 114 | Sonic the Hedgehog Archives Vol, 0 - 16 | KP 5349 | KP 5366 | | | | |
| 115 | Email dated 9/21/07 from Rob Lightner to Penders regarding Sega Meeting | KP1193 | KP1198 | | | | |
| 116 | Crazy Taxi Video Game Agreement used as exemplar for Phantasy Star Sega Agreement; | KP1207 | KP1210 | | | | |
| 117 | Sonic Super Special Cover Layout and related Docs. ; Never Credited or Paid for this Cover which was Used | KP 5218 | KP 5219 | | | | |
| 118 | Betty #43 (November 1996) | KP 5316 | KP 5317 | | | | |
| 119 | Archie & Friends #22 (December 1996) | KP 5318 | KP 5319 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 120 | Jughead's Double Digest #41 (November 1996) | KP 5234 | | | | | |
| 121 | Submitted stories, unpaid, unknown (if they were used).Betty in "Service with a Smile"; Archie in a "Sound Sleep"; Submitted stories, "A Day in the Life of Dr. Ivo Robotnik"; "Slam Jammin' Sonic" | KP 5171 | KP 5209 | | | | |
| 122 | Sonic Feature Film Production Art Mural (photo copy, original to be produced at trial) | KP 5315 | | | | | |
| 123 | Sonic the Hedge Hog: The Complete Series DVD Cover; Sonic | KP 5310 | | | | | |
| 124 | May 28th, 2003 Letter from Image Comics Publisher Jim Valentino; November 13, 198 6 Letter from Victor Gorelick | KP 5618 | KP 5619 | | | | |
| 125 | Ads using Penders' covers in SONIC #19 promoting Princess Sally Mini Series, Sonic-Grams Letters Page, Sonic Super Special # 50 Director's Cut Credits; Wikipedia Entry for Sonic Chronicles: The Dark Brotherhood; Mobius Encyclopedia Entry for Julie-Su including Knuckle's/ Julie-Su Characters Family Tree | KP 5097 | KP 5119 | | | | |
| 126 A+B | A. Certificates of © Registration (Set 1); B. Certificates of © Registrations (Set 2) | A.. KP 5400 B. KP 5240 | A. KP 5559 B. KP 5304 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 127 | Video file showing Penders original art used by ACP from 1994 - 2004 in Sonic, Knuckles, Sonic Specials, Sonic Super Specials and The Princess Sally Mini Series which was returned to Penders after use without any stamp or language asserting ACP copyrights. | KP 5156 | | | | | |
| 128 | Video file which shows by contrast, original art submitted to various non ACP publishers who did return approved art with stamp or language asserting publishers' copyright ownership. | KP 5157 | | | | | |
| 129 | Sega-ACP MLA January 1, 2011 | ACP 01055 | ACOP 01080 | | | | |
| 130 | Correspondence between John Ashley and Penders from December 2009-March 2010; Correspondence between William J Briganti and Penders from March - June, 2010 and May-September, 2011; April 21, 2010 Letters from US Copyright Office to SEGA & ACP | KP 56405 | KP 5682 | | | | |
| 131 | Intentionally Left Blank | | | | | | |
| 132 | DC, IMAGE and other licensed Comics Authored by Penders | KP 7421 | KP 7424 | | | | |
| 133 | Compact Disc Containing Master Spread Sheet Itemizing Linking Infringements | KP 5800 | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 134 | The Republic Pilot Episode starring Sean Young and Marc Singer | KP 5224 | To be produced | | | | |
| 135 | The Lost Ones Presentation Trailer: Shows Pender's work outside of Sonic | KP 5225 | To be produced | | | | |
| 136 | Penders' Work on Non ACP Licensed Comics | KP 6065 | KP 6067 | | | | |
| 137 | Sega Sonic 3 Pin | KP 5210 | KP 5216 | | | | |
| 138 | BioWare Screen Shot Crediting Penders with Creation of Knuckles Mythology | KP 5369 | | | | | |
| 139 | Sonic Mega Collection Plus Video Game; Sega Dark Brotherhood Game | KP 5217 | | | | | |
| 140 | SEGA, e3 2002 Video from Robert Liefler | KP 5150 | | | | | |
| | | | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 141 | 1988 Freelancer Invoices | To be Produced | | | | | |
| 142 | King Of The Hill Paystubs (2006) | To be Produced | | | | | |
| 143 | King Of The Hill Scripts (2006) | KP 5802 | KP 5803 | | | | |
| 145 | Alien Racers Storyboards (2005) and Entertainment Partners Paystub | KP 1240 | KP 1243 | | | | |
| 146 | Mike Young Productions 1099 Form for work on a licensed work (2006) | KP 1238 | | | | | |
| 147 | Intentionally left blank | | | | | | |
| 148 | Intentionally left blank | | | | | | |
| 149 | ACP Penders' Pay Vouchers | To be Produced | | | | | |
| 150 | Sonic Children's Hardcover Book (1995) | KP 5805 | | | | | |
| 151 | Apple iTunes Screen Shot of Sonic Comics | KP 5806 | KP 5806 D | | | | |
| 152 | ACP Website Screen Shots | To be Produced | | | | | |
| 153 | BioWare Online Video Featuring Sonic Comics with Penders Work | To be Produced | | | | | |
| 154 | Sonic Live! Photo CD Used for Sonic Live Special # 1 | KP 5151 | | | | | |
| 155 | Sonic Animatic Video File produced for Sega Executives | To be Produced | | | | | |
| 156 | Handwritten Notes re financials/movie production/Sonic Brand | KP1212 | KP1215 | | | | |
| 157 | Archie- Mausser letter to Robert Harris dated 4/22/94 | KP0075 | KP0077 | | | | |
| 158 | Redacted Memo from Harris to Gorelick/Fulop dated 6/28/94 | KP0079 | | | | | |
| 159 | Sonic stories by Kanterovich/Penders | KP0080 | KP0084 | | | | |
| 160 | Memo from Penders to Harris/Gorelick Comments to Proposal | KP0085 | | | | | |
| 161 | Sonic drawings and memo from | KP0086 | KP0096 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Kanterovich/Penders to Fulop | | | | | | |
| 162 | Memo from Kanterovich/Penders to Harris/Gorelick/Fulop | KP0097 | | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 163 | Sonic story lines by Penders to Fulop (1993-1994) | KP0098 | KP0099 | | | | |
| 164 | Sonic "I, Robotnik" story by Kanterovich/Penders (1994) | KP0100 | KP0101 | | | | |
| 165 | Penders fax to J. Gabrie re revised pages and plot re: End Game 9/17/96 | KP0102 | KP0103 | | | | |
| 166 | Fax from J. Gabrie to J. Valentino dated 11.11.97 re Prelim. Drawings | KP0104 | KP0105 | | | | |
| 167 | Sonic Super Special #7 drawing | KP0112 | | | | | |
| 168 | Sonic #157, (2004) Unsolciited Story, "System Shutdown" | ACP 00615 | ACP 00631 | . | | | |
| 169 | Memo from Penders to Harris/Gorelick/Fulop re Comments to story proposal- Penders letter to ACP & Sega | KP0113 | | | | | |
| 170 | Sonic Story Proposals by Kanterovich/Penders | K0114 | KP0117 | | | | |
| 170 | Sonic Story Proposals by Kanterovich/Penders | K0114 | KP0117 | | | | |
| 171 | Pender character drawing and Super Sonic Special Cover/Advertising | KP0119 | KP0122 | | | | |
| 172 | Memo from B. Harris to Gorelick/Castiglia re story proposal revisions | KP0124 | | | | | |
| 173 | Archie Paystubs and invoices dated 11/1998-12/2000 | KP0127 | KP0183 | | | | |
| 174 | Archie Paystubs and invoices dated 11/2001-12/2004 | KP0185 | KP0368 | | | | |
| 175 | Penders Copright Documents Registration Documents | KP0588 | KP0637 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 176 | Penders Copyright Registration documents | KP0652 | KP0672 | | | | |
| 177 | Penders Copyright Registration documents | KP0681 | KP0703 | | | | |
| 178 | Penders Copyright Registration V1-756-700 "Tails & Amy Rose- In the Beginning | KP0708 | KP0710 | | | | |
| 179 | Email from Robert Leffler to Penders dated 4/8/03 | KP1157 | | | | | |
| 180 | Letter from J. Valentino re Sonic Hardcover dated 5/28/03 | KP1158 | | | | | |
| 181 | Memo from Penders to R. Leffler 9/2/03 | KP1159 | | | | | |
| 182 | Email from Robert Leffler to Penders dated 9/5/03 | KP1160 | | | | | |
| 183 | Various emails to/from Penders re: Sonic Tee Shirt Mock UP | KP1178 | KP1190 | | | | |
| 184 | Handwritten Letter to Robert | KP1216 | KP1217 | | | | |
| 185 | 1996 Tax Returns | KP1245 | KP1258 | | | | |
| 186 | 1997 Tax Returns | KP1259 | KP1274 | | | | |
| 187 | 1998 Tax Returns | KP1275 | KP1290 | | | | |
| 188 | 1999 Tax Returns | KP1291 | KP1305 | | | | |
| 189 | 2000 Tax Returns | KP1306 | KP1316 | | | | |
| 190 | 2001 Tax Returns | KP1317 | KP1328 | | | | |
| 191 | 2003 Tax Returns | KP1329 | KP1341 | | | | |
| 192 | 2004 Tax Returns | KP1342 | KP1357 | | | | |
| 193 | 2007 Tax Returns | KP1358 | KP1417 | | | | |
| 194 | 2009 Tax Returns | KP1418 | KP1471 | | | | |
| 195 | 2010 Tax Returns | KP1472 | KP1516 | | | | |

**Archie Comic Publications, Inc. v. Kenneth W. Penders, II**
10-cv-8858
Defendant's Exhibit List
November 16, 2011

| Exhibit | Document Description | Beginning Production # | End Production # | Stipulation | Date Identified | Date Admitted | Marked |
|---|---|---|---|---|---|---|---|
| 196 | Endgame scripts and drawings Knuckles # 2-4 covers | KP1523 | KP1532 | | | | |
| 197 | Letter dated 6/6/11 from Penders to Library of Congress, Copyright Office re latest copyright registrations | KP1550 | KP1551 | | | | |
| 198 | Copyright Registration Vau 1-067- 752 Sonic the Hedgehog in "A Day in the Life of Dr. Robotnik | KP1552 | KP1555 | | | | |
| 199 | Merchandise Licensing Agreement- Sega of America & ACP | ACP 01055 | ACP 01080 | | | | |
| | | | | | | | |